ELECTRONICALLY FILED
Faulkner County Circuit Court
Nancy Eastham, Circuit Clerk
2023-Jul-21  13:52:06
23CV-23-1096
C20D01 : 63 Pages

### IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
### CIVIL DIVISION

GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE STIRES
TOMMY KIRKPATRICK, RYAN LOVELADY,
 ASHLEY LOVELADY, STAN MCMILLEN,
DAVID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE                                                          PLAINTIFFS


VS.                         CASE NO. __CV-2023-___

NEWRAYS ONE, LLC                                          DEFENDANT

### COMPLAINT FOR PRELIMNIARY INJUCTION, PERMANENT INJUNCTION, NUISANCE,  DECLARATORY JUDGEMENT, AND MOTION TO VIEW PROPERTY

Come now the Separate Plaintiffs, Gladys Anderson, Scott Anderson, Nancy Dickerson,

Treva Branscum, Scott Lovelady, Lavene Lovelady, Mickey McMillen, Tammy McMillen,

Sherry Newton, Bryan Stires, Jamie Stires, Tommy Kirkpatrick, Ryan Lovelady, Ashley

Lovelady, Stan McMillen, David Hargrove, Dianne Hargrove, Rebecca Edwards, Shane

Markuson, and Danny Lane, by and through their attorney, Nathan S. Morgan of Morgan Law

Firm, P.A., and for Complaint for Preliminary Injunction, Permanent Injunction, Nuisance,

Declaratory Judgement, and Motion to View Property, state:

### PARTIES

1. That the Separate Plaintiff, Gladys Anderson, is a resident of Faulkner County,

   Arkansas, with an address of 437 Hwy 285 North, Damascus, Arkansas 72039.

2. That the Separate Plaintiff, Scott Anderson, is a resident of Faulkner County,

EXHIBIT 1

Arkansas, with an address of 437 Hwy 285 North, Damascus, Arkansas 72039.

3.  That the Separate Plaintiff, Nancy Dickerson, is a resident of Faulkner County, Arkansas, with an address of 36 Slatey Gap Road, Damascus, Arkansas 72039.

4.  That the Separate Plaintiff, Treva Branscum, is a resident of Faulkner County, Arkansas, with an address of 55 Slatey Gap Road, Damascus, Arkansas 72039.

5.  That the Separate Plaintiff, Scott Lovelady, is a resident of Faulkner County, Arkansas, with an address of 50 Slatey Gap Road, Damascus, Arkansas 72039.

6.  That the Separate Plaintiff, Lavene Lovelady, is a resident of Faulkner County, Arkansas, with an address of 50 Slatey Gap Road, Damascus, Arkansas 72039.

7.  That the Separate Plaintiff, Mickey McMillen, is a resident of Faulkner County, Arkansas, with an address of 35 Slatey Gap Road, Damascus, Arkansas 72039.

8.  That the Separate Plaintiff, Tammy McMillen, is a resident of Faulkner County, Arkansas, with an address of 35 Slatey Gap Road, Damascus, Arkansas 72039.

9.  That the Separate Plaintiff, Sherry Newton, is a resident of Faulkner County, Arkansas, with an address of 28 Slatey Gap Road, Damascus, Arkansas 72039.

10. That the Separate Plaintiff, Bryan Stires, is a resident of Faulkner County, Arkansas, with an address of 24 Slatey Gap Road, Damascus, Arkansas 72039.

11. That the Separate Plaintiff, Jamie Stires, is a resident of Faulkner County, Arkansas, with an address of 24 Slatey Gap Road, Damascus, Arkansas 72039.

12. That the Separate Plaintiff, Tommy Kirkpatrick, is a resident of Faulkner County, Arkansas, with an address of 14 Slatey Gap Road, Damascus, Arkansas 72039.

13. That the Separate Plaintiff, Ryan Lovelady, is a resident of Faulkner County, Arkansas, with an address of 4 Slatey Gap Road, Damascus, Arkansas 72039.

14. That the Separate Plaintiff, Ashley Lovelady, is a resident of Faulkner County, Arkansas, with an address of 4 Slatey Gap Road, Damascus, Arkansas 72039.

15. That the Separate Plaintiff, Stan McMillen, is a resident of Faulkner County, Arkansas, with an address of 451 Hwy 285 N, Damascus, Arkansas 72039.

16. That the Separate Plaintiff, David Hargrove, is a resident of Faulkner County, Arkansas, with an address of 486 Hwy 285 N, Damascus, Arkansas 72039.

17. That the Separate Plaintiff, Dianne Hargrove, is a resident of Faulkner County, Arkansas, with an address of 486 Hwy 285 N, Damascus, Arkansas 72039.

18. That the Separate Plaintiff, Rebecca Edwards, is a resident of Faulkner County, Arkansas, with an address of 461 Hwy 285 N, Damascus, Arkansas 72039.

19. That the Separate Plaintiff, Rickey Carrell Joyner, is a resident of Conway County, Arkansas, with an address of 124 Spring Valley, Morrilton, Arkansas 72110

20. That the Separate Plaintiff, Kelley Tapley, is a resident of Faulkner County, Arkansas, with an address of 23 Spotts Drive, Damascus, Arkansas 72039.

21. That the Separate Plaintiff, Kim Welter, is a resident of Faulkner County, Arkansas, with an address of 29 Huntington Drive, Greenbrier, Arkansas 72058.

22. That the Separate Plaintiff, Shane Markuson, is a resident of Faulkner County, Arkansas, with an address of 453 Hwy 285 N, Damascus, Arkansas 72039.

23. That the Separate Plaintiff, Danny Lane, is a resident of Faulkner County, Arkansas, with an address of 426 Hwy 285 N, Damascus, Arkansas 72039.

24. That the Defendant, Newrays One, LLC, is a Limited Liability Company which is registered in the State of Arkansas. Its registered agent is Registered Agents Inc., 701 South St., Ste 100, Mountain Home, Arkansas 72653.

25. That the property and causes of action which are the subject matter of this Complaint is located in Faulkner County, Arkansas.

26. Jurisdiction and venue are proper in Faulkner County, Arkansas.

## FACTUAL ALLEGATIONS

27. Plaintiffs incorporate by reference all previous allegations contained in paragraphs 1-23 above.

28. Plaintiffs own homes and real property located in the Bono Community of Faulkner County. Attached as Exhibit "A" and incorporated as a group exhibit are the Plaintiff's vesting deeds.

29. Plaintiffs purchased their homes and real property based upon the aesthetics and quiet agrarian residential nature of the Bono Community, such aesthetics consisting of larger acreage tracks with single residences.

30. The Defendant, Newrays One, LLC, purchased 20 acres in the Bono Community and installed a "crypto mining" operation adjacent to Plaintiffs properties. Attached as Exhibit "B" and incorporated as an exhibit is the vesting deed of Defendant.

31. Crypto mining requires a large number of computers which produce excessive heat. Fans can be used to cool the computers, the fans and computer equipment emit a "whining" sound that is loud and at a such a frequency to make being in the vicinity mentally and physically detrimental.

32. It is believed that location was chosen by Defendant due to available power as crypto mining takes substantial amounts of energy and water.

33. Since Defendant has started operating its crypto mine in the summer of 2023, the Plaintiffs home life has become intolerable due to the noise caused by the crypto

4

mining.

34. Defendant, instead of spending money on a noise free immersion system which would have allowed the mine to run at a far lower decibel rate, opted for the cheaper alternative which is the fan system. The fan system creates excessive noise from the facility onto the properties of Plaintiffs.

35. Defendants have been operating with no sound barriers or system to dampen the sound. It is well documented that crypto mines create excessive noise, however, Defendant has completely disregarded this and has created a tremendous nuisance on its neighbors and the Bono Community as a whole.

36. The crypto mine runs 24/7. It emits an intolerable "whine" sound that permeates constantly through the Bono Community.

37. The noise decibel rates outside of the Defendant's facility is 60-70dB and greater 24 hours a day, 7 days a week.

38. Plaintiffs cannot go outside, host cook-outs comfortably, sleep, or generally enjoy their properties either inside or outside due to the excessive noise.

39. The actions of Defendant is causing permanent damage to some Plaintiff's hearing, irritation and medical issues for some of their children with special needs, and disrupting the overall mental and physical health and welfare of the community.

40. Further, due to the excessive noise, all of Plaintiffs' real property has been devalued and is unmarketable. No person would knowingly move into a community and have to live with the crippling noise caused by Defendant.

## CAUSE OF ACTION ONE: PRELIMINARY INJUCTION

41. The Counter-Plaintiffs incorporate by reference all the previous allegations contained

in paragraphs 1-37 above.

42. Pursuant to Rule 65 of the Arkansas Rules of Civil Procedure, the Plaintiffs request that a preliminary injunction be granted against Defendant enjoining it from operating its crypto mining operation.

43. The failure to grant the preliminary injunction will cause permanent damage to Plaintiffs as the noise from the facility is creating intolerable living conditions for the Plaintiffs.  They are experiencing hearing damage, mental damage, and, in general, not allowed the quiet enjoyment of their properties. And moreover, they can't even sell their property to escape the "whine" of the crypto mine.

44. That the Court should waive the bond requirements for the preliminary injunction as Defendant has intentionally not taken steps to abate the sound.  It was aware of the noise it would make and disregarded the rights and welfare of adjoining property owners.

45. That there is a high likelihood that the Plaintiffs will be successful in the prosecution of their case.

### CAUSE OF ACTION TWO: PERMANENT INJUCTION

46. Plaintiffs incorporate by reference all the previous allegations contained in paragraphs 1-42 above.

47. Pursuant to Rule 65 of the Arkansas Rules of Civil Procedure, Plaintiffs request that a permanent injunction be granted against Defendant enjoining it from operating its crypto mining operation.

48. The failure to grant the permanent injunction will cause permanent damage to Plaintiffs as the noise from the facility is creating intolerable living conditions for the

Plaintiffs.  They are experiencing hearing damage, mental damage, and, in general, not allowed the quiet enjoyment of their properties. And moreover, they can't even sell their property to escape the "whine" of the crypto mine.

49. That there is a high likelihood that the Plaintiffs will be successful in the prosecution of their case.

## CAUSE OF ACTION THREE: NUISANCE

50. Plaintiffs incorporate by reference all the previous allegations contained in paragraphs 1-46 above.

51. Defendant's construction and operation of their crypto mining operation constitutes a nuisance to the adjoining land owners.

52. The conduct of Defendant and the related noise from their operation unreasonably interferes with the use and enjoyment of the lands of Plaintiffs.  The Defendant's conduct disturbs the peaceful, quiet, and undisturbed use and enjoyment of Plaintiff's property.

53. Due the proximate cause of the Defendant's actions, the Plaintiffs are no longer able to enjoy their properties.  Their property values have been diminished, and the actions of Defendant have made their lives intolerable.

## CAUSE OF ACTION FOUR: DECLARATORY JUDGEMENT

54. The Counter-Plaintiffs incorporate by reference all the previous allegations contained in paragraph 1-50 above.

55. That the crypto mining operation of Defendant causes a nuisance and unreasonably interferes with the property of Plaintiffs.

56. That no individual should have to withstand the noise abuse that the Plaintiffs are

7

plagued with.

57. The Court should enjoin Defendant from operating its crypto mine preliminarily and permanently or until it can no longer be heard from Plaintiffs' adjoining properties.

58. The Court should declare the actions of Defendants a nuisance and set a maximum decibel rating in which the Court has determines will not interfere with the Plaintiffs or their property values.

## CAUSE OF ACTION FIVE:  OUTRAGE

59. The allegations contained in paragraphs one through fifty-five are incorporated herein.

60. Defendant should have recognized emotional distress would result from its actions as set out herein.

61. Defendant's conduct is extreme, outrageous, and utterly intolerable in a civilized society.

62. Defendant's actions has caused and will continue to cause anguish and/or distress to the plaintiffs and to their children and pets.

63. The emotional distress that is being caused is severe and of a type that no reasonable person should be expected to endure.

64. The Plaintiffs are entitled to damages based on Defendant's intentional outrageous conduct.

65. The Plantiffs are entitled to punitive damages.

## MOTION TO VIEW PROPERTY

66. Plaintiffs request that the Court, prior or during the preliminary hearing, visit the property of Defendant.

67. Due to the unique character of the industry and the related properties, it would be the

8

best use of judicial economy for the Court to view the site.

68. The Plaintiffs further request that the Court take judicial notice of the viewing and weigh such evidence along with the testimony presented to the Court.

### JURY DEMAND

69. Plaintiffs, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demand a jury trial on all factual issues.

### PRAYER FOR RELIEF

WHEREFORE the Plaintiffs, pray for relief and judgement against the Defendants as follows:

a. That a temporary injunction and restraining order be put in place barring Defendants from operating their crypto mine.

b. That a permanent injunction and restraining order be put in place barring Defendants from operating their crypto mine.

c. That by Declaratory Judgement, the Court rule on a maximum decibel rating in which the Defendant can operate that will not in any way affect Plaintiffs.

d. For all damages allowable in law or in equity, including but not limited to special damages due to inconvenience and discomfort, medical, pain and suffering, real estate loss of values, and loss of use of property caused by Defendant.

e. Punitive Damages.

f. For attorney fees applicable to all causes of action, including pursuant to A.C.A. § 16-22-309.

g. For the cost of litigating this case.

h. For any and all other legal and equitable relief justified under the law.

9

/s/ *Nathan S. Morgan*
NATHAN S. MORGAN, Bar. No. 2009269
MORGAN LAW FIRM, P.A.
Attorney for the Plaintiffs
244 Hwy 65N, Suite 5
Clinton, Arkansas 72031
(501) 745-4044
nathan@morganlawfirmpa.com

## VERIFICATION

STATE OF ARKANSAS
COUNTY OF VAN BUREN

I, Gladys Anderson, hereby state on oath that the facts set forth in the foregoing document are true and correct to the best of my information, belief, and knowledge.

Gladys Anderson

Subscribed and sworn to before me on this 21 day of July, 2023.

Notary Public

My commission expires: 9-2-2032

10



**CERTIFICATE of RECORD**

Instrument #201703311

Real Estate Book
Deed
Filed: 03/03/2017 01:33 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: VICKY CURRAN, D.C.

**3 Pages        $25.00**

#170/521-114

**WARRANTY DEED**

KNOW ALL BY THESE PRESENTS:

That I, Brenda A. Browning, an unmarried person, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other valuable consideration to me in hand paid by Scott Anderson and Gladys Anderson, husband and wife, herein referred to as GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the GRANTEES and unto their heirs and assigns forever the following described lands located in the County of Faulkner, State of Arkansas:

Part of the N 1/2 SW 1/4 of Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, more particularly described as beginning at the Northwest corner of said N 1/2 SW 1/4; thence South 88 degrees 40 minutes 00 seconds East, 2638.88 feet to the Northeast corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 South 00 degrees 31 minutes 28 seconds West, 330.14 feet; thence leaving the East line North 88 degrees 38 minutes 56 seconds West, 2637.10 feet to the West line of said N 1/2 SW 1/4; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning.

**LESS AND EXCEPT:**
Part of the N 1/2 of the SW 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, more particularly described as follows:  Commencing at the Northwest corner of the N 1/2 SW 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, at a found 3" aluminum monument (APLS #1243) being the point of beginning; thence along the North line of said N 1/2 SW 1/4 S 88 degrees 40 minutes 00 seconds East 2638.88 feet to a set 1/2" rebar (APLS #1243) at the Northeast corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 S 00 degrees 31 minutes 28 seconds West, 25.00 feet to a set 1/2" rebar (APLS #1243); thence leaving said East line North 88 degrees 40 minutes 00 seconds West, 782.00 feet to a found 1/2" rebar (APLS #1243); thence South 01 degree 46 minutes 29 seconds East, 304.86 feet to a found 1/2" rebar (APLS #1243); thence North 88 degrees 56 seconds West, 1867.32 feet to a found 1/2" rebar (APLS #1243) on the West line of said N 1/2 SW 1/4; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning.  Subject to Arkansas State Highway 285 right of way along the East boundary of the above described property.

**MINERAL RESERVATION: GRANTOR** herein specifically reserve the rights to all oil, gas and other minerals of every kind and character, that they may own, on or under the lands herein conveyed, and all rights including any royalty and bonus interest under any oil, gas and other mineral leases currently in existence or any executed in the future by Grantors. Subject to any prior mineral reservations.

SUBJECT TO RIGHT OF WAY/EASEMENTS AND RESTRICTIONS OF RECORD, IF ANY.  NO WARRANTY OR REPRESENTATION IS MADE HEREIN AS TO ANY MINERAL INTEREST ON THE AFOREMENTIONED PROPERTY.

To have and to hold unto the GRANTEES and unto their heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

And I hereby covenant with GRANTEES that I will forever warrant and defend the title to said lands against all lawful claims whatsoever.

WITNESS my hand this 28 day of Feb 2017.

Brenda A. Browning

*Instrument prepared under the Supervision of Fran Curtis – Attorney at Law*
*11600 Kanis Road – Little Rock, AR 72211*

**EXHIBIT**

A

# ACKNOWLEDGMENT

STATE OF  ARKANSAS

COUNTY OF  FAULKNER

      BE IT REMEMBERED, that on this day came before me, the undersigned, a Notary Public, within and for

the county aforesaid, duly commissioned and acting, <u>Brenda A. Browning</u>, to me well known (or reasonably proven

to be) as the GRANTOR in the foregoing Deed, and stated that she had executed the same for the consideration and

purpose therein mentioned and set forth.

Witness my hand and seal as such Notary Public on the **28** day of **Feb 2017**

TODD JACKSON
Notary Public-Arkansas
Pulaski County
My Commission Expires 11-03-2021
Commission # 12364947

                                       Notary Public

My Commission Expires:  **11·3·21**



Warranty Deed - Married (Letter).rtf                              1 of 2

CERTIFICATE of RECORD

Instrument #201706442
Real Estate Book
Deed
Filed: 04/27/2017 03:02 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: VICKY CURRAN, D.C.

3 Pages          $25.00

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 17-026269-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person (Letter).rtf

#1703492-114

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (MARRIED PERSONS)

**KNOW ALL MEN BY THESE PRESENTS:**

That, **Matt Kincaid, a married person**, Grantor(s), for and in consideration of the sum of ---TEN AND 00/100--- DOLLARS---($10.00)---and other good and valuable consideration in hand paid by Scott Anderson and Gladys Anderson*, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto their heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

*,husband and wife,

Part of the N 1/2 of the SW 1/4 Section 10, T-7-N-, R-14-W, Faulkner County, Arkansas, more particularly described as follows:

Commencing at the NW Corner of the N 1/2 SW 1/4 of Section 10, T-7-N, R-14-W, Faulkner County, Arkansas, at a found 3" aluminum monument (APLS #1243) being the point of beginning; thence along the North line of said N 1/2 SW 1/4 S88°40'00"E 2638.88 feet to a set 1/2" rebar (APLS #1243) at the NE Corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 S00°31'28"W 25.00 feet to a set 1/2" rebar (APLS #1243); thence leaving said East line N88°40'00"W 782.00 feet to a found 1/2" rebar (APLS #1243); thence S01°46'29"E 304.86 feet to a found 1/2" rebar (APLS #1243); thence N88°36'56"W 1867.32 feet to a found 1/2" rebar (APLS #1243) on the West line of said N 1/2 SW 1/4; thence along said West line N00°09'36"E 327.82 feet to the point of beginning; containing 14.49 acres more or less. Subject to Arkansas State Highway 285 right of way along the East boundary of the above described property.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and

201706442
Page 2 of 3

restrictions, if any.

**TO HAVE AND TO HOLD** the above described lands unto the Grantee(s) and unto their heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, **Matt Kincaid a married person and Amanda Kincaid, his spouse**, for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto their heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

**WITNESS** our hand(s) and seal(s) on this 24th day of **April, 2017**.

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument. Exempt or no consideration paid if none shown.

GRANTEE OR AGENT: *Waco Title*
Scott Anderson, Gladys Anderson

GRANTEE'S ADDRESS: *437 Hwy 285 N.*
*Greenbrier, AR 72058*

*Matt Kincaid*
**Matt Kincaid**

*Amanda Kincaid*
**Amanda Kincaid**

## ACKNOWLEDGMENT

STATE OF ARKANSAS      )
                       )  SS.
COUNTY OF FAULKNER     )

**BE IT REMEMBERED**, that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, **Matt Kincaid, a married person and Amanda Kincaid, his spouse**, to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal this 24th day of **April, 2017**.

Notary Public

My commission Expires:

CRYSTAL BLACKSHEAR
NOTARY PUBLIC
ARKANSAS
FAULKNER COUNTY
12328303 EXPIRES 10-7-2020

Nancy
Dickerson
#36 Slatey Gap Rd 72039
Damascus, Ark
679-6652

R-1072

Doc#2000- 1057
Date 01/20/2000
09:35:52 AM
Filed & Recorded in
Official Records of
Faulkner County
SHARON RIMMER
FAULKNER COUNTY CIRCUIT CLERK
Fees $8.00
by_____ D.C.

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That we, William Stanley Dickerson and wife, Nancy
Mallett Dickerson, GRANTORS, for and in consideration of the
sum of Ten Dollars and other consideration to us paid by
William Stanley Dickerson and wife, Nancy Mallett Dickerson,
the receipt of which is hereby acknowledged, do hereby grant,
bargain, sell and convey unto the said William Stanley
Dickerson and wife, Nancy Mallett Dickerson, as tenants by
the entirety with right of survivorship, and unto their heirs
and assigns forever, the following described lands situated
in Faulkner County, Arkansas:

> Part of the NW 1/4 NW 1/4 of Section 10, Township
> 7 North, Range 14 West, more particularly
> described as beginning at the northeast corner of
> the NW 1/4 NW 1/4 of Section 10, T7N, R14W, and
> run thence south 1,049 feet to the center of
> county road; thence north 89 degrees 44 minutes
> west 291 feet; thence north 1,049 feet; thence
> east 291 feet to the true point of beginning,
> containing 7 acres, more or less.

> This conveyance is made subject to all
> restrictions, reservations, and easements of
> record, and easements physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and
unto their heirs and assigns forever, with all appurtenances
thereunto belonging.  And we hereby covenant with said GRANTEES
that we will forever warrant and defend the title to said lands
against all claims whatever.

And we, the GRANTORS, for and in consideration of said sum
of money, do hereby release and relinquish unto the said
GRANTEES all our rights of dower, curtesy, and homestead in and
to said lands.

WITNESS our hands and seals this 7 day of October, 1998.

William Stanley Dickerson
William Stanley Dickerson

Nancy Mallett Dickerson
Nancy Mallett Dickerson

ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the
undersigned, a Notary Public within and for the County
aforesaid, duly commissioned and acting William Stanley
Dickerson and Nancy Mallett Dickerson, to me well known as the
grantors in the foregoing deed, and acknowledged that they had
executed the same for the consideration and purposes therein
mentioned and set forth.

WITNESS my hand and seal this 7th day of October, 1998.

_Marilyn Ruple_
Notary Public

My commission expires 2-12-2002 .

Marilyn Ruple, Notary Public
Faulkner County, Arkansas
My Commission Expires 2/12/2002

CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty
of false swearing, that at least the legally correct amount of
documentary of stamps has been placed on this instrument.

_Nancy Mallett Dickerson_
Address: 552 Hwy 285 N
Damascus, AR 72039

This instrument prepared by:
Graddy & Adkisson, P.A.
Post Office Box 996
Conway, AR 72033

CERTIFICATE OF RECORD
Doc#2000- 1057
01/28/2000
09:35:52 AM
Filed and Recorded in Official Records of
FAULKNER COUNTY
SHARON RIMMER
FAULKNER COUNTY CIRCUIT CLERK
by _____ D.C.

2



## WARRANTY DEED
### Married Persons

KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Oscar F. Hensley and Diana L. Hensley, husband and wife (GRANTORS), for and in consideration of the sum of TWELVE THOUSAND ONE HUNDRED FIFTY AND NO/100 DOLLARS ($12,150.00), this date paid cash in hand, by Robert G. Branscum and Treva S. Branscum, husband and wife, (GRANTEES), the receipt of which is hereby acknowledged, hereby grant, bargain, sell and convey unto the said GRANTEES, and unto their heirs and assigns forever, the following lands lying in Faulkner County, Arkansas:

Being a part of the W 1/2, NW 1/4 of Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, described as beginning at the Southwest corner of said West 1/2, NW 1/4; thence North 0 degrees 25 minutes 40 seconds East along the West line of said W 1/2, NW 1/4 1307.51 feet to the point of beginning; thence continue North 0 degrees 25 minutes 40 seconds East 711.28 feet to the centerline of a county road; thence along said centerline to a point South 52 degrees 34 minutes 20 seconds East 351.49 feet; thence to a point South 61 degrees 34 minutes 47 seconds East 149.34 feet; thence to a point South 61 degrees 27 minutes 43 seconds East 187.06 feet; thence leaving said centerline of a county road South 346.08 feet; thence North 89 degrees 08 minutes West 580.18 feet to the point of beginning containing 6.77 acres, more or less. Reserving the North 25.0 feet for public road purposes.

SUBJECT TO all right-of-ways, covenants and restrictions, easements and all other reservations of record.

I certify under penalty of false swearing that at least the legally correct amount of documentary stamps have been placed on this instrument.

Exemption _____

Z TREVA BRANSCUM

Address: _____

Grantee or Agent: _____

497

498

WARRANTY DEED                                                          2

    To have and to hold the same unto the said GRANTEES, and unto

their heirs and assigns forever, with all appurtenances thereunto

belonging.

    And we hereby covenant with said GRANTEES that we will forever

warrant and defend the title to the said lands against all claims

whatever.

    And we, the GRANTORS, for and in consideration of the said sum

of money, do hereby release and relinquish unto the said GRANTEES

all our rights of dower, curtesy and homestead in and to the said

lands.

    WITNESS our hands and seals on this _31st_ day of May, 1995.

_(signature)_ (SEAL)
OSCAR F. HENSLEY

_(signature)_ (SEAL)
DIANA L. HENSLEY

ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

    BE IT REMEMBERD, That on this day came before the
undersigned, a Notary Public within and for the County aforesaid,
duly commissioned and acting Oscar F. Hensley and Diana L. Hensley,
husband and wife, to me well known as the grantors in the foregoing
instrument, and acknowledged that they had executed the same for
the consideration and purposes therein mentioned and set forth.

    WITNESS my hand and seal as such Notary Public this _31st_
day of May, 1995.

My Commission Expires:

_April 21, 2002_                    _(signature)_
                                    Notary Public

OFFICIAL SEAL
VALARI J. BRISTOL
NOTARY PUBLIC - ARKANSAS
FAULKNER COUNTY
My Commission Expires: 04 - 21 - 2002

This Instrument was Prepared by
HENRY & HENRY
ATTORNEYS AT LAW
627 LOCUST AVENUE
CONWAY, AR 72032

**CERTIFICATE OF RECORD**

STATE OF ARKANSAS,
County of _____ Faulkner _____ SS.

    I, _____ SHARON RIMMER _____ Clerk of the Circuit Court and Ex-Officio
Recorder for the County aforesaid, do hereby certify that the annexed and foregoing instrument of writing was filed for record
in my office on the _____ 7th _____ day of _____ June _____ A.D. 1995
at _8:29_ o'clock _A._ M., and the same is now duly recorded, with the acknowledgment _____ and certificate _____
thereon, in _Deed_ Record Book, Vol. _599_ Page _497_

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of
said Court this _____ 8th _____ day of _____ June _____ A.D. 1995

SHARON RIMMER _____ Clerk.

By _(signature)_ Deputy Clerk.



Doc#2009-7110
Date 04/21/2009
03:12:24 PM
Filed & Recorded in    320444
Official Records of
Faulkner County
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $28.00
by _____ D.C.

# WARRANTY DEED
### (Reserving Mineral Interest)

KNOW ALL MEN BY THESE PRESENTS:

That I, Evelyn M. Sheldon, an unmarried person, GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other consideration, to me paid by Scott Lovelady and Laveane Lovelady, husband and wife, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said Scott Lovelady and Laveane Lovelady, husband and wife, as tenants by the entirety with right of survivorship, and unto their heirs and assigns forever, the following described lands in FAULKNER County, Arkansas:

> All that part of the West Half (W1/2) of the Northwest Quarter (NW1/4) of Section Ten (10), Township Seven (7) North, Range Fourteen (14) West, lying North of the County Road running East and West through said West 1/2 NW1/4, Section 10, Township 7 North, Range 14 West, Less and Except the following Seven acres, described as beginning at the Northeast Corner of the NW1/4 NW1/4 of said Section 10, Township 7 North, Range 14 West, and run thence South 1,049 feet to center of county Road; thence North 89 degrees 44 minutes West 291.0 feet; thence North 1,049 feet; thence East 291.0 feet to the point of beginning, containing 7 acres, more or less, and leaving 20 acres, more or less, conveyed hereby.

> GRANTOR HEREBY RESERVES UNTO HERSELF ONE-HALF OF THE OIL, GAS AND MINERALS OWNED BY HER IN, ON AND UNDER THE LANDS CONVEYED HEREIN.

> Said lands were owned by Merrill M. Sheldon and wife, Evelyn M. Sheldon, as tenants by the entirety with right of survivorship. The said Merrill M. Sheldon died January 20, 2009, in Bandera County, Texas, leaving grantor sole owner.

> This conveyance is made subject to all rights of way, covenants and restrictions, easements and all other reservations of record and physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and assigns forever, with all appurtenances thereunto belonging. And I hereby covenant with said GRANTEES that I will forever warrant and defend the title to said lands against all claims whatever.

WITNESS my hand and seal this April 20th, 2009.

EVELYN M. SHELDON

By Evelyn n Sheldon by Robert Lynn Sheldon

Robert Lynn Sheldon, as Her
Agent and Attorney-in-fact

ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Robert Lynn Sheldon, as agent and attorney-in-fact for Evelyn M. Sheldon, to me well known as the grantor in the foregoing deed, and acknowledged that he had executed the same for the consideration and purposes therein mentioned and set forth as such agent and attorney-in-fact.

WITNESS my hand and seal as such Notary Public, this 20th day of April, 2009.

Judy R. Hemmerich
Notary Public

(seal)

JUDY R. HEMMERICH
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 6-16-2013

CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty of false swearing, that the legally correct amount of documentary stamps have been placed on this document.

Laurann Loulady

Address: 50 Slatey Gap Rd
Damascus AR 72039

This instrument prepared by:
Graddy & Adkisson, LLP
Post Office Box 996
Conway, AR 72033

CERTIFICATE OF RECORD
Doc#2009- 7118
04/21/2009
03:12:24 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
by _____ D.C.

001-13542-000

This instrument prepared by
Clark & McNeil
Conway, Arkansas

CORRECTION

# WARRANTY DEED
### With Relinquishment of Dower

Herbert Barton and wife, Dollie Barton
TO
Woody Newton and Sherry Newton

ss.

KNOW ALL MEN BY THESE PRESENTS:

THAT WE...... Herbert Barton

and .......... Dollie Barton .......... his wife, for and in consideration of the

sum of $10 & other consideration which consideration is less than $100.00 DOLLARS

to us paid by ...... Woody Newton and Sherry Newton, the receipt of which is

hereby acknowledged,

.......... do hereby grant, bargain, sell and convey

unto the said ...... Woody Newton and Sherry Newton

.......... and unto ...... their .......... heirs and

assigns forever, the following lands lying in the County of Faulkner and State of Arkansas, to-wit:

Part of the NE 1/4 of the NW 1/4 of Section 10, T7N, R14W, described as
beginning at the northwest corner of said NE 1/4 NW 1/4; thence along
the west line of said NE 1/4 NW 1/4 south 0 degrees 41 minutes 29 seconds
east 485.04 feet to the point of beginning; thence east 420 feet;
thence south 0 degrees 41 minutes 29 seconds east 500.58 feet to the
north right-of-way of a road; thence along said right-of-way south
85 degrees 05 minutes 55 seconds west 421.11 feet to the west line of
said NE 1/4 NW 1/4; thence north 0 degrees 41 minutes 29 seconds west
538.57 feet to the point of beginning, containing 5.0 acres, more or
less.
This deed is executed for the purpose of correcting an erroneous des-
cription in a prior deed from Grantors to Grantees herein dated September
10, 1971, and of record in Faulkner County Deed Book ____ at page ____.

TO HAVE AND TO HOLD the same unto the said..........
Woody Newton and Sherry Newton

.......... and unto ...... their .......... heirs and assigns forever, with all appurtenances

thereunto belonging. And WE .......... hereby covenant with said ..........
Woody Newton and Sherry Newton

that ...WE.......will forever warrant and defend the title to said lands against all lawful claims whatever.

And, I, ...Dollie Barton.......... wife of said ....Herbert Barton..........

the grantor herein, do hereby join in this conveyance and for the consideration aforesaid convey and renounce all right of

homestead in and to the said property; and for and in consideration of the said sum of money, do hereby release and

relinquish unto the said .....Woody Newton and Sherry Newton

all my right of dower in and to said lands.

WITNESS our hands and seals this....27th.... day of ...... December .......... , 1978.

Herbert Barton .......... (SEAL)
Herbert Barton

Dollie Barton .......... (SEAL)
Dollie Barton

001 - 13551 - 003

# WARRANTY DEED
## MARRIED PERSONS

### Know All Men by These Presents:

THAT WE, .......Rickey C. Joyner.................................................... and

.........Angelea J. Joyner..............................., husband and wife, GRANTORS,

for and in consideration of the sum of .........Ten Dollars and no/100...................

......................................................... DOLLARS ($...10.00..........),

.........................................................................................

in hand paid by ......Woody D. Newton, and wife, Sherry D. Newton....................

....................., GRANTEE.S., the receipt of which is hereby acknowledged, hereby grant,

bargain, sell and convey unto the said GRANTEE.S., and unto .......their.......... heirs and

assigns forever, the following lands lying in .......Faulkner................ County, Arkansas:

Being a part of the NE¼ NW¼ Section 10, T-7-N, R-14-W Faulkner County, Arkansas

more particularly described as starting at the NE corner of said NE¼ NW¼,

thence along the West line of said NE¼ S-00-51-49-E 341.80 feet, thence leaving

said West line West 471.66 feet, thence S-00-57-51-E 607.29 feet to the North

right of way of Slatey Gap Road, thence along said North right of way S-85-05-

55-W 336.36 feet to the point of beginning, thence continuing along said

North irght of way S-85-05-55-W 100.25 feet, thence leaving said right of way

N-00-41-29-W 444.17 feet, thence East 100.0 feet, thence S-00-41-29-E

435.60 feet to the point of beginning containing 1.0 acres, more or less.

.........................................................................................

.........................................................................................

To have and to hold the same unto the said GRANTEE.S., and unto ....their..............

heirs and assigns forever, with all appurtenances thereunto belonging.

And we hereby covenant with said GRANTEE.S. that we will forever warrant and defend the

title to the said lands against all claims whatever.

And we, the GRANTORS, ........Rickey C. Joyner, and wife, Angelea J. Joyner..

.........................................................................................

for and in consideration of the said sum of money, do hereby release and relinquish unto the said

GRANTEE... all our rights of dower, curtesy and homestead in and to the said lands.

WITNESS our hands and seals on this ...10.... day of ..June............, 19.97.

Rickey C. Joyner

Angelea J. Joyner

## ACKNOWLEDGED

STATE OF ARKANSAS } BE IT REMEMBERED, That on this day came before the undersigned, a ___ Notary Public
County of Faulkner } in ___ within and for the County aforesaid, duly commissioned and
acting ___ Herbert Barton and Dollie Barton ___ to me well known as the grantor S in the foregoing Deed, and
acknowledged that ___ they ___ had executed the same for the consideration and purposes therein mentioned and set forth.

And on the same day also voluntarily appeared before me the said ___ Dollie Barton ___ wife of the said
Herbert Barton ___ to me well known, and in the absence of her said husband declared that she had of her own free will
executed said deed and signed and sealed the relinquishment of dower and homestead in the foregoing Deed, for the consideration and purposes therein
mentioned and set forth, without compulsion or undue influence of her husband.

WITNESS my hand and seal as such ___ Notary Public ___ this ___ 27th ___ day of ___ December ___ 19 78.

Jeanne M. Beight

Notary Public

My commission expires ___ 6/30/ ___ 82 ___

L.S.

## CERTIFICATE OF RECORD

STATE OF ARKANSAS } I, ___ LUCY GLOVER ___ Circuit Clerk and Ex-Officio Recorder
County of Faulkner } within and for the County aforesaid, do hereby certify that the within and foregoing instrument of writing was filed for record in my office on the ___ 28th ___ day of ___ December ___ 19 78 at 10:20 o'clock A. M., and the same is now duly recorded, with the acknowledgment and certificates thereon in Deed Record Book No. ___ 267 ___ Page ___ 535 ___
IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this ___ 29th ___ day of ___ December ___ 19 78.

LUCY GLOVER
Clerk.

By Donna Glover
Deputy Clerk.

L.S.

## ACKNOWLEDGMENT

STATE OF ARKANSAS,

County of ....Faulkner........ } ss.

On this day, personally appeared before me ..... Ricky C. Jaeper.............
and ...Angela J. Jaeper....... known to me to be the persons whose names are
subscribed to the within instrument and acknowledged that they executed the same for the purposes
therein contained.

WITNESS my hand and official seal this ...10... day of ......June......., 19 97.

My commission expires: June 3, 2003

(SEAL)                                                Fay Reynolds
                                                        Notary Public.

I CERTIFY UNDER PENALTY OF FALSE SWEARING
THAT AT LEAST THE LEGALLY CORRECT AMOUNT OF
DOCUMENTARY STAMPS HAVE BEEN PLACED ON
THIS INSTRUMENT.

Woody & Sherry Newton

ADDRESS: 28 Sixty Six Rd
Damascus, AR 72039

---

**WARRANTY DEED**
**MARRIED PERSONS**

NOTE: A wise man will have his deed recorded.

FORM No. 8441   REV. 2-81   CLASS 2

By .................................., D.C.

.................................., Clerk.

........ o'clock ...... M.

Filed for record on this ........ day of

.................. 19 ...... at .......

---

## CERTIFICATE OF RECORD

STATE OF ARKANSAS,              } ss.   .................................. } ss.
County of ...Faulkner..............

I, ...Sharon Rimmer.............................., Circuit Clerk and Ex-Officio Recorder
for the County aforesaid, do hereby certify that the annexed and foregoing instrument of writing
was filed for record in my office on the ..11th.... day of ...June..................... A. D. 19 97.,
at ..10:40..... o'clock ..A... M., and the same is now duly recorded, with the acknowledgments and
certificates thereon, in "Record Book ...Deed/666..........," page ...666.........

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court,
this ...13th... day of ...June..................,19.97..

                                    Sharon Rimmer
                                Circuit Clerk and Ex-Officio Recorder.
                        By .........................................., D.C.

001-13547-001



## WARRANTY DEED

MAXINE McMILLEN                                                          GRANTOR

   TO

MICKEY DOYLE McMILLEN and wife,
TAMMY LOUISE McMILLEN                                                    GRANTEES

KNOW ALL MEN BY THESE PRESENTS:

    THAT I, Maxine McMillen, GRANTOR, being of lawful age and a
widow, for and in consideration of the sum of Ten Dollars
($10.00), and other good and valuable consideration paid by
Mickey Doyle McMillen and wife, Tammy Louise McMillen, GRANTEES,
the receipt of which is hereby acknowledged, do hereby grant,
bargain, sell and convey unto the said Grantees, and unto their
heirs and assigns forever, the following described lands situated
in the County of Faulkner, State of Arkansas:

    TRACT #2:
    The South half of the Southwest Quarter of the Northwest
    Quarter of Section 10, Township 7 North, Range 14 West,
    20 acres, more or less.

    TO HAVE AND TO HOLD the same unto the said Grantees, and
unto their heirs and assigns forever, with all tenements,
appurtenances and hereditaments thereunto belonging.

    And I do hereby covenant with the said Grantees, their heirs
and assigns, that I will forever warrant and defend the title to
said property against the lawful claims of all persons
whomsoever.

    And for the consideration and purposes herein mentioned and
set forth, I, Maxine McMillen, the Grantor, do hereby release and
relinquish unto the said Grantees, their heirs and assigns, all
my right, title, claim and possibility of dower and homestead in
and to the above described real property.

    WITNESS my hand and seal this __24th__ day of __May__,
1993.

_Maxine McMillen_
MAXINE McMILLEN

## ACKNOWLEDGEMENT

STATE  OF ARKANSAS )
                   )SS
COUNTY OF FAULKNER )

WARRANTY DEED

MAXINE MCMILLEN, A SINGLE PERSON                    GRANTOR

TO

MICKY MCMILLEN AND WIFE, TAMMY MCMILLEN             GRANTEE

KNOW ALL MEN BY THESE PRESENTS:

THAT Maxine McMillen, GRANTOR, single person for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration paid by Micky McMillen and Wife, Tammy McMillen, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said GRANTEES, as tenants by the entirety and unto their heirs and assigns forever, the following described lands situated in the County of Faulkner, State of Arkansas:

001-13547-000

Being part of the SW 1/4 NW 1/4, Section 10, T-7-N, R-14-W, Faulkner County, Arkansas, described as beginning at a point 660.0' North of the SW corner of said SW 1/4 NW 1/4; thence continue North, 647.51'; thence E 1320.0 feet, thence S 647.51' thence WEST 1320' to the point of beginning containing 19.62 acres more or less.

041-13547-040

Also a part of the W 1/2 NW 1/4 Section 10 T-7-N, R-14-W Faulkner County Arkansas more particularly described as beginning at a point 1307.51' N and 1080.87 E of the SW Corner of said W 1/2 NW 1/4 thence N 276.0' to the centerline of County Road, thence E along said centerline 60.0', thence leaving said centerline S 276.0' thence W 60.0' to the point of beginning containing 0.32 acres more or less, making a total in the aggregate of 20.0 acres, more or less.

TO HAVE AND TO HOLD the same unto the said GRANTEES, and unto their heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

*Prepared By: Heller Rice Grinder atty*

*R-2551*



**WARRANTY DEED**

001-13549-000

STAN AND CONNIE McMILLEN                                         **GRANTORS**

**TO**

MICKEY McMILLEN                                                              **GRANTEE**

## KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Stan and Connie McMillen, GRANTORS, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration paid by Mickey McMillen, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said GRANTEE, and unto his heirs and assigns forever, the following described lands situated in the County of Faulkner, State of Arkansas:

Being a part of the W ½ NW ¼ of Section 10, T-7-N, R-14-W, Faulkner County, Arkansas; described as beginning at the SW corner of said W ½ NW ¼ of Section 10, T-7-N, R-14-W; thence N 00 degrees 25' 40" E 1307.51 feet; thence S 89 degrees 08'00" E 1080.87 feet to the point of beginning; thence continue S 89 degrees 08'00" E 239.13 feet or to the SE corner of the NW ¼ NW ¼; thence North 280.00 feet to the centerline of Slatey Gap Road; thence along said centerline westwardly 179.13 feet; thence continue along said centerline N 89 degrees 08'00" W 60.00 feet; thence South 276.00 feet to the point of beginning containing 1.52 acres more or less.

TO HAVE AND TO HOLD the same unto the said GRANTEE, and unto his heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

And we do hereby covenant with the said GRANTEE, his heirs and assigns, that I will forever warrant and defend the title to said property against the lawful claims of all persons whomsoever.

And for the consideration and purposes herein mentioned and set forth, the GRANTORS, does hereby release and relinquish unto the said GRANTEE, his heirs and assigns, all their right, title and claim of dower and homestead in and to the above described real property.

WITNESS my hand and seal this *16th* day of *February*, 2001.

Doc#2001- 2523
Date 02/26/2001
06:53:43 AM
Filed & Recorded in
Official Records of
Faulkner County
SHARON RIMMER
FAULKNER COUNTY CIRCUIT CLERK
Fees 46.00
by _____ D.C.

# 178982

*Stan McMillen*
STAN McMILLEN, GRANTOR

*Connie McMillen*
CONNIE McMILLEN, GRANTOR



Slatey Gap Rd (50' r/w

N 87°31'57" E
N 86°22'43"
S 68°32'48" E    87.97
36.92'  N 89°14'02" E    52.39'
53.19'

PC
OF
20'  EA

NW Corner SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Conway County, Arkansas

N 89°29'26" W 1311.15'

North 276.96'

Mickey McMillen
Part of the SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
1.48± acres

South 285.76'

SW Com
Section 1
Conway

POB
S 89°29'30" E  697.57'
S 89°29'28" W 759.95'
N 89°29'27" W 613.58' (to POB 21 ac)

NE Corner
Section 10
Conway C

POINT OF TERMINATION
OF INGRESS/EGRESS
EASEMENT

S 89°29'29" E  383.30'

10'    20'

NOTE:
This is a plot out only
no fieldwork has been
completed for this job.

NOTE:
This is a plot out only
no fieldwork has been
completed for this job.

Mickey McMillen
Part of the SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
18.52± acres

Mickey McMillen
Part of the SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
21.00± acres

**20.00± ACRES**

N 00°09'44" E 1308.25'

S 00°04'50" W 1311.55'
N 00' 04'50" E 1311.55'

House

"out building"

South 1314.51'

NOTE:
This is a plot out only
no fieldwork has been
completed for this job.

NOTE:
This is a plot out only
no fieldwork has been
completed for this job.

POB
¾" pipe (deed)
SE Corner SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Conway County, Arkansas

N 89°13'12" W 699.47'
N 89°13'00" W  615.46'

rner SW ¼ NW ¼
10, T-7-N, R-14-W,
y County, Arkansas

S 89°13'10" E  1314.92'

Instrument# L201800121 Page 1 of 3

Warranty Deed - Married (Letter).rtf                    1 of 3

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 17-026944-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person  (Letter).rtf



L201800121
CERTIFICATE OF RECORD
FAULKNER CO, AR FEE $25.00
RECORDED: 01-03-2018 03:03.48 PM
CRYSTAL TAYLOR
CIRCUIT CLERK
BY: LIZ BAUMGARTNER, D.C.
DEED
3 Pages

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (MARRIED PERSONS)

### KNOW ALL MEN BY THESE PRESENTS:

That, Brandon Carpenter and Latisha Carpenter, a married couple, Grantor(s), for and in consideration of the sum of ---TEN AND 00/100--- DOLLARS---($10.00)---and other good and valuable consideration in hand paid by Jamie Stires and spouse, Bryan Stires, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto their heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

Part of the NE 1/4 NW 1/4 Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, described as follows: Beginning at the Northeast corner of said NE 1/4 NW 1/4; run thence South 00 degrees 51 minutes 49 seconds East along the East line of said NE 1/4 NW 1/4, 341.8 feet; thence West 471.66 feet; thence South 00 degrees 57 minutes 51 seconds East, 607.29 feet to the North right of way of a County Road; thence South 85 degrees 05 minutes 55 seconds West along said right of way, 436.61 feet; thence leaving said right of way North 0 degrees 41 minutes 29 seconds West, 500.58 feet; thence West 420.0 feet to the West line of said NE 1/4 NW 1/4, thence North 00 degrees 41 minutes 29 seconds West, 485.04 feet to the Northwest corner of said NE 1/4 NW 1/4; thence East 1323.34 to the point of beginning.

Less and Except:

Part of the NE1/4 NW 1/4 Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, more particularly described as starting at the Northeast corner of said NE 1/4 NW 1/4; thence along the West line of said NE 1/4 NW 1/4 South 00 degrees 51 minutes 49 seconds East, 341.80 feet; thence leaving said West line West 471.66 feet; thence South 00 degrees 57 minutes 51 seconds East, 607.29 feet to the North right of way of Slatey Gap Road; thence along

Book  Page 0.002

said North right of way South 85 degrees 05 minutes 55 seconds West, 336.36 feet to the point of beginning; thence continuing along said North right of way South 85 degrees 05 minutes 55 seconds West, 100.25 feet; thence leaving said right of way North 00 degrees 41 minutes 29 seconds West, 444.17 feet; thence East 100.0 feet; thence South 00 degrees 41 minutes 29 seconds East, 435.60 feet to the point of beginning.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and restrictions, if any.

**TO HAVE AND TO HOLD** the above described lands unto the Grantee(s) and unto their heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, **Brandon Carpenter and Latisha Carpenter, a married couple,** for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto their heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

WITNESS our hand(s) and seal(s) on this _29_ day of December, 2017.

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument. Exempt or no consideration paid if none shown.

GRANTEE OR AGENT: _Jamie Stires_

Jamie Stires and Bryan Stires

_Brandon Carpenter_

_Latisha Carpenter_

GRANTEE'S ADDRESS:  24 Slatey Gap Rd.
Damascus, AR 72039

## ACKNOWLEDGMENT

STATE OF ARKANSAS          )
                           )  SS.
COUNTY OF FAULKNER         )

**BE IT REMEMBERED,** that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Brandon Carpenter and Latisha Carpenter, a married couple, to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this _29_ day of December, 2017.

_April Mathes_

Notary Public

My commission Expires:

APRIL MATHES
Notary Public-Arkansas
Faulkner County
My Commission Expires 09-18-2025
Commission # 12695496

# WARRANTY DEED

**UNMARRIED PERSON**

## KNOW ALL MEN BY THESE PRESENTS:

THAT ....... Charlotte M. Lyke ....................................................................................

.............................................................................................................., an unmarried person,

for and in consideration of the sum of..... Ten Dollars and other consideration ...........

............................................................................................................................ **DOLLARS**,

paid by........ Tommy D. Kirkpatrick .................. ............ ....... ...........................,

the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said

............... Tommy D. Kirkpatrick ..............................................

and unto...... his .......heirs and assigns forever, the following lands lying in the County of........ .

............... FAULKNER ...................................................and State of Arkansas, to-wit:

Part of the NE 1/4 NW 1/4, Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, described as beginning at the NE corner of said NE 1/4 NW 1/4; thence along the east line of said NE 1/4 NW 1/4, south 0 degrees 51 minutes 49 seconds east 341.08 feet to the point of beginning; thence continuing south 0 degrees 51 minutes 49 seconds east 287.30 feet; thence leaving said line, west 150.0 feet; thence south 0 degrees 51 minutes 49 seconds east 292.50 feet to the north right-of-way of a road; thence along said right-of-way south 85 degrees 05 minutes 55 seconds west 296.46 feet; thence leaving said right-of-way north 0 degrees 51 minutes 49 seconds west 605.14 feet; thence east 445.76 feet to the point of beginning, containing 5.0 acres, more or less.

The above-described lands were owned by Walter Frederick Lyke and Charlotte M. Lyke as husband and wife.  Said Walter Frederick Lyke died on or about Sept. 8, 1980 leaving Charlotte M. Lyke the sole owner of said property.
     To have and to hold the same unto the said.........................................................

............... Tommy D. Kirkpatrick .....................................................

and unto...... his ...................heirs and assigns forever, with all appurtenances thereunto belonging.

And........... I .............hereby covenant with said ....... Tommy D. Kirkpatrick ...........

...........................................................that....... I ...........will forever warrant and defend

the title to said lands against all lawful claims whatever.

WITNESS...... my .....hand....... and seal....... on this 23 ...day of.... October ...... 1985.

x *Charlotte Lyke* ...........[SEAL]

.......................................................................[SEAL]

**WARRANTY DEED**

UNMARRIED PERSON

Charlotte M. Lyke

TO

Tommy D. Kirkpatrick

Mail

Star Route

Damascus, Ar

72039

Filed for record on this

day of ........November 19 85

at 8:35 o'clock A. M.

.................................. Clerk.

By .................................. D.C.

FORM NO. 859          CLASS 2

**CERTIFICATE OF RECORD**

*STATE OF ARKANSAS,* } SS.          .................................. } SS.

*County of* Faulkner

I, LUCY GLOVER, Clerk of the Circuit Court and Ex-Officio Recorder for the County aforesaid, do hereby certify that the within and foregoing instrument of writing was filed for record in my office on this 7th day of November A. D. 19 85 at 8:35 o'clock A M., and the same is now duly recorded, with the acknowledgments and certificates thereon, in "Deed Record Book 358," Page 593.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this 8th day of November 19 85.

LUCY GLOVER Clerk.

BY: ..................... D.C.

WARRANTY DEED

W. FREDERICK LYKE (DECEASED) AND WIFE,              GRANTORS
CHARLOTTE M. LYKE

     TO

TOMMY D. KIRKPATRICK                               GRANTEE


KNOW ALL MEN BY THESE PRESENTS:

     THAT We, W. Frederick Lyke (deceased) and wife, Charlotte M.
Lyke, GRANTORS, being of lawful age and married, for and in
consideration of the sum of Ten Dollars ($10.00), and other good
and valuable consideration paid by Tommy D. Kirkpatrick, GRANTEE,
the receipt of which is hereby acknowledged, do hereby grant,
bargain, sell and convey unto the said Tommy D. Kirkpatrick, and
unto his heirs and assigns forever, the following described lands
situated in the County of Faulkner, State of Arkansas:

     Part of the NE1/4 NW1/4 of Section 10, T-7-N, R-14-W,
     Faulkner County, Arkansas, described as follows:
     Commencing at the NE Corner of said NE1/4 NW1/4; run
     thence S 0 degrees 51 minutes 49 seconds E along the East
     Line of said NE1/4 NW1/4 341.08 feet; thence West 445.76
     feet to the Point of Beginning; thence S 0 degrees 51
     minutes 49 seconds E 605.14 feet to the North right-of-
     way of a County Road; thence S 85 degrees 05 minutes 55
     seconds W along said right-of-way 25.0 feet; thence N 0
     degrees 57 minutes 51 seconds W 607.29 feet; thence East
     25.9 feet to the Point of Beginning, containing 0.345
     acres, more or less.


     To have and to hold the same unto the said Tommy D.
Kirkpatrick, and unto his heirs and assigns forever, with all
tenements, appurtenances and hereditaments thereunto belonging.

     And we hereby covenant with the said Tommy D. Kirkpatrick that
we will forever warrant and defend the title to said lands against
all lawful claims whatsoever.

     And We, W. Frederick Lyke (deceased) and wife, Charlotte M.
Lyke, for and in consideration of the said sum of money, do hereby
release and relinquish unto the said Tommy D. Kirkpatrick, and unto
his heirs and assigns forever, all our right and possibility of
curtesy, dower and homestead in and to the above described real
property.

00260

Warranty Deed - Unmarried (Long Let)  1 of 1

Doc# 2015-359
Date 01/06/2015
82:18:E3 PM
Filed & Recorded in      4D8a03
Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $25.00
By _____  D. C.

Please Return To:

Lenders Title Company
1501 North University, Suite 100
Little Rock AR, 72207
Phone: 501-320-2900
Fax: 501-320-2901

File Number: 14-007692-190

Approved as to form by:
J. Mail, Spradley, Attorney-at-Law
Transactional data completed by Lenders Title Company

Warranty Deed - Unmarried (Long Let)

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (UNMARRIED PERSON)

### KNOW ALL MEN BY THESE PRESENTS:

That, Roy West, Grantor, an unmarried person, for and in consideration of the sum of ---TEN AND 00/100---
DOLLARS ($10.00)---and other good and valuable consideration in hand paid by Ryan Lovelady, Grantee(s), the receipt
and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto the Grantee(s), and
unto his heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

Part of the NE ¼ NW ¼, Section 19, T7N, R14W, described as beginning at the northeast
corner of said NE ¼ NW ¼; thence along the east line of said NE ¼ NW ¼ south 0 degrees
51 minutes 49 seconds east 628.38 feet to the point of beginning; thence continuing south 0
degrees 51 minutes 49 seconds east 288.30 feet to the north right of way of a road; thence
along said right of way to a point south 89 degrees 32 minutes 42 seconds west 111.39 feet;
thence to a point south 85 degrees 05 minutes 55 seconds west 38.71 feet; thence leaving
said right of way north 0 degrees 51 minutes 49 seconds west 292.50 feet; thence east 150
feet to the point of beginning.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and
restrictions, if any.

TO HAVE AND TO HOLD the above described lands unto the  Grantee(s) and his heirs and assigns forever
with all tenements, appurtenances, and hereditaments thereunto belonging.

And I hereby covenant with the Grantee(s) that I will forever warrant and defend the title to the above described

lands against all claims whatsoever.

**WITNESS my hand and seal on this 7th day of January, 2015.**

I certify under penalty of false swearing
that documentary stamps on a documentary
symbol in the legally correct amount has
been placed on this instrument. Exempt or no
consideration paid if none shown.

GRANTEE OR AGENT: _____
Ryan Sean Lovelady

GRANTEE'S ADDRESS: 4 Slatey Gap Road
Damascus, AR 72039

_____
Roy Wyst

## ACKNOWLEDGMENT

STATE OF ARKANSAS            )
                             )   SS.
COUNTY OF FAULKNER           )

**BE IT REMEMBERED,** that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Roy West, to me well known as (or satisfactorily proven to be) the person whose name is subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and official seal this **7th day of January, 2015.**

_____
Notary Public

My commission Expires:

_____



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

## Real Estate Transfer Tax Stamp
### Proof of Tax Paid



File Number: 14-087692-190

**Grantee:**          RYAN LOVELADY
**Mailing Address:**  4 SLATEY GAP ROAD
                      DAMASCUS AR 720390000

**Grantor:**          ROY WEST
**Mailing Address:**  922 PLEASURE VALLEY
                      LITTLE ROCK AR 722060000

**Property Purchase Price:**   $134,700.00
**Tax Amount:**                $445.50

**County:**        FAULKNER
**Date Issued:**   01/07/2015
**Stamp ID:**      1562509312

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument.

Grantee or Agent Name (printed): _Ryan Lovelady_

Grantee or Agent Name (signature): _Ryan Blanche_     Date: _1-7-15_

Address: _4 Slatey Gap Road_

City/State/Zip: _Damascus AR 72029_

CERTIFICATE OF RECORD
Doc# 2015-359
01/06/2015
02:10:23 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
SHELBA JOHNSON
FAULKNER COUNTY CIRCUIT CLERK
By _____ D.C.

15288                                    Doc#2011- 15869

THIS INSTRUMENT PREPARED BY GORDON, CARUTH & VIRDEN, MORRILTON, ARKANSAS

# QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS:

THAT I, Phyllis McMillen, for and in consideration of the sum of ONE DOLLAR

($1.00), to me paid by Stan McMillen, do hereby grant, sell and quitclaim unto the said

Stan McMillen and unto his heirs and assigns forever, the following lands lying in the

County of Faulkner and State of Arkansas, to wit:

TRACT 1:  The West Half of the Southeast Quarter of the Northwest Quarter (W 1/2 SE 1/4 NW 1/4) of Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, Twenty (20)acres, more or less.

A part of the Southeast Quarter of the Northwest Quarter (SE 1/4 NW 1/4) of Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, described as beginning at a point which is 958.32 feet North of the Southeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) and run Thence West 315 feet; Thence North 210 feet; Thence East 315 feet to the East line of said Southeast Quarter Northwest Quarter; (SE 1/4 NW 1/4) Thence South along the East line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) 210 feet to the point of beginning, containing 1½ acres more or less.

Being part of the Northwest Quarter, (NW 1/4) Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, Faulkner County, Arkansas  more particularly described as beginning at the Southwest Corner of the Northwest Quarter, thence North 1307.51 feet, thence East 1140.87 feet to the point of beginning, thence continue East 179.13 feet to the Northwest Corner of the Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) Section Ten, (10) thence East 660.0 feet, thence South 1320.0 feet to the South line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) thence East 160.0 feet; said point being 500.0 feet West of the Southeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) ; thence North 958.32 feet, thence East 185.0 feet, thence North 210.0 feet thence 315.0 feet to the East line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) said point being 1168.32 feet North of the Southeast corner of said Southeast Quarter Northwest Quarter,(SE 1/4 NW 1/4)  thence North 151.68 feet to the Northeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) thence West 140.0 feet, thence North 381.19 feet to the centerline of a county road, thence along said centerline to a point South 85-05-55-W 1184.33 feet to a point on the

## ACKNOWLEDGMENT

STATE OF ARKANSAS   )
                        ) ss.
COUNTY OF _CONWAY_ )

      BE IT REMEMBERED, That on this day came before me, the undersigned, a notary public within and for the county aforesaid, duly commissioned and acting, Phyllis McMillen, to me well known as the grantor in the foregoing Deed, and stated that she had executed the same for the consideration and purposes therein mentioned and set forth.

      WITNESS my hand and seal as such Notary Public on this 2th day of September, 2011.

                            _Jeannie L Denniston_
                            Notary Public

My commission expires:
_5-9-2020_

> JEANNIE L. DENNISTON
> NOTARY PUBLIC-STATE OF ARKANSAS
> CONWAY COUNTY
> My Commission Expires 5-9-2020
> Commission # 12375478

No real estate transfer tax is applicable to this instrument under Ark. Code Ann. § 26-60-102(7) as an instrument given by one (1) party in a divorce action to the other party to the divorce action as a division of marital property whether by agreement or order of the court.

I CERTIFY UNDER PENALTY OF FALSE SWEARING THAT AT LEAST THE LEGALLY CORRECT AMOUNT OF DOCUMENTARY STAMPS HAVE BEEN PLACED ON THIS INSTRUMENT.
_Stan McMillen_
ADDRESS: _471 Hwy 285 N_
_Damascus Ar 22039_

CERTIFICATE OF RECORD
Doc#2011- 15069
09/22/2011
09:12:41 AM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
by _____ D. C.

3

(W)·-   ·       *18300*

Doc# 2014-17991
Date 12/15/2014
02:08:21 PM
Filed & Recorded in
Official Records of   407729
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $38.00
By _____ D.C.

## WARRANTY DEED

### KNOW ALL MEN BY THESE PRESENTS:

That we, Betty Hargrove, an unmarried person, Dean Hargrove and wife, Sarah Hargrove, Larry Hargrove and wife, Oma Hargrove, GRANTORS, for and in consideration of the sum of Ten Dollars ($10.00) and other consideration, to us paid by Larry Hargrove and Oma Hargrove, husband and wife, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said Larry Hargrove and Oma Hargrove, husband and wife, as tenants by the entirety with right of survivorship, and unto their heirs and assigns forever, the following described lands in FAULKNER County, Arkansas:

Part of the NW 1/4 NE 1/4, Section 10, Township 7 North, Range 14 West, described as beginning at the northwest corner of said NW 1/4 NE 1/4, thence east 306.92 feet to the west right-of-way of State Highway #285; thence along said right-of-way south 13 degrees 26 minutes 39 seconds east 219.98 feet; thence south 04 degrees 37 minutes 45 seconds west 177.79 feet; thence south 12 degrees 22 minutes 05 seconds west 190.30 feet; thence south 11 degrees 51 minutes 31 seconds west 280.59 feet; thence south 18 degrees 45 minutes 15 seconds west 237.72 feet to the intersection of said right-of-way with the north right-of-way of a county road; thence along said right-of-way north 51 degrees 22 minutes 45 seconds west 88.57 feet; thence north 39 degrees 17 minutes 56 seconds west 135.53 feet, said point being on the west line of said NW 1/4 NE 1/4; thence along said west line north 0 degrees 51 minutes 49 seconds west 916.68 feet to the point of beginning, containing 6.79 acres, more or less.

Said lands were owned by Lucille Hargrove who died unmarried and intestate, in Faulkner County, Arkansas, on May 31, 1981, leaving surviving as her only heirs at law, her three children, Betty Hargrove, Dean Hargrove and Larry Hargrove, all grantors herein.

This conveyance is made subject to all rights of way, covenants and restrictions, easements and all other reservations of record and physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and assigns forever, with all appurtenances thereunto belonging.  And we hereby covenant with said GRANTEES that we will forever warrant and defend the title to said lands against all claims whatever.

And we, the GRANTORS, for and in consideration of said sum of money, do hereby release and relinquish unto the said GRANTEES all our rights of dower, curtesy, and homestead in and to said lands.

WITNESS our hands and seals this October 6th, 2010.

_____
Betty Hargrove

_____
Dean Hargrove

_____
Sarah Hargrove

_____
Larry Hargrove

_____
Oma Hargrove

2

## ACKNOWLEDGMENT

STATE OF Arkansas

COUNTY OF Perry

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Betty Hargrove, to me well known as one of the grantors in the foregoing deed, and acknowledged that she had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal this 21st day of October, 2010.

(seal)

Notary Public


## ACKNOWLEDGMENT

STATE OF Arkansas

COUNTY OF Perry

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Dean Hargrove and Sarah Hargrove, to me well known as two of the grantors in the foregoing deed, and acknowledged that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal this 21st day of October, 2010.

(seal)

Notary Public

3

## ACKNOWLEDGMENT

STATE OF ARKANSAS

COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Larry Hargrove and Oma Hargrove, to me well known as two of the grantors in the foregoing deed, and acknowledged that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal this _loth_ day of October, 2010.

_Marilyn Ruple_
Notary Public

(seal)

MARILYN RUPLE
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires Feb 12, 2012

## CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty of false swearing, that this conveyance is between family members with no consideration paid and no documentary stamps required on this document.

_Larry Hargrove_

Address:    484 Highway #285 North

Damascus, AR 72039

This instrument prepared by:
Graddy & Adkisson, LLP
Post Office Box 996
Conway, AR 72033

CERTIFICATE OF RECORD
Doc# 2014-17991
12/15/2014
02:08:21 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
By _Hilda Cotton_ D.C.

SEAL OF CIRCUIT COURT
FAULKNER COUNTY

4

Type of Instrument: Quit Claim Deed
Grantor: David Eugene Hargrove, Trustee of The Larry and Oma Hargrove Living Trust, dated December 3, 2015
Grantee: David Eugene Hargrove

This Instrument Was Prepared
Without Title Search or Survey By:
Rippy Law Firm
609 Locust
Conway, AR 72034

After Recording Return To:
Rippy Law Firm
609 Locust
Conway, AR 72034



**CERTIFICATE of RECORD**

**Instrument #201617913**

Real Estate Book

Deed

Filed: 11/15/2016 08:30 am
Faulkner County, Arkansas
Rhonda Wharton, Circuit Clerk
By: Diana Varner, D.C.

**5 Pages**          **$35.00**

## QUITCLAIM DEED

**KNOW ALL PERSONS BY THESE PRESENTS:**

THAT I, **David Eugene Hargrove, Trustee of the Larry and Oma Hargrove Living Trust, dated December 3, 2015,** hereinafter known as GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid by **David Eugene Hargrove, Individually,** hereinafter known as GRANTEE, the receipt of which is hereby acknowledged, do hereby grant, sell, quitclaim and release any and all interest in our right, title, equity and estate unto said Grantee and unto his heirs and assigns forever, in and to the following described lands situated in Faulkner County, State of Arkansas, to-wit:

**See Schedule "A" attached hereto**

To have and to hold unto Grantee, and unto its heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

**In Witness Whereof,** I have hereunto set my hand this 25th day of October ,
2016.

David Eugene Hargrove, Grantor & Trustee
Of The Larry and Oma Hargrove Living
Trust, dated December 3, 2015

201617913
Page 2 of 5

## Schedule A

Tract I: SW ¼ NE ¼ SECTION 10, TOWNSHIP 7 NORTH, RANGE 14 WEST, FAULKNER COUNTY, ARKANSAS, CONTAINING 40.14 ACRES MORE OR LESS.

LOT 27, PAUL BRANNON HIGHWAY SUBDIVISION, AS SHOWN ON PLAT OF RECORD IN BOOK C, PAGE 53 PLAT RECORDS OF FAULKNER COUNTY, ARKANSAS.

All that part of the E 1/2 of Section 8, Township 7 North, Range 14 West, lying South of the centerline of a County Road, and all that part of the E 1/2 of Section 17, Township 7 North, Range 14 West, lying North of Cadron Creek making a total of 127 acres, more or less. Situated in Faulkner County, Arkansas. Subject to all rights of way, covenants and restrictions, easements and all other reservations of record.

Part of the Northeast Quarter (NE 1/4) of Section Ten (10), Township Seven (7) North, Range Ten (10) West, described as follows: Begin at a point on the north line of said NE 1/4, which point is 368.61 feet east of the northwest corner of said NE 1/4, and which point is the point of intersection of the north line of said NE 1/4 and of the east line of State Highway #285, and run thence east 764.68 feet; thence south 590 feet; thence west 771.08 feet, to the east line of said State Highway #285; thence along the east line of said highway in a northward direction to the point of beginning, containing ten acres, more or less, LESS AND EXCEPT a parcel of land described as follows: From the intersection of the east right-of-way line of State Highway #285 with the north line of said NE 1/4, run southwardly along said right-of-way line a distance of 23 feet to the point of beginning of said exception; thence continue along said east right-of-way line a distance of 100 feet; thence east 435 feet; thence northwardly 100 feet, parallel with said east right-of-way line; thence west 435 feet to the point of beginning of said exception, said exception containing one acre, more or less, and leaving nine acres, more or less, hereby conveyed

Part of the N½ NE¼ of Section 10, Township 7 North, Range 14 West, more definitely described as beginning at a point 6.34 chains East and 3.17 chains North of the SW corner of said N½ NE¼ and run West 3.25 chains to the East boundary line of the Conway-Damascus Highway; thence Northward, with said highway, as follows: North 20 degrees East 5.00 chains; thence North 10.00 degrees East 8.50 chains thence North 6.00 degrees East 2 chains; thence North 5 degrees West 1.50 chains; thence North 13 degrees West 1175 chains to the North line of said Section 10, at a point 5.90 chains East of the NW corner of said N½ NE¼; thence East 35.30 chains to the NE corner of said N½ NE¼; thence South 20.00 chains; thence West 33.87 chains; thence North 3.17 chains to point of beginning, containing 70 acres, LESS AND EXCEPT the following described tract: BEgin at a point 368.61 feet East of the NW corner of the NE¼ of said Section 10, said point being on the East right of way of State Highway #285; thence East 764.68 feet; thence South 590.00 feet; thence West 771.08 feet to the East right of way of Highway 285; thence along said right of way to a point North 12 degrees 28 minutes 55 seconds East 194.60 feet; thence to a point NOrth 3 degrees 40 minutes 13 seconds East 200.41 feet; thence to a point North 13 degrees 26 minutes 39 seconds West 205.63 feet to point of beginning, containing 10 acres in said exception, and leaving 60 acres, more or less; ALSO, the NW¼ NW¼ of Section 11, Township 7 North, Range 14 West 40 acres, more or less, containing in the aggregate 100 acres, more or less. This does not release nor satisfy in any way mortgage previously given mortgagee herein by mortgagor, filed and recorded in Mortgage Record Book 153, Page 34, in the office of the Circuit Clerk of Faulkner County, State of Arkansas, under date of 6-3-77. BUT IS IN ADDITION THERETO.

An easement for roadway purposes over and across a part of the West 1/2 of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as beginning at the Southwest corner of the NW 1/4 of the NE 1/4 of said Section 32 and running thence north 19 feet; thence east 801.6 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point thereon which is 21 feet south of the south line of said NW 1/4 NE 1/4; thence west to a point on the west line of the SW 1/4 NE 1/4 of said Section 32 which is 21 feet south of the point of beginning; thence north to the point of beginning.

Also, an easement for roadway purposes over and across part of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as follows:  from a point which is 674 feet south and 453 feet east of the northwest corner of said SW 1/4 NE 1/4 run northwardly to a point which is 21 feet south and 467 feet east of the northwest corner of said SW 1/4 NE 1/4; thence east 40 feet; thence southwardly to a point which is 40 feet east to the point of beginning thence west 40 feet to the point of beginning.

Tract #1:
A part of the NW 1/4 NE 1/4 of Section 32, Township 5 North, Range 13 West, more particularly described as follows:  Begin at a point 322 feet east and 19 feet north of the SW corner of said NW 1/4 NE 1/4, Sec. 32, T5N, R13W, and run thence north 311 feet; thence east 155 feet; thence south 311 feet; thence west 155 feet to the point of beginning, containing 1.10 acres, more or less, Faulkner County, Arkansas.

Tract #2:
Part of the Northwest Quarter (NW 1/4) of the Northeast Quarter (NE 1/4) Section 32, Township 5 North, Range 13 West, described as beginning at a point which is 477 feet east and 19 feet north of the SW corner of said NW 1/4 NE 1/4 and running thence north; 311 feet; thence east 296 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point which is due east of the point of beginning; thence west 314.6 feet to the point of beginning, situated in Faulkner County, Arkansas.

And also:
An easement for roadway purposes over and across a part of the West 1/2 of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as beginning at the Southwest corner of the NW 1/4 of the NE 1/4 of said Section 32 and running thence north 19 feet; thence east 801.6 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point thereon which is 21 feet south of the south line of said NW 1/4 NE 1/4; thence west to a point on the west line of the SW 1/4 NE 1/4 of said section 32 which is 21 feet south of the point of beginning; thence north to the point of beginning, situated in Faulkner County, Arkansas.

Part of the NE 1/4 of Section 10, Township 7
North, Range 14 West, described as beginning at
a point 764.14 feet east of the northwest
corner of said NE 1/4, and continue thence east
369.15 feet; thence south 590 feet; thence west
369.15 feet; thence north 590 feet, to the
point of beginning, containing 5 acres, more or
less; and

Also, a 30-foot road easement described as
beginning at a point 764.14 feet east and 560
feet south of the northwest corner of the
NE 1/4 of Section 10, Township 7 North, Range
14 West; thence continue south 30 feet; thence
west 401.93 feet to the east right-of-way of
State Highway #285; thence along said
right-of-way to a point north 12 degrees 28
minutes 55 seconds east 30.72 feet; thence east
395.29 feet to the point of beginning;

201617913
Page 5 of 5

## ACKNOWLEDGMENT

STATE OF ARKANSAS     )
                          )     ss
COUNTY OF FAULKNER  )

       On this day before me, a Notary Public, duly commissioned and acting, came, David Eugene Hargrove, to me well known as the Grantor in the foregoing deed, and stated that he executed the same for consideration, uses and purposes therein mentioned and set forth.

       And Grantor declared that he of his own free will, executed said instrument therein for the consideration and purposes therein contained and set forth, without compulsion or undue influence.

       **WITNESS** my hand and official seal this 20ᵗʰ day of October _____, 2016.

_____
Notary Public

My Commission Expires:

1/31/2021
(SEAL)

CHRIS TIFFY
FAULKNER COUNTY
COMMISSION EXPIRES JANUARY 31, 2021
COMMISSION NUMBER 12656646
STATE OF ARKANSAS
NOTARY PUBLIC

The undersigned hereby certifies under penalty of false swearing that the legally correct amount of documentary stamps has been placed on this instrument. Exempt or no consideration paid if none shown.

David Hargrove
Grantee or Grantee' Agent

486 Hwy 285 N
Grantee Street Address

Damascus 72039
Grantee's City State and Zip Code



Faulkner County Title Company
8 Wilson Farm Road, Suite A
Greenbrier, AR 72058



**WARRANTY DEED**
**MARRIED PERSONS**

CERTIFICATE of RECORD

Instrument #201700982
Real Estate Book
Deed
Filed: 01/19/2017 02:43 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: Liz Baumgartner, D.C.

3 Pages          $25.00

**KNOW ALL MEN BY THESE PRESENTS:**

THAT, **Jimmy Reynolds and wife, Verna Reynolds**, hereinafter called Grantors, for and in consideration of the sum of One and no one hundredths ($1.00) Dollars and other good and valuable consideration in hand paid by **David Hargrove and Ruby D. Hargrove, husband and wife**, the receipt of which is hereby acknowledged, do hereby grant, bargain sell and convey unto the said, **David Hargrove and Ruby D. Hargrove, husband and wife**, hereinafter called Grantees, and unto their heirs and assigns forever, the following lands lying in the County of **Faulkner** and State of Arkansas, to wit:

Part of the NW 1/4 SE 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas more particularly described as follows:  Commencing at the Northwest corner of the NW 1/4 SE 1/4 at a found 1/2" rebar (APLS #1243); thence along the West line of said NW 1/4 SE 1/4 South 01 degrees 42 minutes 20 seconds West 464.96 feet to the point of beginning; thence leaving said West line South 89 degrees 36 minutes 42 seconds East 675.76 feet to a set 1/2" rebar (APLS #1243); thence North 01 degrees 42 minutes 47 seconds East 437.81 feet to a set 1/2" rebar (APLS #1243) on the North line of said NW 1/4 SE 1/4; thence along said North line South 87 degrees 18 minutes 33 seconds East 645.21 feet to a found 2" pipe at the Northeast corner of said NW 1/4 SE 1/4; thence leaving said North line along the East line of said NW 1/4 SE 1/4 South 01 degrees 42 minutes 47 seconds West 678.23 feet to a found 1/2" rebar (APLS #1243); thence leaving said East line North 89 degrees 36 minutes 28 seconds West 1320.77 feet to the West line of said NW 1/4 SE 1/4; thence along said West line North 01 degrees 42 minutes 20 seconds East 266.49 feet to the point of beginning, containing 14.37 acres more or less.

To have and to hold the same unto the said Grantees and unto their heirs and assigns forever, with all appurtenances thereunto belonging.

And we hereby covenant with said Grantees that we will forever warrant and defend the title to said lands against all lawful claims whatever, subject to existing easements, building lines, restrictions and assessments of record, if any.  No warranty or representation is made as to any mineral interest on the aforementioned property.

AND we, Jimmy Reynolds and wife, Verna Reynolds, for the consideration recited herein, do hereby release and relinquish unto the said Grantees all our rights of curtesy and dower and homestead in and to the said lands.

Prepared under the supervision of
James R. Pender
Attorney At Law
415 N. McKinley Street, Ste 1200
Little Rock, AR 72205

File No.:  107-170001-BL

Page 1 of 2

201700982
Page 2 of 3

WITNESS our hands and seals on this **18th day of January, 2017.**

_____
Jimmy Reynolds

_____
**Verna Reynolds**

### ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting, **Jimmy Reynolds and wife, Verna Reynolds,** to me well known as the Grantors in the foregoing Deed and stated that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal as such notary public this 18th day of January, 2017.

_____
Barbara Lorenz, Notary Public

My commission expires:  March 23, 2022

```
BARBARA CARNES LORENZ
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 03-23-2022
Commission # 12366760
```

File No.: 107-170001-BL                                                                                      Page 2 of 2



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

201700982
Page 3 of 3

## Real Estate Transfer Tax Stamp
### Proof of Tax Paid



File Number: 107-170001-BL

**Grantee:**
**Mailing Address:**

DAVID HARGROVE AND RUBY D. HARGROVE
486 HWY 285 N
DAMASCUS AR 720390000

**Grantor:**
**Mailing Address:**

JIMMY REYNOLDS AND VERNA REYNOLDS
PO BOX 232
GREENBRIER AR 720580000

**Property Purchase Price:**   $100,000.00
**Tax Amount:**                $330.00

**County:**                    FAULKNER
**Date Issued:**               01/18/2017
**Stamp ID:**                  160206848

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): David + Ruby D. Hargrove

Grantee or Agent Name (signature): _Lesley Xxxxx Faulkner Co Title_ Date: 1/18/17

Address: 486 Hwy 285 N.

City/State/Zip: Damascus, AR 72039

THIS INSTRUMENT
PREPARED BY:
BEN CARUTH #81030
GORDON, CARUTH & VIRDEN, PLC
P.O. BOX 558
MORRILTON, ARKANSAS
501-354-0125





L201807160
CERTIFICATE OF RECORD
FAULKNER CO, AR FEE $20.00
RECORDED: 05-10-2018 01:34:50 PM
CRYSTAL TAYLOR
CIRCUIT CLERK
BY: DIANA VARNER, D.C.
DEED
2 Pages

## *QUITCLAIM DEED*

### *(Subject to: Grantor's reservation of life estate)*

KNOW ALL MEN BY THESE PRESENTS:

THAT, I, Rebecca Edwards, a single person, GRANTOR, for and in consideration of the

sum of Ten Dollars ($10.00), to me paid by Kimberly Alison Welter, Kelly Denise Tapley

and Rickey Carrell Joyner GRANTEES, do hereby grant, sell and quitclaim unto the said

GRANTEES and unto their heirs and assigns forever, the following lands lying in the County of

Faulkner and State of Arkansas, to-wit:

> **A part of the Southeast Quarter of the Northwest Quarter (SE 1/4 NW 1/4) of
> Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, described
> as beginning at a point which is 958.32 feet North of the Southeast Corner of said
> Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) and run Thence West 315
> feet; Thence North 210 feet; thence East 315 feet to the East line of said Southeast
> Quarter Northwest Quarter; (SE 1/4 NW 1/4) Thence South along the East line of
> said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) 210 feet to the point of
> beginning, containing 1½ acres more or less.**

> **Subject, however, to all valid outstanding easements, rights of way, mineral leases,
> mineral reservations and mineral conveyances of record.**

> **SUBJECT TO: Grantor Rebecca Edwards reservation of a life estate.**

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and

assigns forever, with all appurtenances thereunto belonging.

WITNESS our hands and seals on this 10ᵗ day of _May_, 2018.

_Rebecca Edwards_

REBECCA EDWARDS

## ACKNOWLEDGMENT

STATE OF ARKANSAS      )
                       ) ss.
COUNTY OF _Faulkner_   )

BE IT REMEMBERED, That on this day came before me, the undersigned, a notary pub-
lic within and for the county aforesaid, duly commissioned and acting, Rebecca Edwards, to me
well known as the grantor in the foregoing Deed, and stated that she had executed the same for
the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal as such Notary Public on this _10_ day of
_May_            , 2018.

_Donna Pruitt_

Notary Public

My commission expires:
_3-4-2021_

I certify under penalty of false swearing that
at least the legally correct amount of documentary stamps
have been placed on this instrument:

_Rebecca Edwards_
Grantee

Grantee Address:

_401 Hwy 285 N_

_Damascus, AR 72039_



Crystal Taylor
Circuit County Clerk and Registrar
724 Locust Street, Suite 102
Conway, AR 72034
501-450-4911

Faulkner County Transaction #:94649
Receipt #: 464171
Cashier Date: 5/10/2018 01:34:50 PM
(DVARNER)

Print Date:
5/10/2018 1:34:58 PM

| Customer Information | Transaction Information | Payment Summary |
|---|---|---|
| REBECCA EDWARDS 501-733-1296 | Date Received: 5/10/2018<br><br>Total Docs Received: 1 | Total Fees: $20.00<br>Total Payments: $20.00 |

| 1 Payments | |
|---|---|
| Cash | $20.00 |

| 1 Recorded Items | | |
|---|---|---|
| | Instrument #:L201807160  Date: 5/10/2018 01:34:50 PM | |
| | From: EDWARDS, REBECCA To: WELTER, KIMBERLY ALISON | |
| Recording Fee 1st Page @ $15.00<br>Additional Pages @ $5.00 | 2 | $20.00 |

Warranty Deed - Married (Letter).rtf                    1 of 3

CERTIFICATE OF RECORD
Faulkner County. AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202121353 3 Pages
10/12/2021  10:51:07 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 21-030601-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person (Letter).rtf

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (MARRIED PERSONS)

### KNOW ALL MEN BY THESE PRESENTS:

That, Shane G. Bradshaw and Emily S. West, husband and wife, Grantor(s), for and in consideration of the sum of ---TEN AND 00/100--- DOLLARS---($10.00)---and other good and valuable consideration in hand paid by Shane M. Markuson, an unmarried person, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto his heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

Part of the SE1/4 NW1/4 of Section 10, Township 7 North, Range 14 West, of the 5th Principal Meridian, Faulkner County, Arkansas, being more particularly described as follows:

Commencing at an iron for the Southwest corner of said SE1/4 NW1/4; thence along the South line thereof S87°30'18"E a distance of 824.21 feet to a 5/8 inch rebar with cap (PLS 1804) and the point of beginning; thence leaving said South line N01°42'59"E a distance of 742.95 feet to a 1/2 inch rebar being a fence; thence along said fence S87°24'22"E a distance of 164.49 feet to a nail set in a fence corner; thence leaving said fence S04°01'32"W a distance of 63.45 feet to a 5/8 inch rebar with cap (PLS 1804); thence S86°53'49"E a distance of 286.62 feet to a 5/8 inch rebar with cap (PLS 1804) being on the Westerly right of way of Arkansas State Highway #285; thence along said right of way S02°55'24"W a distance of 676.14 feet to a 2 inch pipe fence corner; thence leaving said right of way N87°30'18"W a distance of 434.24 feet to the point of beginning.

Instrument# L202121353 Page 2 of 3

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and restrictions, if any.

**TO HAVE AND TO HOLD** the above described lands unto the Grantee(s) and unto his heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, Shane G. Bradshaw and Emily S. West, husband and wife,  for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto his heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

**WITNESS** our hand(s) and seal(s) on this 8th day of October, 2021.

I certify under penalty of false swearing
that documentary stamps or a documentary
symbol in the legally correct amount has
been placed on this instrument. Exempt or no
consideration paid if none shown.
ORANTEE OR AGENT:

Shane M. Markuson

GRANTEE'S ADDRESS:   206 Hwy 225 East
Greenbrier, AR 72058

Shane G. Bradshaw

Emily S. West

**ACKNOWLEDGMENT**

STATE OF ARKANSAS        )
                         )  SS.
COUNTY OF FAULKNER       )

**BE IT REMEMBERED,** that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Shane G. Bradshaw and Emily S. West, husband and wife, to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and official seal this 8th day of October, 2021.

Notary Public

My commission Expires:

APRIL MATHES
Notary Public-Arkansas
Faulkner County
My Commission Expires 09-18-2025
Commission # 12695496

Instrument# L202121353 Page 3 of 3



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

## Real Estate Transfer Tax Stamp
Proof of Tax Paid



File Number: 21-030601-350

**Grantee:**
**Mailing Address:**

SHANE M. MARKUSON
453 HWY 285 N
DAMASCUS AR 720390000

**Grantor:**
**Mailing Address:**

SHANE G. BRADSHAW AND EMILY S. WEST
P.O. BOX 57
ADONA AR 720010000

**Property Purchase Price:**        $290,000.00
**Tax Amount:**                     $957.00

**County:**                         FAULKNER
**Date Issued:**                    10/11/2021
**Stamp ID:**                       688744448

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): Shane M. Markuson

Grantee or Agent Name (signature): Kaci Bradley          Date: 10/11/21

Address: 453 HWY 285 N

City/State/Zip: Damascus, AR 72039

Instrument# L202103941 Page 1 of 3

107- 210020-BL

Faulkner County Title Company
8 Wilson Farm Road, Suite A
Greenbrier, AR 72058



CERTIFICATE OF RECORD
Faulkner County, AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202103941 3 Pages
03/02/2021   08:10:16 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

## WARRANTY DEED
### MARRIED PERSON

KNOW ALL MEN BY THESE PRESENTS:

THAT, **Heath Sigrist, a married person** hereinafter called Grantor, for and in consideration of the sum of One and no one hundredths ($1.00) Dollars and other good and valuable consideration in hand paid by **Danny George Lane, an unmarried man** the receipt of which is hereby acknowledged, does hereby grant, bargain sell and convey unto the said, **Danny George Lane, an unmarried man** hereinafter called Grantee, and unto his heirs and assigns forever, the following lands lying in the County of **Faulkner** and State of Arkansas, to wit:

Part of the NW1/4 of the SE1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, more particularly described as follows: Commencing at the Southwest corner of the NW1/4 SE/4 Section 10, at a found 1/2" rebar (APLS#1243); thence along the West line , N01°41'58" East 269.06 feet to a set 1/2" rebar (APLS#1243) being the point of beginning; thence N01°41'58" East 285.08 feet to a set 1/2" rebar (APLS#1243); thence S89°32'15" East 305.60 feet to a set 1/2" rebar (APLS#1243); thence S01°41'58" West 285.08 feet to a set 1/2" rebar (APLS#1243);  thence N89°32'15" West 305.60 feet to a set 1/2" rebar (APLS#1243) to the point of beginning

To have and to hold the same unto the said Grantee and unto his heirs and assigns forever, with all appurtenances thereunto belonging.

And I hereby covenant with said Grantee that I will forever warrant and defend the title to said lands against all lawful claims whatever, subject to existing easements, building lines, restrictions and assessments of record, if any.  No warranty or representation is made as to any mineral interest on the aforementioned property.

AND I, Kandace Sigrist, wife of the said Heath Sigrist a married person for the consideration recited herein, do hereby release and relinquish unto the said Grantee all my rights of dower and homestead in and to the said lands.

Prepared under the supervision of
James R. Pender
Attorney At Law
415 N. McKinley Street, Ste 1200
Little Rock, AR 72205

File No.: 107-210020-BL

Page 1 of 2

WITNESS our hands and seal on this **26th day of February, 2021.**

**Heath Sigrist**

**Kandace Sigrist**

**ACKNOWLEDGMENT**

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting, **Heath Sigrist, a married person,** to me well known as the Grantor in the foregoing Deed and stated that he had executed the same for the consideration, uses and purposes therein mentioned and set forth.

And on the same day voluntarily appeared before me the said **Kandace Sigrist, wife** of the said **Heath Sigrist a married person** to me well known as the Grantor in the foregoing Deed and stated that she had executed the same for the consideration, uses and purposes therein mentioned and set forth.

WITNESS my hand and seal as such notary public this **26th day of February, 2021.**

Barbara Lorenz, Notary Public

My commission expires: March 23, 2022

> BARBARA CARNES LORENZ
> NOTARY PUBLIC-STATE OF ARKANSAS
> FAULKNER COUNTY
> My Commission Expires 03-23-2022
> Commission # 12386780



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

## Real Estate Transfer Tax Stamp

Proof of Tax Paid



File Number: 107-210020-BL

**Grantee:**        DANNY GEORGE LANE
**Mailing Address:** 426 HWY 285 NORTH
                    CONWAY AR 720340000

**Grantor:**        HEATH SIGRIST
**Mailing Address:** 488 FIRESTATE ROAD
                    DAMASCUS AR 720390000

**Property Purchase Price:**    $148,000.00
**Tax Amount:**                    $488.40

**County:**         FAULKNER
**Date Issued:**    03/01/2021
**Stamp ID:**       668346368

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): Tonia Jones

Grantee or Agent Name (signature): Tonia Jones        Date: 3/1/2021

Address: 426 Hwy 285 North

City/State/Zip: Conway AR 72034

Instrument# L202217810 Page 1 of 3

Type of Instrument: Quit Claim Deed
Grantor: Newrays, Inc., a Delaware Corporation
Grantee: NEWRAYS ONE, LLC, an Arkansas Limited Liability Company

This Instrument Was Prepared
Without Title Search or Survey By:
Rippy Law Firm
1237 Front Street
Conway, AR 72032

After Recording Return To:
Rippy Law Firm
1237 Front Street
Conway, AR 72032

CERTIFICATE OF RECORD
Faulkner County, AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202217810 3 Pages
10/05/2022  08:26:57 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

## QUITCLAIM DEED

### KNOW ALL PERSONS BY THESE PRESENTS:

**THAT I,** Newrays, Inc., a Delaware Corporation, hereinafter known as GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid by NEWRAYS ONE, LLC, an Arkansas Limited Liability Company, hereinafter known as GRANTEE, the receipt of which is hereby acknowledged, do hereby grant, sell, quitclaim and release any and all interest in our right, title, equity and estate unto said Grantee and unto its heirs and assigns forever, in and to the following described lands situated in Faulkner, State of Arkansas, to-wit:

**PLEASE SEE EXHIBIT "A"**

To have and to hold unto Grantee, and unto its heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

**In Witness Whereof,** We have hereunto set our hands this 4th day of October, 2022.



EXHIBIT

B

**Yizheng Wang, Member of Newrays, Inc & Grantor**

## ACKNOWLEDGMENT

STATE OF ARKANSAS        )
                         )        ss
COUNTY OF FAULKNER  )

On this day before me, a Notary Public, duly commissioned and acting, came, Yizheng Wang, to me well known as the Grantor in the foregoing deed, and stated that he executed the same for consideration, uses and purposes therein mentioned and set forth.

And Grantor declared that he, of his own free will, executed said instrument therein for the consideration and purposes therein contained and set forth, without compulsion or undue influence.

WITNESS my hand and official seal this 4th day of October, 2022.

Notary Public

My Commission Expires: 1/31/2031

(SEAL)

CHRIS RIPPY
Notary Public-Arkansas
Faulkner County
My Commission Expires 01-31-2031
Commission # 12380646

The undersigned hereby certifies under penalty of false swearing that the legally correct amount of documentary stamps has been placed on this instrument. Exempt or no consideration paid if none shown.

Chris Rippy Grantee's Agent
Grantees or Grantees' Agent

4168 Arden Dr., El Monte, CA 91731
Grantee's Address

## EXHIBIT "A"

Part of the N ½ SW ¼ of Section 10,T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northwest corner of said N ½ SW ¼; thence along the West line of said N ½ SW ¼ South 00 degrees 09 minutes 36 seconds West 327.82 feet to the point of beginning; thence leaving said West line South 88 degrees 36 minutes 56 seconds East 2637.10 feet to the East line of said N ½ SW ¼; thence along said East line South 00 degrees 31 minutes 28 seconds West 330.14 feet; thence leaving the East line North 88 degrees 33 minutes 52 seconds West 2635.05 feet to the West line of said N ½ SW ¼; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning. Subject to all roadways, easement and reservations that are of record or physically in place.

ALSO a part of the NE ¼ SW ¼ of Section 10, T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northeast corner of said NE ¼ SW ¼; thence along the East line of said NE ¼ SW ¼ South 00 degrees 31 minutes 28 seconds West 319.59 feet to the point of beginning; thence continue along said East line South 00 degrees 31 minutes 28 seconds West 10.54 feet; thence leaving said East line North 88 degrees 36 minutes 56 seconds West 537.23 feet; thence North 79 degrees 29 minutes 13 seconds East 51.14 feet; thence South 88 degrees 36 minutes 56 seconds East 487.03 feet to the point of beginning.

LESS AND EXCEPT a part of the NE ¼ SW ¼ of Section 10, T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northeast corner of said NE ¼ SW ¼; thence along the East line of said NE ¼ SW ¼ South 00 degrees 31 minutes 28 seconds West 330.13 feet; thence leaving said East line North 88 degrees 36 minutes 56 seconds West 537.23 feet to the point of beginning; thence South 79 degrees 29 minutes 13 seconds West 234.92 feet; thence North 10 degrees 32 minutes 52 seconds East 49.06 feet; thence South 88 degrees 36 minutes 56 seconds East 222.07 feet to the point of beginning.

RESERVING UNTO GRANTOR ALL OIL, GAS & MINERAL RIGHTS IN, ON & UNDER SAID LANDS.