IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

**GLADYS ANDERSON et al.**                                                                **PLAINTIFFS**

VS.                              NO. 4:23-CV-685-LPR

**NEWRAYS ONE, LLC**                                                                **DEFENDANT**

**DEFENDANT NEWRAYS ONE, LLC'S**
**FED. R. CIV. P. 7.1 DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, defendant NewRays One, LLC ("NewRays") hereby provides its disclosure statement.

1. NewRays is a limited liability company whose members are Beskor Balance, Inc., a corporation incorporated in Delaware with its principal place of business in Delaware; Alpha Digital Holding, Inc., which is a corporation incorporated in Delaware with its principal place of business in Delaware; and NewRays Inc., which is a corporation incorporated in Delaware with its principal place of business in Delaware.

2. This disclosure is being filed with NewRays' notice of removal in accordance with Fed. R. Civ. P. 7.1(b)(1).

2938841-v1

                                          Stephen R. Giles (75046)
                                        Alexander T. Jones (2015246)
                                        William J. Ogles (2018108)
                                        WRIGHT, LINDSEY & JENNINGS LLP
                                        200 West Capitol Avenue, Suite 2300
                                        Little Rock, Arkansas 72201-3699
                                        (501) 371-0808
                                        FAX: (501) 376-9442
                                        E-MAIL:  sgiles@wlj.com; ajones@wlj.com;
                                                  wogles@wlj.com

*Attorneys for NewRays One, LLC*

2