IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLADYS ANDERSON, individually )
and as next friend of F.A., a minor; )
SCOTT ANDERSON; NANCY )
DICKERSON; TREVA BRANSCUM; )
SCOTT LOVELADY; LAVEANE )
LOVELADY; MICKEY MCMILLEN; )
TAMMY MCMILLEN; SHERRY )
NEWTON; BRYAN STIRES; JAMIE )
STIRES; TOMMY KIRKPATRICK; )
RYAN LOVELADY; ASHLEY )
LOVELADY; STAN MCMILLEN; )
DAVID HARGROVE; DIANNE )
HARGROVE; REBECCA )
EDWARDS;  RICKEY CARRELL )
JOYNER; KELLEY TAPLEY; KIM )
WELTER; SHANE MARKUSON; )
and DANNY LANE, )
       Plaintiffs, )
v. )      No. 4:23-cv-685-LPR
)
NEWRAYS ONE, LLC, )
       Defendant. )

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 4 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

## FIRST AMENDED COMPLAINT

Plaintiffs Gladys Anderson, individually and as parent and next

friend of F.A., a minor child; Scott Anderson, Nancy Dickerson; Treva

Branscum; Scott Lovelady; Laveane Lovelady; Mickey McMillen; Tammy

McMillen; Sherry Newton; Bryan Stires; Jamie Stires; Tommy

Kirkpatrick; Ryan Lovelady; Ashley Lovelady; Stan McMillen; David

Hargrove; Dianne Hargrove; Rebecca Edwards; Rickey Carrell Joyner;

Kelley Tapley; Kim Welter; Shane Markuson; and Danny Lane plead their complaint as amended against Defendant Newrays One:

## PARTIES

1.     This First Amended Complaint is being filed within 21 days of Plaintiffs serving Defendant Newrays One, LLC, with their original Complaint and within 21 days of service of Newrays One, LLC's, motion to dismiss under Federal Rule 12(b).  This First Amended Complaint may thus be filed without prior leave of Court.  FED. R. CIV. P. 15(a)(1).  This case is about the ultrahazardous, dangerous, obnoxious, offensive, damaging, and extremely loud noises and whine being almost constantly emitted in ranges from 53 to 95 decibels by a recently created Arkansas limited liability company's Bitcoin cryptocurrency server farm or "mine" in Bono, Faulkner County, Arkansas.

2.     Plaintiff, Gladys Anderson, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 437 Hwy 285 North, Damascus, Arkansas 72039.  Gladys is the custodian, legal guardian, guardian in fact, and mother of F.A., a minor child.  F.A. resides with Gladys in Bono at the above address.  F.A. suffers from autism and other disabilities.  Gladys has executed an affidavit in this cause detailing her

-2-

injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit AA and incorporated by reference. That affidavit includes the following exhibits:

A1  Video
A2  Video
A3  Video
A4  Video
A5  Video
A6  Notes on Bitcoin dB readings
A7  7/13/2023 Redacted Medical Note

3.     Plaintiff Scott Anderson, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 437 Hwy 285 North, Damascus, Arkansas 72039.

4.     Plaintiff Nancy Dickerson, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 36 Slatey Gap Road, Damascus, Arkansas 72039. Nancy has executed an affidavit in this cause detailing her injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit C and incorporated by reference.

5.     Plaintiff Treva Branscum, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 55 Slatey Gap Road, Damascus, Arkansas 72039. Treva has executed an affidavit in this cause

detailing her injuries and claims against the Defendant.  An accurate copy of that affidavit is attached as Exhibit D and incorporated by reference.

6.     Plaintiff, Scott Lovelady, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 50 Slatey Gap Road, Damascus, Arkansas 72039.  Scott has executed a joint affidavit in this cause with Leveane Lovelady detailing their injuries and claims against the Defendant.  An accurate copy of that affidavit is attached as Exhibit E and incorporated by reference.

7.     Plaintiff, Leveane Lovelady, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 50 Slatey Gap Road, Damascus, Arkansas 72039.  Leveane has executed a joint affidavit in this cause with Scott Lovelady detailing their injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit E and incorporated by reference.  Leveane has executed an affidavit in this cause detailing her injuries and claims against the Defendant.  An accurate copy of that affidavit is attached as Exhibit E and incorporated by reference.

8.     Plaintiff, Mickey McMillen, is a resident and citizen and citizen of Bono, Faulkner County, Arkansas, with an address of 35 Slatey Gap Road, Damascus, Arkansas 72039.  Mickey has executed an affidavit

in this cause detailing his injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit F and incorporated by reference.

9.     Plaintiff, Tammy McMillen, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 35 Slatey Gap Road, Damascus, Arkansas 72039. Tammy has executed an affidavit in this cause detailing her injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit G and incorporated by reference.

10.     Plaintiff, Sherry Newton, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 28 Slatey Gap Road, Damascus, Arkansas 72039.

11.     Plaintiff, Bryan Stires, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 24 Slatey Gap Road, Damascus, Arkansas 72039. Bryan has executed a joint affidavit in this cause with Jamie Stires detailing their injuries and claims against the Defendant. An accurate copy of that affidavit is attached as Exhibit H and incorporated by reference.

12.    Plaintiff, Jamie Stires, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 24 Slatey Gap Road, Damascus, Arkansas 72039.  Jamie has executed a joint affidavit in this cause with Bryan Stires detailing their injuries and claims against the Defendant.  An accurate copy of that affidavit is attached as Exhibit H and incorporated by reference

13.    Plaintiff, Tommy Kirkpatrick, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 14 Slatey Gap Road, Damascus, Arkansas 72039.

14.    Plaintiff, Ryan Lovelady, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 4 Slatey Gap Road, Damascus, Arkansas 72039.

15.    Plaintiff, Ashley Lovelady, is a resident and citizen of Faulkner County, Arkansas, with an address of 4 Slatey Gap Road, Damascus, Arkansas 72039.

16.    Plaintiff, Stan McMillen, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 451 Hwy 285 N, Damascus, Arkansas 72039.

17.     Plaintiff, David Hargrove, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 486 Hwy 285 N, Damascus, Arkansas 72039.

18.     Plaintiff, Dianne Hargrove, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 486 Hwy 285 N, Damascus, Arkansas 72039.

19.     Plaintiff, Rebecca Edwards, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 461 Hwy 285 N, Damascus, Arkansas 72039.  Rebecca has executed an affidavit in this cause detailing her injuries and claims against the Defendant.  An accurate copy of that affidavit is attached as Exhibit I and incorporated by reference.

20.     Plaintiff, Rickey Carrell Joyner, is a resident and citizen of Morrilton, Conway County, Arkansas, with an address of 124 Spring Valley, Morrilton, Arkansas 72110.  He owns a remainder interest in real property located in Bono, Faulkner County, Arkansas, subject to a life estate in Rebecca Edwards.

21.   Plaintiff, Kelley Tapley, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 23 Spotts Drive, Damascus, Arkansas 72039.

22.   Plaintiff, Kim Welter, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 29 Huntington Drive, Greenbrier, Arkansas 72058.

23.   Plaintiff, Shane Markuson, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 453 Hwy 285 N, Damascus, Arkansas 72039.  Markuson has executed an affidavit in this cause detailing his injuries and claims against the Defendant.   An accurate copy of that affidavit is attached as Exhibit BB and incorporated by reference.  That affidavit includes the following exhibits:

B1   Video
B2   Video
B3   Video
B4   Picture of Digital Sound Level Meter at 74.4
B5   Picture of Digital Sound Level Meter at 68.8
B6   Picture of Digital Sound Level Meter at 66.4

24.   Separate Plaintiff, Danny Lane, is a resident and citizen of Bono, Faulkner County, Arkansas, with an address of 426 Hwy 285 N, Damascus, Arkansas 72039.  Danny has executed an affidavit in this cause detailing his injuries and claims against the Defendant.   An

accurate copy of that affidavit is attached as Exhibit J and incorporated by reference.

25.    That the Defendant, Newrays One, LLC, is a Limited Liability Company which is registered in the State of Arkansas. Its registered agent is Registered Agents Inc., 701 South St., Ste 100, Mountain Home, Arkansas 72653. An accurate copy of its filings with the Arkansas Secretary of State are attached as Exhibit K and incorporated by reference.  On information and belief based entirely upon and in reliance upon the representations of counsel for Newrays One, LLC, in their notice of removal, none of the members of Newrays One, LLC, are citizens of the State of Arkansas, have a principal place of business in Arkansas, are incorporated under Arkansas law, or are non-corporate entities whose members are citizens of Arkansas for diversity of citizenship purposes.

26.    The property which is the subject matter of this Complaint is located in Bono, Faulkner County, Arkansas.

27.    The amount in controversy exceeds $75,000.

## FACTUAL ALLEGATIONS

28.    Plaintiffs incorporate by reference all previous allegations contained in paragraphs 1-26 above.

29.    Plaintiffs own homes and real property located in the Bono Community of Faulkner County.    Attached as Exhibit "A" and incorporated by reference are the Plaintiffs' deeds vesting title in them to the real property at issue.

30.    Plaintiffs purchased their homes and real property, or acquired a divisible interest therein, based upon the aesthetics and quiet agrarian residential nature of the Bono Community, such aesthetics consisting of larger acreage tracks with single residences.  Some of the Plaintiffs have held the land at issue for generations of their family.

31.    The Defendant, Newrays One, LLC, purchased 20 acres in the Bono Community and installed a Bitcoin or "crypto mining" server farm operation adjacent to or nearby the Plaintiffs' properties. Attached as Exhibit "B" and incorporated by reference is an accurate copy of Defendant's deed to that real property.

32.    Crypto mining requires a large number of computers which produce excessive heat.  Fans can be used to cool the computers, but the

-10-

fans and computer equipment emit a "whining" sound that is loud and at a such a frequency to make being in the vicinity mentally and physically detrimental. The whining sound permeates the Bono community and real properties owned in whole or part by the Plaintiffs. Some Plaintiffs have detailed the annoying, obnoxious, physically dangerous, ultra-hazardous, physically damaging, mentally damaging whine emitting from the Defendant's facility in their affidavits exhibited to this Complaint. That experience is typical of each Plaintiff who resides on their property. All of the Plaintiffs have experienced a detrimental impact on the value of their properties, and almost all of the Plaintiffs have been deprived of the peaceful use and enjoyment of their land.

33.    It is believed that location was chosen by Defendant due to available power as crypto mining takes substantial amounts of energy and water. On information and belief, Defendant is controlled directly or indirectly by residents or citizens of the Republic of China, which recently outlawed crypto-mining facilities due to the hazardous and dangerous consequences for persons who live near those facilities and the environment near those facilities. On information and belief, Defendant was therefore on notice of the dangerous and hazardous consequences of

-11-

operating a crypto-currency server farm or mine yet it failed to do more than erect thinly insulated boxes of internet servers with conscious disregard for the obvious threat that operation posed to adjoining and nearby property owners' health, lives, and property values. Constant, high-pitched noise pollution is associated with increased blood pressure, stress, anxiety, risk of stroke, and other significant injuries. Defendant knew or should have known about these significant risks of injury, but carried on its conduct nonetheless.

34.   Since Defendant has started operating its crypto mine in the summer of 2023, the Plaintiffs' home life has become intolerable due to the noise caused by the crypto mining.   Plaintiffs are harassed almost constantly by the high decibel whine of Defendant's server farm both inside and outside their homes. Some of the Plaintiffs are experiencing constant ringing in their ears, hearing loss, sleeplessness, increased blood pressure, and increased stress and discomfort. Members of some of the Plaintiffs' families are experiencing similar injuries.  F.A., an autistic minor child, does not wish to be present in his home, resists leaving the vehicle to go into his home, and places his hands over his ears with regularity.   Another Plaintiff who lives 1.8 miles away from the

Defendant's server farm also hears the near constant whine both inside and outside their home.

35.    Defendant, instead of spending money on a noise free immersion system which would have allowed the mine to run at a far lower decibel rate, opted for the cheaper alternative which is the fan system.  The fan system creates and expels excessive noise from the facility onto the properties of Plaintiffs.

36.    Defendants have been operating with no sound barriers or system to dampen the sound.  It is well documented that crypto mines create excessive noise, however, Defendant has completely disregarded this and has created a tremendous nuisance and ultrahazardous risk of injury to on its neighbors and the Bono Community as a whole.

37.    The crypto mine runs 24 hours per day, 7 days a week.  It emits an intolerable "whine" sound that permeates constantly through the Bono Community.  That whine is heard by the Plaintiffs even after they leave their homes and the Bono Community, indicating Plaintiffs are experiencing serious and painful personal injuries.

38.    The noise decibel rates outside of the Defendant's facility is 60-70dB and greater 24 hours a day, 7 days a week.

39.    Plaintiffs cannot go outside, host cook-outs comfortably, sleep, or generally enjoy their properties either inside or outside due to the excessive noise.

40.    The actions of Defendant is causing permanent damage to some Plaintiff's hearing, irritation and medical issues for some of their children with special needs, and disrupting the overall mental and physical health and welfare of the community.

41.    Further, due to the excessive noise, all of Plaintiffs' real property has been devalued and is unmarketable.  No person would knowingly move into a community and live with the crippling noise caused by Defendant.  Faulkner County officials have attempted to meet with and convince Defendant to erect sound barriers and otherwise lower the speeds and output of its server farm, but Defendant has failed and refused to do so despite repeated warnings and information that its course of conduct was damaging and would continue to damage the Plaintiffs and their property.

## COUNT I - STRICT LIABILITY

42.    Plaintiffs reincorporated paragraph 1 through 40 by reference.

-14-

43.    The operation of an above-ground, fan-cooled server farm with little to no sound insulation which emits 57-93 decibels at a high pitched "whine" reaching as far away as 1.8 miles is an ultra hazardous activity.  The emission of that level of noise pollution necessarily involves the risk of serious harm to person or chattels of others which cannot be eliminated by the exercise of the utmost care and is not a matter of common usage.  *Ginardi v. Frontier Gas Services, LLC*, No. 4:11-cv-420-BRW, 2011 WL 3493125 (E.D. Ark. Aug 10, 2011); *Zero Wholesale Gas Co., Inc. v. Stroud*, 264 Ark. 27, 571 S.W.2d 74 (1978); *Chapman Chemical Co. v. Taylor*, 215 Ark. 630, 222 S.W.2d 820 (1949); *Western Geophysical Co. v. Mason*, 240 Ark. 767, 402 S.W.2d 657 (1966); *Tri-B Advertising Co. v. Thomas*, 278 Ark. 58, 643 S.W.2d 547 (1982).

44.    Defendant's operation of this ultrahazardous facility and activity has proximately caused damage to Plaintiffs in their persons and their property.

45.    Defendant is therefore strictly liable to the Plaintiffs for the injuries and damages they have sustained and will sustain in the future.

46.    Defendant should be punished and deterred from this conduct by the imposition of punitive damages.  It knew or out to have

known, in light of the surrounding circumstances, that its conduct with naturally and probably result in injury and damage and it conducted such conduct with malice or in reckless disregard of the consequences from which malice may be inferred, or it intentionally pursued this course of conduct for the purpose of causing injury to the Plaintiffs.

47.     This Court should also enjoin Defendant on a temporary and permanent basis from further operating this facility in such a manner as to damage the Plaintiffs and their property.

## COUNT II - NUISANCE

48.     Plaintiffs incorporate by reference all the previous allegations contained in paragraphs 1-46 above.

49.     Defendant's construction and operation of their crypto mining operation constitutes a nuisance to the adjoining land owners.

50.     Plaintiffs as adjoining and nearby landowners have been deprived of the quiet and peaceful use and enjoyment of their properties and have sustained special damages.   Defendant's operation is a substantial and unreasonable interference with Plaintiffs' use and enjoyment of their properties.

51.   The injuries caused by Defendant's operation include more than diminution in property value.  Plaintiffs are experiencing sleepless nights, an inability or disincentive to spend time outdoors, increased blood pressure, increased medical issues, headaches, loss of hearing, constant ringing in their ears, anxiety, and distress.

52.   Arkansas law recognizes significant noise pollution as a type of nuisance. *Manitowoc Remanufacturing, Inc. v. Vocque*, 307 Ark. 271, 819 S.W.2d 275 (1991); *Baker v. Odom*, 258 Ark. 826, 529 S.W.2d 138 (1975); *Green v. Smith*, 231 Ark. 94, 328 S.W.2d 357 (1959).  Strong, clear, and urgent reasons necessitate an injunction ceasing Defendant's operation of the server farm in its current form in this previously rural, residential area.

53.   The conduct of Defendant and the related noise from their operation unreasonably interferes with the use and enjoyment of the lands of Plaintiffs.  The Defendant's conduct disturbs the peaceful, quiet, and undisturbed use and enjoyment of Plaintiffs' property.

54.   Defendant's actions proximately caused the Plaintiffs to no longer enjoy the use of their properties.  Their property values have been diminished, the Plaintiffs have and will sustain painful personal injuries,

and the actions of Defendant have made their lives intolerable. Defendant's conduct is such that this Court should issue a temporary and permanent injunction, award Plaintiffs damages sustained, and also award punitive damages against Defendant.

## COUNT III - NEGLIGENCE

55.    The Plaintiffs incorporate by reference all the previous allegations contained in paragraph 1-53 above.

56.    Arkansas has long recognized that neighboring property owners owe a duty to their neighbors to use reasonable care to avoid harming their neighbors or their neighbors' property. *Ginardi v. Frontier Gas Services, LLC*, No. 4:11-cv-420-BRW, 2011 WL 3493125 (E.D. Ark. Aug 10, 2011); *Planters' Warehouse & Compress Co. v. Taylor*, 64 Ark. 307, 42 S.W. 279 (1897).

57.    Defendant breached that duty of ordinary care.

But, if the operation of the compress endangered the property of other persons, it was the duty of the compress company, both in constructing and in operating its plant, to take such precaution and use such means to lessen the danger and prevent the injury as a man of ordinary prudence, conversant with the business, understanding its operation and the danger to adjoining property incident thereto, would have used or adopted for the purpose of preventing loss or injury to surrounding property.

*Planters' Warehouse & Compress Co. v. Taylor*, 64 Ark. 307, 42 S.W. 279

(1897). Defendant did not take the precautions and use the means to lessen the danger and prevent the injury to Plaintiffs that any person of ordinary prudence, conversant with the business, understanding its operation and the dangers it posed, would have undertaken.

58.     Defendant's conduct directly and proximately caused painful personal injuries to Plaintiffs and damaged their property. Defendant's conduct is such that Plaintiffs should be awarded punitive damages against Defendant to punish and deter it from engaging in future malicious acts.

## COUNT IV - DECLARATORY JUDGMENT

59.     The Plaintiffs incorporate by reference all the previous allegations contained in paragraph 1-57 above.

60.     The federal declaratory judgment act, 28 U.S.C. § 2201, and Arkansas' Declaratory Judgment Act, allow this Court to issue a judgment declaring the rights and status of the parties to a controversy, and to issue all other orders necessary to effectuate that judgment.

61.     The crypto mining operation of Defendant should be declared to be a nuisance and ultrahazardous activity which unreasonably interferes with the property of Plaintiffs, is causing painful personal

injuries to the Plaintiffs, and is utterly intolerable in a civil society.

62.     No individual should have to withstand the noise abuse that the Plaintiffs are plagued with at the hands of the Defendant.

63.     The Court should enjoin Defendant from operating its crypto mine preliminarily and permanently or until it can no longer be heard from Plaintiffs' adjoining and nearby properties.

64.     The Court should declare the actions of Defendants a nuisance and ultra-hazarous activity utterly intolerable in a civil society, and set a maximum decibel rating below 25 or which the Court determines will not interfere with the Plaintiffs use and enjoyment or their property or otherwise injure the Plaintiffs and their families.

## COUNT V - OUTRAGE

65.     The allegations contained in paragraphs one through 63 are incorporated herein.

66.     Defendant knew or should have known that emotional distress and other actual damages would result from its actions as set out herein.

67.     Defendant's conduct is extreme, outrageous, and utterly intolerable in a civilized society.

68.     Defendant's actions has caused and will continue to cause anguish and distress to the Plaintiffs and to their children and property.

69.     The emotional distress that is being caused is severe and of a type that no reasonable person should be expected to endure.

70.     The Plaintiffs are entitled to damages based on Defendant's intentional outrageous conduct.

71.     The Plantiffs are entitled to punitive damages due to Defendant's outrageous and utterly intolerable intentional infliction of emotional distress and injury to the Plaintiffs, which is ongoing and incessant.

## INJUNCTION

72.     The Plaintiffs incorporate by reference all the previous allegations contained in paragraphs 1-70 above.

73.     Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Plaintiffs request that a preliminary and permanent injunction be granted against Defendant enjoining it from operating its crypto mining operation or otherwise requiring Defendant to bring the operation of its crypto mining facility below 25 decibels or a sound level this Court determines appropriate.  Plaintiffs are mindful of this Court's request for

a separately filed motion for this relief and are preparing to file same. This pleading is alleged to further preserve and assert that request for an injunction.

74.     Plaintiffs have suffered and will continue to suffer permanent and irreparable damage to their persons and property by the Defendant's continued operation of a constant, loud "whine" reaching above 90 decibels at times. The failure to grant the preliminary injunction will cause permanent damage to Plaintiffs as the noise from the facility is creating intolerable living conditions for the Plaintiffs.   They are experiencing hearing damage, mental damage, and, in general, not allowed the quiet enjoyment of their properties. And moreover, they can not sell their property to escape the "whine" of the crypto mine.

75.     That the Court should waive the bond requirements for a preliminary injunction as Defendant has intentionally not taken steps to abate the sound, it is uncertain if Defendant will ever produce a profitable "bitcoin chain" or "cryptocurrency chain" of value during any period of the injunction, and Defendant could lessen the decibels of whine generated by its facility, on information and belief, but chose to not do so in conscious disregard of the safety and peaceful enjoyment of its neighbors.

-22-

Defendant was aware of the noise it would make and disregarded the rights and welfare of adjoining property owners.

76.    That there is a high likelihood that the Plaintiffs will be successful in the prosecution of their case and claims.

## MOTION TO VIEW PROPERTY

77.    Plaintiffs reincorporated Paragraphs 1 through 75 by reference.

78.    Plaintiffs have invoked the judiciary's equitable jurisdiction as the damages they have sustained and will sustained are irreparable and incapable of being fully remedied by damages.

79.    Plaintiffs request that the Court and fact-finder visit, for as reasonably short a period as possible, the property of Defendant or Plaintiffs to experience the noise pollution and incessant "whine" of the crypto-mine, to aid this Court and the fact-finder in assessing the damages of the Plaintiffs caused by Defendant's misconduct.

80.    Due to the unique character of the industry and the related properties, it would be the best use of judicial economy for the Court and fact-finder to view and experience the site.

-23-

81.     Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs, pray for relief and judgement against the Defendant as follows below:

a.      That a temporary injunction and restraining order be put in place barring Defendants from operating their crypto mine and, alternatively, from operating their crypto mine above 25 decibels or another level determined appropriate by the Court.

b.      That a permanent injunction and restraining order be put in place barring Defendants from operating their crypto mine and, alternatively, from operating their crypto mine above 25 decibels or another level determined appropriate by the Court.

c.      That by Declaratory Judgement, the Court rule on a maximum decibel rating in which the Defendant can operate that will not in any way affect Plaintiffs.

d.      For all damages allowable in law or in equity, including but not limited to compensatory damages, special damages due to inconvenience and discomfort, medical expenses, pain and suffering, real estate loss of values, and loss of use of property caused by Defendant.

e.    Punitive Damages.

f.    For attorney fees applicable to all causes of action, including pursuant to Arkansas Code Annotated § 16-22-309, to the extent this Court determines Defendant's resistance was based upon a complete absence of a justiciable issue of either law or fact.

g.    For the cost of litigating this case.

h.    For any and all other legal and equitable relief justified under the law.

Respectfully submitted,

GLADYS ANDERSON, individually and as parent and next friend of F.A., a minor; SCOTT ANDERSON; NANCY DICKERSON; TREVA BRANSCUM; SCOTT LOVELADY; LAVEANE LOVELADY; MICKEY MCMILLEN; TAMMY MCMILLEN; SHERRY NEWTON; BRYAN STIRES; JAMIE STIRES; TOMMY KIRKPATRICK; RYAN LOVELADY; ASHLEY LOVELADY; STAN MCMILLEN; DAVID HARGROVE; DIANNE HARGROVE; REBECCA EDWARDS; RICKEY CARRELL JOYNER; KELLEY TAPLEY; KIM WELTER; SHANE MARKUSON; and DANNY LANE,

-25-

By:  H. DAVID BLAIR
     Bar No. 65004
     BARRETT S. MOORE
     Bar Number 2009118
     BLAIR & STROUD
     Attorneys for Plaintiffs
     P.O. Box 2135
     Batesville, Arkansas 72503
     Telephone: (870) 793-8350
     E-mail: hdb@blastlaw.com
     E-mail: bsm@blastlaw.com

     _____
     H. DAVID BLAIR
     BARRETT S. MOORE

     -and-

     NATHAN S. MORGAN
     Bar Number 2009269
     MORGAN LAW FIRM, P.A.
     Attorneys for Plaintiff
     244 Hwy. 65 N, Suite 5.
     Clinton, Arkansas 72031
     Telephone: (501) 745-4044
     E-mail: nathan@morganlawfirmpa.com

## DEMAND FOR A JURY TRIAL

Comes Plaintiffs Gladys Anderson, individually and as parent and next friend of F.A., a minor child; Scott Anderson, Nancy Dickerson; Treva Branscum; Scott Lovelady; Laveane Lovelady; Mickey McMillen; Tammy McMillen; Sherry Newton; Bryan Stires; Jamie Stires; Tommy Kirkpatrick; Ryan Lovelady; Ashley Lovelady; Stan McMillen; David Hargrove; Dianne Hargrove; Rebecca Edwards; Rickey Carrell Joyner; Kelley Tapley; Kim Welter; Shane Markuson; and Danny Lane and, pursuant to Rule 38 of the Federal Rules of Civil Procedure, demands their right of trial by jury as to all issues so triable.

Respectfully submitted,

GLADYS ANDERSON, individually and as parent and next friend of F.A., a minor; SCOTT ANDERSON; NANCY DICKERSON; TREVA BRANSCUM; SCOTT LOVELADY; LAVEANE LOVELADY; MICKEY MCMILLEN; TAMMY MCMILLEN; SHERRY NEWTON; BRYAN STIRES; JAMIE STIRES; TOMMY KIRKPATRICK; RYAN LOVELADY; ASHLEY LOVELADY; STAN MCMILLEN; DAVID HARGROVE; DIANNE HARGROVE; REBECCA EDWARDS; RICKEY CARRELL JOYNER; KELLEY TAPLEY; KIM WELTER; SHANE MARKUSON; and DANNY LANE,

     Plaintiffs

By:  H. DAVID BLAIR
      Bar No. 65004
      BARRETT S. MOORE
      Bar Number 2009118
      BLAIR & STROUD
      Attorneys for Plaintiffs
      P.O. Box 2135
      Batesville, Arkansas 72503
      Telephone: (870) 793-8350
      E-mail: hdb@blastlaw.com
      E-mail: bsm@blastlaw.com

      H. DAVID BLAIR
      BARRETT S. MOORE

-and-

NATHAN S. MORGAN
Bar Number 2009269
MORGAN LAW FIRM, P.A.
Attorneys for Plaintiff
244 Hwy. 65 N, Suite 5.
Clinton, Arkansas 72031
Telephone: (501) 745-4044
E-mail: nathan@morganlawfirmpa.com

## CERTIFICATE OF SERVICE

I served a copy of the forgoing instrument on August 11, 2023, by depositing it in the U.S. Mails, with sufficient postage prepaid, and addressed to the following persons:

Stephen R. Giles
Alexander T. Jones
William J. Ogles
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

**ATTORNEY FOR NEWRAYS ONE, LLC**

H. David Blair



**CERTIFICATE of RECORD**

Instrument #201703311
Real Estate Book
Deed
Filed: 03/03/2017 01:33 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: VICKY CURRAN, D.C.

3 Pages       $25.00

#1701521-114

**WARRANTY DEED**

KNOW ALL BY THESE PRESENTS:

That I, Brenda A. Browning, an unmarried person, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other valuable consideration to me in hand paid by Scott Anderson and Gladys Anderson, husband and wife, herein referred to as GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the GRANTEES and unto their heirs and assigns forever the following described lands located in the County of Faulkner, State of Arkansas:

Part of the N 1/2 SW 1/4 of Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, more particularly described as beginning at the Northwest corner of said N 1/2 SW 1/4; thence South 88 degrees 40 minutes 00 seconds East, 2638.88 feet to the Northeast corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 South 00 degrees 31 minutes 28 seconds West, 330.14 feet; thence leaving the East line North 88 degrees 38 minutes 56 seconds West, 2637.10 feet to the West line of said N 1/2 SW 1/4; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning.

LESS AND EXCEPT:
Part of the N 1/2 of the SW 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, more particularly described as follows:  Commencing at the Northwest corner of the N 1/2 SW 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, at a found 3" aluminum monument (APLS #1243) being the point of beginning; thence along the North line of said N 1/2 SW 1/4 S 88 degrees 40 minutes 00 seconds East 2638.88 feet to a set 1/2" rebar (APLS #1243) at the Northeast corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 S 00 degrees 31 minutes 28 seconds West, 25.00 feet to a set 1/2" rebar (APLS #1243); thence leaving said East line North 88 degrees 40 minutes 00 seconds West, 782.00 feet to a found 1/2" rebar (APLS #1243); thence South 01 degree 46 minutes 29 seconds East, 304.86 feet to a found 1/2" rebar (APLS #1243); thence North 88 degrees 36 minutes 56 seconds West, 1867.32 feet to a found 1/2" rebar (APLS #1243) on the West line of said N 1/2 SW 1/4; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning. Subject to Arkansas State Highway 285 right of way along the East boundary of the above described property.

MINERAL RESERVATION: GRANTOR herein specifically reserve the rights to all oil, gas and other minerals of every kind and character, that they may own, on or under the lands herein conveyed, and all rights including any royalty and bonus interest under any oil, gas and other mineral leases currently in existence or any executed in the future by Grantors. Subject to any prior mineral reservations.

SUBJECT TO RIGHT OF WAY/EASEMENTS AND RESTRICTIONS OF RECORD, IF ANY.  NO WARRANTY OR REPRESENTATION IS MADE HEREIN AS TO ANY MINERAL INTEREST ON THE AFOREMENTIONED PROPERTY.

To have and to hold unto the GRANTEES and unto their heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

And I hereby covenant with GRANTEES that I will forever warrant and defend the title to said lands against all lawful claims whatsoever.

WITNESS my hand this 28 day of Feb 2017.

Brenda A. Browning

*Instrument prepared under the Supervision of Fran Curtis – Attorney at Law*
*11600 Kanis Road – Little Rock, AR  72211*

**EXHIBIT**

**A**

PENGAD 800-631-6989

## ACKNOWLEDGMENT

STATE OF __ARKANSAS__

COUNTY OF __FAULKNER__

      BE IT REMEMBERED, that on this day came before me, the undersigned, a Notary Public, within and for

the county aforesaid, duly commissioned and acting, __Brenda A. Browning__, to me well known (or reasonably proven

to be) as the GRANTOR in the foregoing Deed, and stated that she had executed the same for the consideration and

purpose therein mentioned and set forth.

Witness my hand and seal as such Notary Public on the __28__ day of __Feb 2017__.

TODD JACKSON
Notary Public-Arkansas
Pulaski County
My Commission Expires 11-03-2021
Commission # 12384947

My Commission Expires: __11·3·21__

_____
Notary Public



Warranty Deed - Married (Letter).rtf                1 of 2

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 17-026269-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person (Letter).rtf

#1703692-114

**CERTIFICATE of RECORD**

Instrument #201706442
Real Estate Book
Deed
Filed: 04/27/2017 03:02 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: VICKY CURRAN, D.C.

3 Pages        $25.00

FOR RECORDER'S USE ONLY

# WARRANTY DEED
### (MARRIED PERSONS)

**KNOW ALL MEN BY THESE PRESENTS:**

That, Matt Kincaid, a married person, Grantor(s), for and in consideration of the sum of —TEN AND 00/100— DOLLARS---($10.00)---and other good and valuable consideration in hand paid by Scott Anderson and Gladys Anderson, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto their heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

*,husband and wife,

Part of the N 1/2 of the SW 1/4 Section 10, T-7-N, R-14-W, Faulkner County, Arkansas,
more particularly described as follows:

Commencing at the NW Corner of the N 1/2 SW 1/4 of Section 10, T-7-N, R-14-W, Faulkner County, Arkansas, at a found 3" aluminum monument (APLS #1243) being the point of beginning; thence along the North line of said N 1/2 SW 1/4 S88°40'00"E 2638.88 feet to a set 1/2" rebar (APLS #1243) at the NE Corner of said N 1/2 SW 1/4; thence along the East line of said N 1/2 SW 1/4 S00°31'28"W 25.00 feet to a set 1/2" rebar (APLS #1243); thence leaving said East line N88°40'00W 782.00 feet to a found 1/2" rebar (APLS #1243); thence S01°46'29"E 304.86 feet to a found 1/2" rebar (APLS #1243); thence N88°36'56"W 1867.32 feet to a found 1/2" rebar (APLS #1243) on the West line of said N 1/2 SW 1/4; thence along said West line N00°09'36"E 327.82 feet to the point of beginning; containing 14.49 acres more or less. Subject to Arkansas State Highway 285 right of way along the East boundary of the above described property.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and

201706442
Page 2 of 3

restrictions, if any.

**TO HAVE AND TO HOLD** the above described lands unto the Grantee(s) and unto their heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, **Matt Kincaid a married person and Amanda Kincaid, his spouse,** for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto their heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

**WITNESS** our hand(s) and seal(s) on this **24th** day of **April, 2017.**

I certify under penalty of false swearing
that documentary stamps or a documentary
symbol in the legally correct amount has
been placed on this instrument. Exempt or no
consideration paid if none shown.

GRANTEE OR AGENT: _Waco Title_
Scott Anderson, Gladys Anderson

GRANTEE'S ADDRESS: _437 Hwy 285 N._
_Greenbrier, AR 72058_

_Matt Kincaid_
Matt Kincaid

_Amanda Kincaid_
Amanda Kincaid

### ACKNOWLEDGMENT

STATE OF ARKANSAS )
                                    ) SS.
COUNTY OF FAULKNER )

**BE IT REMEMBERED,** that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, **Matt Kincaid, a married person and Amanda Kincaid, his spouse,** to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and official seal this **24th** day of **April, 2017.**

_____
Notary Public

My commission Expires:

CRYSTAL BLACKSHEAR
NOTARY PUBLIC
ARKANSAS
FAULKNER COUNTY
COMMISSION EXPIRES 10-1-2026

Nancy
Dickerson
#36 Slatey Gap Rd
Damascus, AR 72039
679-6652

R 1072

Doc#2000- 1857
Date 01/28/2000
09:35:52 AM
Filed & Recorded in
Official Records of
Faulkner County
SHARON REDMAN
FAULKNER COUNTY CIRCUIT CLERK
Fees $6.00
by_____ D.C.

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That we, William Stanley Dickerson and wife, Nancy Mallett Dickerson, GRANTORS, for and in consideration of the sum of Ten Dollars and other consideration to us paid by William Stanley Dickerson and wife, Nancy Mallett Dickerson, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said William Stanley Dickerson and wife, Nancy Mallett Dickerson, as tenants by the entirety with right of survivorship, and unto their heirs and assigns forever, the following described lands situated in Faulkner County, Arkansas:

Part of the NW 1/4 NW 1/4 of Section 10, Township 7 North, Range 14 West, more particularly described as beginning at the northeast corner of the NW 1/4 NW 1/4 of Section 10, T7N, R14W, and run thence south 1,049 feet to the center of county road; thence north 89 degrees 44 minutes west 291 feet; thence north 1,049 feet; thence east 291 feet to the true point of beginning, containing 7 acres, more or less.

This conveyance is made subject to all restrictions, reservations, and easements of record, and easements physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and assigns forever, with all appurtenances thereunto belonging. And we hereby covenant with said GRANTEES that we will forever warrant and defend the title to said lands against all claims whatever.

And we, the GRANTORS, for and in consideration of said sum of money, do hereby release and relinquish unto the said GRANTEES all our rights of dower, curtesy, and homestead in and to said lands.

WITNESS our hands and seals this 7 day of October, 1998.

_William Stanley Dickerson_
William Stanley Dickerson

_Nancy Mallett Dickerson_
Nancy Mallett Dickerson

ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the
undersigned, a Notary Public within and for the County
aforesaid, duly commissioned and acting William Stanley
Dickerson and Nancy Mallett Dickerson, to me well known as the
grantors in the foregoing deed, and acknoweldged that they had
executed the same for the consideration and purposes therein
mentioned and set forth.

WITNESS my hand and seal this 7\4\8 day of October, 1998.

Marilyn Ruple
Notary Public

My commission expires 2-12-2002 .

Marilyn Ruple, Notary-Public
Faulkner County, Arkansas
My Commission Expires 2/12/2002

CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty
of false swearing, that at least the legally correct amount of
documentary of stamps has been placed on this instrument.

Nancy Mallett Dickerson
Address: 552 Hwy 285 N
Damascus, AR 72039

This instrument prepared by:
Graddy & Adkisson, P.A.
Post Office Box 996
Conway, AR 72033

CERTIFICATE OF RECORD
Doc#2000- 1057
01/20/2000
09:35:52 AM
Filed and Recorded in Official Records of
FAULKNER COUNTY
SHARON RIMER
FAULKNER COUNTY CIRCUIT CLERK
by _____ D.C.

2



## WARRANTY DEED
### Married Persons

KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Oscar F. Hensley and Diana L. Hensley, husband and wife, (GRANTORS), for and in consideration of the sum of TWELVE THOUSAND ONE HUNDRED FIFTY AND NO/100 DOLLARS ($12,150.00), this date paid cash in hand, by Robert G. Branscum and Treva S. Branscum, husband and wife, (GRANTEES), the receipt of which is hereby acknowledged, hereby grant, bargain, sell and convey unto the said GRANTEES, and unto their heirs and assigns forever, the following lands lying in Faulkner County, Arkansas:

Being a part of the W 1/2, NW 1/4 of Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, described as beginning at the Southwest corner of said West 1/2, NW 1/4; thence North 0 degrees 25 minutes 40 seconds East along the West line of said W 1/2, NW 1/4 1307.51 feet to the point of beginning; thence continue North 0 degrees 25 minutes 40 seconds East 711.28 feet to the centerline of a county road; thence along said centerline to a point South 52 degrees 34 minutes 20 seconds East 351.49 feet; thence to a point South 61 degrees 34 minutes 47 seconds East 149.14 feet; thence to a point South 61 degrees 27 minutes 43 seconds East 187.06 feet; thence leaving said centerline of a county road South 346.08 feet; thence North 89 degrees 08 minutes West 580.18 feet to the point of beginning containing 6.77 acres, more or less. Reserving the North 25.0 feet for public road purposes.

SUBJECT TO all right-of-ways, covenants and restrictions, easements and all other reservations of record.

I certify under penalty of false swearing that at least the legally correct amount of documentary stamps have been placed on this instrument.
Exemption _____

_____ TREVA BRANSCUM _____
Address: 357 Rrch Char JR 72XP _____
Grantee or Agent: _____

497

498

**WARRANTY DEED**                                                                    2

To have and to hold the same unto the said GRANTEES, and unto their heirs and assigns forever, with all appurtenances thereunto belonging.

And we hereby covenant with said GRANTEES that we will forever warrant and defend the title to the said lands against all claims whatever.

And we, the GRANTORS, for and in consideration of the said sum of money, do hereby release and relinquish unto the said GRANTEES all our rights of dower, curtesy and homestead in and to the said lands.

WITNESS our hands and seals on this _31st_ day of May, 1995.

_Oscar F. Hensley_ (SEAL)
OSCAR F. HENSLEY

_Diana L. Hensley_ (SEAL)
DIANA L. HENSLEY

**ACKNOWLEDGMENT**

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Oscar F. Hensley and Diana L. Hensley, husband and wife, to me well known as the grantors in the foregoing instrument, and acknowledged that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal as such Notary Public this _31st_ day of May, 1995.

My Commission Expires:

_April 21, 2002_                     _Valari J. Bristol_
                                      Notary Public

OFFICIAL SEAL
VALARI J. BRISTOL
NOTARY PUBLIC - ARKANSAS
FAULKNER COUNTY
My Commission Expires 04 - 21 - 2002

This instrument was Prepared by
**HENRY & HENRY**
ATTORNEYS AT LAW
627 LOCUST AVENUE
CONWAY, AR 72032

**CERTIFICATE OF RECORD**

STATE OF ARKANSAS,                                              SS.

County of _____ Faulkner _____

I, _____ SHARON RIMMER _____ Clerk of the Circuit Court and Ex-Officio Recorder for the County aforesaid, do hereby certify that the annexed and foregoing instrument of writing was filed for record in my office on the ___7th___ day of ___June___ A.D. 1995 at __8:29__ o'clock __A.__ M., and the same is now duly recorded, with the acknowledgment _____ and certificate thereon, in __Deed__ Record Book, Vol. __599__ Page __497__.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this ___8th___ day of ___June___, A.D. 1995

SHARON RIMMER _____ Clerk.

By _____ Deputy Clerk.



Doc#2009- 7110
Date 04/21/2009
03:12:34 PM
Filed & Recorded in
Official Records of        320444
Faulkner County
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $20.00
by _____ /P ____ D.C.

# WARRANTY DEED
## (Reserving Mineral Interest)

KNOW ALL MEN BY THESE PRESENTS:

That I, Evelyn M. Sheldon, an unmarried person, GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other consideration, to me paid by Scott Lovelady and Laveane Lovelady, husband and wife, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said Scott Lovelady and Laveane Lovelady, husband and wife, as tenants by the entirety with right of survivorship, and unto their heirs and assigns forever, the following described lands in FAULKNER County, Arkansas:

> All that part of the West Half (W1/2) of the Northwest Quarter (NW1/4) of Section Ten (10), Township Seven (7) North, Range Fourteen (14) West, lying North of the County Road running East and West through said West 1/2 NW1/4, Section 10, Township 7 North, Range 14 West, Less and Except the following Seven acres, described as beginning at the Northeast Corner of the NW1/4 NW1/4 of said Section 10, Township 7 North, Range 14 West, and run thence South 1,049 feet to center of county Road; thence North 89 degrees 44 minutes West 291.0 feet; thence North 1,049 feet; thence East 291.0 feet to the point of beginning, containing 7 acres, more or less, and leaving 20 acres, more or less, conveyed hereby.

> GRANTOR HEREBY RESERVES UNTO HERSELF ONE-HALF OF THE OIL, GAS AND MINERALS OWNED BY HER IN, ON AND UNDER THE LANDS CONVEYED HEREIN.

> Said lands were owned by Merrill M. Sheldon and wife, Evelyn M. Sheldon, as tenants by the entirety with right of survivorship. The said Merrill M. Sheldon died January 20, 2009, in Bandera County, Texas, leaving grantor sole owner.

> This conveyance is made subject to all rights of way, covenants and restrictions, easements and all other reservations of record and physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their
heirs and assigns forever, with all appurtenances thereunto belonging.
And I hereby covenant with said GRANTEES that I will forever warrant and
defend the title to said lands against all claims whatever.

WITNESS my hand and seal this April 20th, 2009.

EVELYN M. SHELDON

By Evelyn M.

Robert Lynn Sheldon, as Her
Agent and Attorney-in-fact

ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a
Notary Public within and for the County aforesaid, duly commissioned and
acting Robert Lynn Sheldon, as agent and attorney-in-fact for Evelyn M.
Sheldon, to me well known as the grantor in the foregoing deed, and
acknowledged that he had executed the same for the consideration and
purposes therein mentioned and set forth as such agent and attorney-in-
fact.

WITNESS my hand and seal as such Notary Public, this 20th day of
April, 2009.

Judy R. Hemmerich
Notary Public

```
JUDY R. HEMMERICH
(seal   NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 6-16-2013
```

CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty of
false swearing, that the legally correct amount of documentary stamps
have been placed on this document.

Laurann Lruladey

Address: 50 Slatty Cap Rd
Damascus AR 72039

This instrument prepared by:
Grady & Adkisson, LLP
Post Office Box 996
Conway, AR 72033

```
CERTIFICATE OF RECORD
Doc#2009- 7110
04/21/2009
03:12:24 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WOHRTON
FAULKNER COUNTY CIRCUIT CLERK
by                           D.C.
```

001-13542-000

This instrument prepared by
Clark & McNeil
Conway, Arkansas

CORRECTION

# WARRANTY DEED

With Relinquishment of Dower

Herbert Barton and wife, Dollie Barton
TO
Woody Newton and Sherry Newton

KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Herbert Barton

and Dollie Barton his wife, for and in consideration of the

sum of $10 & other consideration which consideration is less than $100.00 Dollars

is paid by Woody Newton and Sherry Newton, the receipt of which is

hereby acknowledged,

do hereby grant, bargain, sell and convey

unto the said Woody Newton and Sherry Newton

and unto their heirs and

assigns forever, the following lands lying in the County of Faulkner and State of Arkansas, to-wit:

Part of the NE 1/4 of the NW 1/4 of Section 10, 7TN, R14W, described as
beginning at the northwest corner of said NE 1/4 NW 1/4; thence along
the west line of said NE 1/4 NW 1/4 south 0 degrees 41 minutes 29 seconds
east 485.04 feet to the point of beginning; thence east 420 feet;
thence south 0 degrees 41 minutes 29 seconds east 500.58 feet to the
north right-of-way of a road; thence along said right-of-way south
85 degrees 05 minutes 55 seconds west 421.11 feet to the west line of
said NE 1/4 NW 1/4; thence north 0 degrees 41 minutes 29 seconds west
536.57 feet to the point of beginning, containing 5.0 acres, more or
less.

This deed is executed for the purpose of correcting an erroneous des-
cription in a prior deed from Grantors to Grantees herein dated September
10, 1971, and of record in Faulkner County Deed Book ___ at page ____.

TO HAVE AND TO HOLD the same unto the said
Woody Newton and Sherry Newton

and unto their heirs and assigns forever, with all appurtenances

thereunto belonging. And we hereby covenant with said
Woody Newton and Sherry Newton

that we will forever warrant and defend the title to said lands against all lawful claims whatever.

And, I, Dollie Barton wife of said Herbert Barton

the grantor herein, do hereby join in this conveyance and for the consideration aforesaid convey and renounce all right of

homestead in and to the said property; and for and in consideration of the said sum of money, do hereby release and

relinquish unto the said Woody Newton and Sherry Newton

all my right of dower in and to said lands.

WITNESS our hands and seals this 27th day of December , 1978

_Herbert Barton_ (SEAL)
Herbert Barton

_Dollie Barton_ (SEAL)
Dollie Barton

001-13551-003

# WARRANTY DEED
### MARRIED PERSONS

*Know All Men by These Presents:*

THAT WE, ........ Rickey C. Joyner ........................................ and

.......... Angelea J. Joyner .................................., husband and wife, GRANTORS,

for and in consideration of the sum of .......... Ten Dollars and no/100 ...................

.......................................................... DOLLARS ($ .. 10.00 ........... ),

..................................................................................

in hand paid by ...... Woody D. Newton. and wife, Sherry D. Newton ...................

...................., GRANTEE.S., the receipt of which is hereby acknowledged, hereby grant,

bargain, sell and convey unto the said GRANTEE.S., and unto ....... their .......... heirs and

assigns forever, the following lands lying in ....... Faulkner ............... County, Arkansas:

.. Being a part of the NE¼ NE¼ Section 10, T-7-N, R-14-W Faulkner County, Arkansas

.. more particularly descirbed as starting at the NE corner of said NE¼ NE¼ .....

.. thence along the West line of said NE¼ S-00-51-49-E 341.80 feet, thence leaving

.. said West line West 471.66 feet, thence S-00-57-51-E 607.29 feet to the North

.. right of way of Slatey Gap Road, thence along said North right of way S-85-05-

.. 55-W 336.36 feet to the point of beginning, thence continuing along said .....

.. North right of way S-85-05-55-W  100.25 feet, thence leaving said right of way

.. N-00-41-29-W 444.17 feet, thence East 100.0 feet, thence  S-00-41-29-E ........

.. 435.60 feet to the point of beginning containing 1.0 acres, more or less ......

..................................................................................

..................................................................................

To have and to hold the same unto the said GRANTEE.S., and unto .... their ..............
heirs and assigns forever, with all appurtenances thereunto belonging.

And we hereby covenant with said GRANTEE.S. that we will forever warrant and defend the
title to the said lands against all claims whatever.

And we, the GRANTORS, ........ Rickey C. Joyner, and wife, Angelea J. Joyner ..

..................................................................................
for and in consideration of the said sum of money, do hereby release and relinquish unto the said
GRANTEE... all our rights of dower, curtesy and homestead in and to the said lands.

WITNESS our hands and seals on this .. 10.. day of .... June ............. 19 97.

.......................................................
Rickey C. Joyner

.......................................................
Angelea J. Joyner

536

## ACKNOWLEDGED

STATE OF ARKANSAS |   BE IT REMEMBERED, That on this day came before the undersigned, a _____ Notary Public
County of Faulkner |   _____ within and for the County aforesaid, duly commissioned and
acting ___ Herbert Barton and Dollie Barton _____ to me well known as the grantor⊗ in the foregoing Deed, and
acknowledged that ____ They ____ had executed the same for the consideration and purposes therein mentioned and set forth.

And on the same day also voluntarily appeared before me the said _____ Dollie Barton _____ wife of the said
Herbert Barton _____ to me well known, and in the absence of her said husband declared that she had of her own free will
executed said deed and signed and sealed the relinquishment of dower and hereinted in the foregoing Deed, for the consideration and purposes therein
mentioned and set forth, without compulsion or undue influence of her husband.

WITNESS my hand and seal as such ___ Notary Public ___ this ___ 27th ___ day of ___ December ___, 19 78.

*Jeanne M. Beight*

My commission expires ___ 6/30/ ___, 19 82    Notary Public

L.S.

## CERTIFICATE OF RECORD

STATE OF ARKANSAS |   I, _____ LUCY GLOVER _____ Circuit Clerk and Ex-Officio Recorder
County of Faulkner |   within and for the County aforesaid, do hereby certify that the within and foregoing instrument of writing was filed for record in my office on the ___ 28th ___ day of ___ December ___, 19 78, at 10:20 o'clock ___ A. ___ M., and the same is now duly recorded, with the acknowledgment and certificate thereon in Deed Record Book No. ___ 267 ___, Page ___ 535 ___.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this ___ 29th ___ day of ___ December ___, 19 78.

_____ LUCY GLOVER _____ Clerk.

L.S.

By *Donna Harris* Deputy Clerk

ACKNOWLEDGMENT

STATE OF ARKANSAS,
County of _Faulkner_ } ss.

On this day, personally appeared before me _Ricky C. Jaeger_
and _Angela L. Jaeger_ known to me to be the persons whose names are
subscribed to the within instrument and acknowledged that they executed the same for the purposes
therein contained.

WITNESS my hand and official seal this _10_ day of _June_, 19 _97_.

My commission expires: _June 3, 2003_

(SEAL) _____  _Fay Reynolds_
Notary Public.

I CERTIFY UNDER PENALTY OF FALSE SWEARING
THAT AT LEAST THE LEGALLY CORRECT AMOUNT OF
DOCUMENTARY STAMPS HAVE BEEN PLACED ON
THIS INSTRUMENT.

_Wendy and Terry Newton_
ADDRESS: _28 Story Lea Rd._
_Damascus AR 72039_

**WARRANTY DEED**
MARRIED PERSONS

Filed for record on this ......... day of
......... 19 ... at ......... o'clock ... M.

By ......... D.C.

......... , Clerk.

NOTE: A wise man will have his deed recorded.
FORM No. 441; REV. 141  CLASS 2

CERTIFICATE OF RECORD

STATE OF ARKANSAS,
County of _Faulkner_ } ss.

I, _Sharon Rimmer_ , Circuit Clerk and Ex-Officio Recorder
for the County aforesaid, do hereby certify that the annexed and foregoing instrument of writing
was filed for record in my office on the _11th_ day of _June_ A. D. 19 _97_,
at _10:40_ o'clock _A_ M., and the same is now duly recorded, with the acknowledgments and
certificates thereon, in "Record Book _Deed/666_ ," page _666_ .

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court,
this _13th_ day of _June_ , 19.97.

_Sharon Rimmer_
Circuit Clerk and Ex-Officio Recorder.
By _Debbie Wise_ , D.C.

001-13547-001

**WARRANTY DEED**

MAXINE McMILLEN                                                 GRANTOR

   TO

MICKEY DOYLE McMILLEN and wife,
TAMMY LOUISE McMILLEN                                           GRANTEES

KNOW ALL MEN BY THESE PRESENTS:

    THAT I, Maxine McMillen, GRANTOR, being of lawful age and a
widow, for and in consideration of the sum of Ten Dollars
($10.00), and other good and valuable consideration paid by
Mickey Doyle McMillen and wife, Tammy Louise McMillen, GRANTEES,
the receipt of which is hereby acknowledged, do hereby grant,
bargain, sell and convey unto the said Grantees, and unto their
heirs and assigns forever, the following described lands situated
in the County of Faulkner, State of Arkansas:

   TRACT #2:
   The South half of the Southwest Quarter of the Northwest
   Quarter of Section 10, Township 7 North, Range 14 West,
   20 acres, more or less.

    TO HAVE AND TO HOLD the same unto the said Grantees, and
unto their heirs and assigns forever, with all tenements,
appurtenances and hereditaments thereunto belonging.

    And I do hereby covenant with the said Grantees, their heirs
and assigns, that I will forever warrant and defend the title to
said property against the lawful claims of all persons
whomsoever.

    And for the consideration and purposes herein mentioned and
set forth, I, Maxine McMillen, the Grantor, do hereby release and
relinquish unto the said Grantees,  their heirs and assigns, all
my right, title, claim and possibility of dower and homestead in
and to the above described real property.

    WITNESS my hand and seal this __24th__ day of __May__,
1993.


                        *Maxine McMillen*
                        MAXINE McMILLEN

**ACKNOWLEDGEMENT**

STATE  OF ARKANSAS)
             )SS
COUNTY OF FAULKNER)

WARRANTY DEED

MAXINE MCMILLEN, A SINGLE PERSON                                    GRANTOR

TO

MICKY MCMILLEN AND WIFE, TAMMY MCMILLEN                            GRANTEE

KNOW ALL MEN BY THESE PRESENTS:

THAT Maxine McMillen, GRANTOR, single person for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration paid by Micky McMillen and Wife, Tammy McMillen, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said GRANTEES, as tenants by the entirety and unto their heirs and assigns forever, the following described lands situated in the County of Faulkner, State of Arkansas:

001-13547-000

Being part of the SW 1/4 NW 1/4, Section 10, T-7-N, R-14-W, Faulkner County, Arkansas, described as beginning at a point 660.0' North of the SW corner of said SW 1/4 NW 1/4; thence continue North, 647.51'; thence E 1320.0 feet, thence S 647.51' thence WEST 1320' to the point of beginning containing 19.62 acres more or less.

041-13547-000

Also a part of the W 1/2 NW 1/4 Section 10 T-7-N, R-14-W Faulkner County Arkansas more particularly described as beginning at a point 1307.51' N and 1080.87 E of the SW Corner of said W 1/2 NW 1/4 thence N 276.0' to the centerline of County Road, thence E along said centerline 60.0', thence leaving said centerline S 276.0' thence W 60.0' to the point of beginning containing 0.32 acres more or less, making a total in the aggregate of 20.0 acres more or less.

TO HAVE AND TO HOLD the same unto the said GRANTEES, and unto their heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

Prepared By: Helen Rice Grinder atty

R-2551

**WARRANTY DEED**



001-13549-000

STAN AND CONNIE McMILLEN                                    **GRANTORS**

TO

MICKEY McMILLEN                                                **GRANTEE**

KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Stan and Connie McMillen, GRANTORS, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration paid by Mickey McMillen, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said GRANTEE, and unto his heirs and assigns forever, the following described lands situated in the County of Faulkner, State of Arkansas:

Being a part of the W ½ NW ¼ of Section 10, T-7-N, R-14-W, Faulkner County, Arkansas; described as beginning at the SW corner of said W ½ NW ¼ of Section 10, T-7-N, R-14-W; thence N 00 degrees 25' 40" E 1307.51 feet; thence S 89 degrees 08'00" E 1080.87 feet to the point of beginning; thence continue S 89 degrees 08'00" E 239.13 feet or to the SE corner of the NW ¼ NW ¼; thence North 280.00 feet to the centerline of Slatey Gap Road; thence along said centerline westwardly 179.13 feet; thence continue along said centerline N 89 degrees 08'00" W 60.00 feet; thence South 276.00 feet to the point of beginning containing 1.52 acres more or less.

TO HAVE AND TO HOLD the same unto the said GRANTEE, and unto his heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

And we do hereby covenant with the said GRANTEE, his heirs and assigns, that I will forever warrant and defend the title to said property against the lawful claims of all persons whomsoever.

And for the consideration and purposes herein mentioned and set forth, the GRANTORS, does hereby release and relinquish unto the said GRANTEE, his heirs and assigns, all their right, title and claim of dower and homestead in and to the above described real property.

WITNESS my hand and seal this 16th day of February, 2001.

Doc#2001- 2523
Date 02/28/2001
08:53:43 AM
Filed & Recorded in
Official Records of
Faulkner County
SHARON RIMMER
FAULKNER COUNTY CIRCUIT CLERK
Fees 16.00
by _____ D.C.

#178782

STAN McMILLEN, GRANTOR

CONNIE McMILLEN, GRANTOR



Slatey Gap Rd (50' r/w

N 87°31'57" E

S 68°32'48" E      87.97      N 86°22'43"
36.92'  N 89°14'02" E              52.39'
        53.19'

North 275.86'

Mickey McMillen
Part of the NW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
1.46± acres

NW Corner SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Conway County, Arkansas

N 89°29'26" W 1311.15'

N 89°29'28" W 758.85'
N 89°29'27" W 613.58' (to POB 21 ac)

POB

S 89°29'30" E  697.57'

S 89°29'29" E  383.30'

**POINT OF TERMINATION
OF INGRESS/EGRESS
EASEMENT**

**NOTE:**
This is a plot out only
no fieldwork has been
completed for this job.

**NOTE:**
This is a plot out only
no fieldwork has been
completed for this job.

Mickey McMillen
Part of the SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
21.00± acres

Mickey McMillen
Part of the SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Faulkner County, Arkansas
18.52± acres

## 20.00± ACRES

House

"out building"

**NOTE:**
This is a plot out only
no fieldwork has been
completed for this job.

**NOTE:**
This is a plot out only
no fieldwork has been
completed for this job.

**POB**
¾" pipe (deed)
SE Corner SW ¼ NW ¼
Section 10, T-7-N, R-14-W,
Conway County, Arkansas

N 89°13'12" W  699.47'

N 89°13'00" W  615.46'

S 89°13'10" E  1314.92'

mer SW ¼ NW ¼
10, T-7-N, R-14-W,
y County, Arkansas

Instrument# L201800121 Page 1 of 3

Warranty Deed - Married (Letter).rtf                    1 of 3

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 17-026944-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person  (Letter).rtf



L201800121
CERTIFICATE OF RECORD
FAULKNER CO, AR FEE $25.00
RECORDED: 01-03-2018 03:03:48 PM
CRYSTAL TAYLOR
CIRCUIT CLERK
BY: LIZ BAUMGARTNER, D.C.
DEED
3 Pages

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (MARRIED PERSONS)

KNOW ALL MEN BY THESE PRESENTS:

That, Brandon Carpenter and Latisha Carpenter, a married couple, Grantor(s), for and in consideration of the sum of ---TEN AND 00/100--- DOLLARS--($10.00)---and other good and valuable consideration in hand paid by Jamie Stires and spouse, Bryan Stires, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto their heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

Part of the NE 1/4 NW 1/4 Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, described as follows: Beginning at the Northeast corner of said NE 1/4 NW 1/4; run thence South 00 degrees 51 minutes 49 seconds East along the East line of said NE 1/4 NW 1/4, 341.8 feet; thence West 471.66 feet; thence South 00 degrees 57 minutes 51 seconds East, 607.29 feet to the North right of way of a County Road; thence South 85 degrees 05 minutes 55 seconds West along said right of way, 436.61 feet; thence leaving said right of way North 0 degrees 41 minutes 29 seconds West, 500.58 feet; thence West 420.0 feet to the West line of said NE 1/4 NW 1/4, thence North 00 degrees 41 minutes 29 seconds West, 485.04 feet to the Northwest corner of said NE 1/4 NW 1/4; thence East 1323.34 to the point of beginning.

Less and Except:

Part of the NE1/4 NW 1/4 Section 10, Township 7 North, Range 14 West, Faulkner County, Arkansas, more particularly described as starting at the Northeast corner of said NE 1/4 NW 1/4; thence along the West line of said NE 1/4 NW 1/4 South 00 degrees 51 minutes 49 seconds East, 341.80 feet; thence leaving said West line West 471.66 feet; thence South 00 degrees 57 minutes 51 seconds East, 607.29 feet to the North right of way of Slatey Gap Road; thence along

Book    Page 0.002

said North right of way South 85 degrees 05 minutes 55 seconds West, 336.36 feet to the point of beginning; thence continuing along said North right of way South 85 degrees 05 minutes 55 seconds West, 100.25 feet; thence leaving said right of way North 00 degrees 41 minutes 29 seconds West, 444.17 feet; thence East 100.0 feet; thence South 00 degrees 41 minutes 29 seconds East, 435.60 feet to the point of beginning.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and restrictions, if any.

TO HAVE AND TO HOLD the above described lands unto the Grantee(s) and unto their heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, Brandon Carpenter and Latisha Carpenter, a married couple,  for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto their heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

WITNESS our hand(s) and seal(s) on this _29_ day of December, 2017.

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument. Exempt or no consideration paid if none shown.
GRANTEE OR AGENT: _Jamie Stires_
                    Jamie Stires and Bryen Stires

_Brandon Carpenter_

_Latisha Carpenter_

GRANTEE'S ADDRESS:   24 Slatey Gap Rd.
                     Damascus, AR 72039

## ACKNOWLEDGMENT

STATE OF ARKANSAS          )
                           )  SS.
COUNTY OF FAULKNER         )

BE IT REMEMBERED, that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Brandon Carpenter and Latisha Carpenter, a married couple, to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this _29_ day of December, 2017.

_April Mathes_
Notary Public

My commission Expires:

APRIL MATHES
Notary Public-Arkansas
Faulkner County
My Commission Expires 09-18-2025
Commission # 12695496

# WARRANTY DEED

### UNMARRIED PERSON

KNOW ALL MEN BY THESE PRESENTS:

THAT ..... ......Charlotte. M.. Lyke..........................................................................................

. ..................................................................................................... ................................... ........., an unmarried person,

for and in consideration of the sum of.....Ten. Dollars. .and .other .consideration..........

...................................................................................................................................................... ...Dollars.

paid by........ ............Tommy..D...Kirkpatrick... .... .. .. ..... ........... .... ..................................... . ,
the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said

... ................... ...........Tommy. D.. Kirkpatrick. .... .............................................................................

and unto.......his..........heirs and assigns forever, the following lands lying in the County of.......... .

.......... FAULKNER .................................................................... ......... .................and State of Arkansas, to-wit:

Part of the NE 1/4 NW 1/4, Section 10, Township 7 North, Range 14
West, Faulkner County, Arkansas, described as beginning at the NE
corner of said NE 1/4 NW 1/4; thence along the east line of said
NE 1/4 NW 1/4, south 0 degrees 51 minutes 49 seconds east 341.08
feet to the point of beginning; thence continuing south 0 degrees
51 minutes 49 seconds east 287.30 feet; thence leaving said line,
west 150.0 feet; thence south 0 degrees 51 minutes 49 seconds east
292.50 feet to the north right-of-way of a road; thence along said
right-of-way south 85 degrees 05 minutes 55 seconds west 296.46
feet; thence leaving said right-of-way north 0 degrees 51 minutes
49 seconds west 605.14 feet; thence east 445.76 feet to the point
of beginning, containing 5.0 acres, more or less.

.........................................................................................................................................................

The above-described lands were owned by Walter Frederick Lyke and
Charlotte M. Lyke as husband and wife.  Said Walter Frederick Lyke
died on or about Sept. 8, 1980 leaving Charlotte M. Lyke the sole
owner of said property.
To have and to hold the same unto the said................................................................... .................

....................................Tommy D. Kirkpatrick.................................................................

and unto.......his.................heirs and assigns forever, with all appurtenances thereunto belonging.

And...........I.................hereby covenant with said .......Tommy..D...Kirkpatrick............

.....................................................................................that.......I.............will forever warrant and defend

the title to said lands against all lawful claims whatever.

WITNESS.....my.....hand........ and seal........ on this..23.....day of.....October...........1985,

x....Charlotte Lyke........[SEAL]

.........................................................................................[SEAL]

**WARRANTY DEED**

UNMARRIED PERSON

Charlotte M. Lyke

TO

Tommy D. Kirkpatrick

Mail

Star Route
Damascus, Ar
72039

Filed for record on this

day of November 1985

at 8:3 o'clock A M.

J. B. _____ Clerk.

By _____ D.C.

FORM NO. 850          CLASS 2

K 7141 4.00

### CERTIFICATE OF RECORD

STATE OF ARKANSAS, } SS.          _____ } SS.

County of ........Faulkner........

I, ........LUCY GLOVER........, Clerk of the Circuit Court and Ex-Officio Recorder for the County aforesaid, do hereby certify that the within and foregoing instrument of writing was filed for record in my office on this ......7th...... day of ......November...... A. D. 19..85 at ......8:35...... o'clock ......A...... M., and the same is now duly recorded, with the acknowledgments and certificates thereon, in "Record Book ......358......," Page ......593...... [Deed]

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this ......8th...... day of ......November...... 19....85

LUCY GLOVER ......Clerk.

BY: _____ D.C.

WARRANTY DEED

W. FREDERICK LYKE (DECEASED) AND WIFE,                    GRANTORS
CHARLOTTE M. LYKE

    TO

TOMMY D. KIRKPATRICK                                      GRANTEE

KNOW ALL MEN BY THESE PRESENTS:

THAT We, W. Frederick Lyke (deceased) and wife, Charlotte M. Lyke, GRANTORS, being of lawful age and married, for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration paid by Tommy D. Kirkpatrick, GRANTEE, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said Tommy D. Kirkpatrick, and unto his heirs and assigns forever, the following described lands situated in the County of Faulkner, State of Arkansas:

Part of the NE1/4 NW1/4 of Section 10, T-7-N, R-14-W, Faulkner County, Arkansas, described as follows: Commencing at the NE Corner of said NE1/4 NW1/4; run thence S 0 degrees 51 minutes 49 seconds E along the East Line of said NE1/4 NW1/4 341.08 feet; thence West 445.76 feet to the Point of Beginning; thence S 0 degrees 51 minutes 49 seconds E 605.14 feet to the North right-of-way of a County Road; thence S 85 degrees 05 minutes 55 seconds W along said right-of-way 25.0 feet; thence N 0 degrees 57 minutes 51 seconds W 607.29 feet; thence East 25.9 feet to the Point of Beginning, containing 0.345 acres, more or less.

To have and to hold the same unto the said Tommy D. Kirkpatrick, and unto his heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

And we hereby covenant with the said Tommy D. Kirkpatrick that we will forever warrant and defend the title to said lands against all lawful claims whatsoever.

And We, W. Frederick Lyke (deceased) and wife, Charlotte M. Lyke, for and in consideration of the said sum of money, do hereby release and relinquish unto the said Tommy D. Kirkpatrick, and unto his heirs and assigns forever, all our right and possibility of curtesy, dower and homestead in and to the above described real property.

00260

Warranty Deed - Unmarried (Lender)                                    1 of ?

Doc# 2015-359
Date 01/06/2015
02:18:23 PM
Filed & Recorded in
Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $25.00
By _____   D.C.

4081203

Please Return To:

Lenders Title Company
1501 North University, Suite 100
Little Rock AR, 72207
Phone: 501-320-2900
Fax: 501-320-2901

File Number: 14-007692-190

Approved as to form by:
J. Maul, Spradley, Attorney-at-Law
Transactional data completed by Lenders Title Company

Warranty Deed - Unmarried (Lender)

FOR RECORDER'S USE ONLY

## WARRANTY DEED
### (UNMARRIED PERSON)

### KNOW ALL MEN BY THESE PRESENTS:

That, Roy West, Grantor, an unmarried person, for and in consideration of the sum of ---TEN AND 00/100---
DOLLARS ($10.00)---and other good and valuable consideration in hand paid by Ryan Lovelady, Grantee(s), the receipt
and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto the Grantee(s), and
unto his heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

> Part of the NE ¼ NW ¼, Section 19, T7N, R14W, described as beginning at the northeast
> corner of said NE ¼ NW ¼; thence along the east line of said NE ¼ NW ¼ south 0 degrees
> 51 minutes 49 seconds east 628.38 feet to the point of beginning; thence continuing south 0
> degrees 51 minutes 49 seconds east 288.30 feet to the north right of way of a road; thence
> along said right of way to a point south 89 degrees 32 minutes 42 seconds west 111.39 feet;
> thence to a point south 85 degrees 05 minutes 55 seconds west 38.71 feet; thence leaving
> said right of way north 0 degrees 51 minutes 49 seconds west 292.50 feet; thence east 150
> feet to the point of beginning.

Subject to any recorded: assessments, building lines, easements, mineral reservations and/or conveyances, and
restrictions, if any.

TO HAVE AND TO HOLD the above described lands unto the Grantee(s) and his heirs and assigns forever
with all tenements, appurtenances, and hereditaments thereunto belonging.

And I hereby covenant with the Grantee(s) that I will forever warrant and defend the title to the above described

lands against all claims whatsoever.

WITNESS my hand and seal on this 7th day of January, 2015.

I certify under penalty of false swearing
that documentary stamps or a documentary
symbol in the legally correct amount has
been placed on this instrument. Exempt as no
consideration paid if none shown.

GRANTEE OR AGENT: _____
Ryan Scott Lovelady

GRANTEE'S ADDRESS: 4 Slaley Gap Road
Damascus, AR 72039

Roy West
Roy West

## ACKNOWLEDGMENT

STATE OF ARKANSAS        )
                          )    SS.
COUNTY OF FAULKNER       )

BE IT REMEMBERED, that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Roy West, to me well known as (or satisfactorily proven to be) the person whose name is subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 7th day of January, 2015.

_____
Notary Public

My commission Expires:

_____



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

## Real Estate Transfer Tax Stamp
Proof of Tax Paid



File Number: 14-097692-190

**Grantee:**
**Mailing Address:**

RYAN LOVELADY
4 SLATEY GAP ROAD
DAMASCUS AR 720390000

**Grantor:**
**Mailing Address:**

ROY WEST
922 PLEASURE VALLEY
LITTLE ROCK AR 722060000

**Property Purchase Price:**     $134,700.00
**Tax Amount:**                  $445.50

**County:**                      FAULKNER
**Date Issued:**                 01/07/2015
**Stamp ID:**                    1562509312

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument.

Grantee or Agent Name (printed): Ryan Lovelady

Grantee or Agent Name (signature): _____ Date: 1-7-15

Address: 4 Slatey Gap Road

City/State/Zip: Damascus AR 72020

CERTIFICATE OF RECORD
Doc# 2015-959
01/06/2015
02:12:23 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
SHARON WRIGHT
FAULKNER COUNTY CIRCUIT CLERK
By _____ D.C.

15288                                    Doc#2011- 15069

THIS INSTRUMENT PREPARED BY GORDON, CARUTH & VIRDEN, MORRILTON, ARKANSAS

# QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS:

THAT I, Phyllis McMillen, for and in consideration of the sum of ONE DOLLAR

($1.00), to me paid by Stan McMillen, do hereby grant, sell and quitclaim unto the said

Stan McMillen and unto his heirs and assigns forever, the following lands lying in the

County of Faulkner and State of Arkansas, to wit:

TRACT 1:  The West Half of the Southeast Quarter of the Northwest Quarter (W 1/2 SE 1/4 NW 1/4) of Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, Twenty (20)acres, more or less.

A part of the Southeast Quarter of the Northwest Quarter (SE 1/4 NW 1/4) of Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, described as beginning at a point which is 958.32 feet North of the Southeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) and run Thence West 315 feet; Thence North 210 feet; Thence East 315 feet to the East line of said Southeast Quarter Northwest Quarter; (SE 1/4 NW 1/4) Thence South along the East line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) 210 feet to the point of beginning, containing 1½ acres more or less.

Being part of the Northwest Quarter, (NW 1/4) Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, Faulkner County, Arkansas  more particularly described as beginning at the Southwest Corner of the Northwest Quarter, thence North 1307.51 feet, thence East 1140.87 feet to the point of beginning, thence continue East 179.13 feet to the Northwest Corner of the Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) Section Ten, (10) thence East 660.0 feet, thence South 1320.0 feet to the South line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) thence East 160.0 feet; said point being 500.0 feet West of the Southeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) ; thence North 958.32 feet, thence East 185.0 feet, thence North 210.0 feet thence 315.0 feet to the East line of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) said point being 1168.32 feet North of the Southeast corner of said Southeast Quarter Northwest Quarter,(SE 1/4 NW 1/4)  thence North 151.68 feet to the Northeast Corner of said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) thence West 140.0 feet, thence North 381.19 feet to the centerline of a county road, thence along said centerline to a point South 85-05-55-W 1184.33 feet to a point on the

## ACKNOWLEDGMENT

STATE OF ARKANSAS    )
                       ) ss.
COUNTY OF _CONWAY_ )

      BE IT REMEMBERED, That on this day came before me, the undersigned, a notary public within and for the county aforesaid, duly commissioned and acting, Phyllis McMillen, to me well known as the grantor in the foregoing Deed, and stated that she had executed the same for the consideration and purposes therein mentioned and set forth.

      WITNESS my hand and seal as such Notary Public on this 21st day of September, 2011.

_____
Notary Public

My commission expires:
_5-9-2020_

> JEANNIE L DENNISTON
> NOTARY PUBLIC-STATE OF ARKANSAS
> CONWAY COUNTY
> My Commission Expires 5-9-2020
> Commission # 12375476

No real estate transfer tax is applicable to this instrument under Ark. Code Ann. § 26-60-102(7) as an instrument given by one (1) party in a divorce action to the other party to the divorce action as a division of marital property whether by agreement or order of the court.

I CERTIFY UNDER PENALTY OF FALSE SWEARING
THAT AT LEAST THE LEGALLY CORRECT AMOUNT OF
DOCUMENTARY STAMPS HAVE BEEN PLACED ON
THIS INSTRUMENT.
_Stan McMillen_
ADDRESS: _471 Hwy 285 N_
_Damascus Ar 22039_

CERTIFICATE OF RECORD
Doc#2011- 15069
09/22/2011
09:12:41 AM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
by _____ D.C.

3

18300

Doc# 2014-17991
Date 12/15/2014
02:00:21 PM
Filed & Recorded in  407729
Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
Fees $30.00
By _____ D.C.

## WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Betty Hargrove, an unmarried person, Dean Hargrove and wife, Sarah Hargrove, Larry Hargrove and wife, Oma Hargrove, GRANTORS, for and in consideration of the sum of Ten Dollars ($10.00) and other consideration, to us paid by Larry Hargrove and Oma Hargrove, husband and wife, GRANTEES, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said Larry Hargrove and Oma Hargrove, husband and wife, as tenants by the entirety with right of survivorship, and unto their heirs and assigns forever, the following described lands in FAULKNER County, Arkansas:

Part of the NW 1/4 NE 1/4, Section 10, Township 7 North, Range 14 West, described as beginning at the northwest corner of said NW 1/4 NE 1/4, thence east 306.92 feet to the west right-of-way of State Highway #285; thence along said right-of-way south 13 degrees 26 minutes 39 seconds east 219.98 feet; thence south 04 degrees 37 minutes 45 seconds west 177.79 feet; thence south 12 degrees 22 minutes 05 seconds west 190.30 feet; thence south 11 degrees 51 minutes 31 seconds west 280.59 feet; thence south 18 degrees 45 minutes 15 seconds west 237.72 feet to the intersection of said right-of-way with the north right-of-way of a county road; thence along said right-of-way north 51 degrees 22 minutes 45 seconds west 88.57 feet; thence north 39 degrees 17 minutes 56 seconds west 135.53 feet, said point being on the west line of said NW 1/4 NE 1/4; thence along said west line north 0 degrees 51 minutes 49 seconds west 916.68 feet to the point of beginning, containing 6.79 acres, more or less.

Said lands were owned by Lucille Hargrove who died unmarried and intestate, in Faulkner County, Arkansas, on May 31, 1981, leaving surviving as her only heirs at law, her three children, Betty Hargrove, Dean Hargrove and Larry Hargrove, all grantors herein.

This conveyance is made subject to all rights of way, covenants and restrictions, easements and all other reservations of record and physically in place.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and assigns forever, with all appurtenances thereunto belonging. And we hereby covenant with said GRANTEES that we will forever warrant and defend the title to said lands against all claims whatever.

And we, the GRANTORS, for and in consideration of said sum of money, do hereby release and relinquish unto the said GRANTEES all our rights of dower, curtesy, and homestead in and to said lands.

WITNESS our hands and seals this October 6th, 2010.

_____
Betty Hargrove

_____
Dean Hargrove

_____
Sarah Hargrove

_____
Larry Hargrove

_____
Oma Hargrove

2

**ACKNOWLEDGMENT**

STATE OF _Arkansas_

COUNTY OF _Perry_

    BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Betty Hargrove, to me well known as one of the grantors in the foregoing deed, and acknowledged that she had executed the same for the consideration and purposes therein mentioned and set forth.

    WITNESS my hand and seal this 21st day of October, 2010.

(seal)

                                            Notary Public

**ACKNOWLEDGMENT**

STATE OF _Arkansas_

COUNTY OF _Perry_

    BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Dean Hargrove and Sarah Hargrove, to me well known as two of the grantors in the foregoing deed, and acknowledged that they had executed the same for the consideration and purposes therein mentioned and set forth.

    WITNESS my hand and seal this 21st day of October, 2010.

(seal)

                                            Notary Public

3

## ACKNOWLEDGMENT

STATE OF ARKANSAS

COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting Larry Hargrove and Oma Hargrove, to me well known as two of the grantors in the foregoing deed, and acknowledged that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal this _6th_ day of October, 2010.

_Marilyn Ruple_
Notary Public

(seal) MARILYN RUPLE
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires Feb 12, 2012

## CERTIFICATE

The undersigned GRANTEE does hereby certify, under penalty of false swearing, that this conveyance is between family members with no consideration paid and no documentary stamps required on this document.

_Larry Hargrove_

Address:    484 Highway #285 North

            Damascus, AR 72039

This instrument prepared by:
Graddy & Adkisson, LLP
Post Office Box 996
Conway, AR 72033

CERTIFICATE OF RECORD
Doc# 2014-17991
12/15/2014
02:08:21 PM
Filed and Recorded in Official Records of
FAULKNER COUNTY
RHONDA WHARTON
FAULKNER COUNTY CIRCUIT CLERK
By _____ D.C.

4

Type of Instrument: Quit Claim Deed
Grantor: David Eugene Hargrove, Trustee of The Larry and Oma Hargrove Living Trust, dated December 3, 2015
Grantee: David Eugene Hargrove

This Instrument Was Prepared
Without Title Search or Survey By:
Rippy Law Firm
609 Locust
Conway, AR 72034

After Recording Return To:
Rippy Law Firm
609 Locust
Conway, AR 72034



**CERTIFICATE of RECORD**

**Instrument #201617913**

Real Estate Book
Deed
Filed: 11/15/2016 08:30 am
Faulkner County, Arkansas
Rhonda Wharton, Circuit Clerk
By: Diana Varner, D.C.

**5 Pages        $35.00**

## QUITCLAIM DEED

### KNOW ALL PERSONS BY THESE PRESENTS:

THAT I, **David Eugene Hargrove, Trustee of the Larry and Oma Hargrove Living Trust, dated December 3, 2015,** hereinafter known as GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid by **David Eugene Hargrove, Individually,** hereinafter known as GRANTEE, the receipt of which is hereby acknowledged, do hereby grant, sell, quitclaim and release any and all interest in our right, title, equity and estate unto said Grantee and unto his heirs and assigns forever, in and to the following described lands situated in Faulkner County, State of Arkansas, to-wit:

See Schedule "A" attached hereto

To have and to hold unto Grantee, and unto its heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

**In Witness Whereof,** I have hereunto set my hand this 25th day of October, 2016.

David Eugene Hargrove, Grantor & Trustee
Of The Larry and Oma Hargrove Living
Trust, dated December 3, 2015

201617913
Page 2 of 5

Schedule A

Tract I: SW ¼ NE ¼ SECTION 10, TOWNSHIP 7 NORTH, RANGE 14 WEST, FAULKNER COUNTY, ARKANSAS, CONTAINING 40.14 ACRES MORE OR LESS.

LOT 27, PAUL BRANNON HIGHWAY SUBDIVISION, AS SHOWN ON PLAT OF RECORD IN BOOK C, PAGE 53 PLAT RECORDS OF FAULKNER COUNTY, ARKANSAS.

All that part of the E 1/2 of Section 8, Township 7 North, Range 14 West, lying South of the centerline of a County Road, and all that part of the E 1/2 of Section 17, Township 7 North, Range 14 West, lying North of Cadron Creek making a total of 127 acres, more or less. Situated in Faulkner County, Arkansas. Subject to all rights of way, covenants and restrictions, easements and all other reservations of record.

Part of the Northeast Quarter (NE 1/4) of Section Ten (10), Township Seven (7) North, Range Ten (10) West, described as follows: Begin at a point on the north line of said NE 1/4, which point is 368.61 feet east of the northwest corner of said NE 1/4, and which point is the point of intersection of the north line of said NE 1/4 and of the east line of State Highway #285, and run thence east 764.68 feet; thence south 590 feet; thence west 771.08 feet, to the east line of said State Highway #285; thence along the east line of said highway in a northward direction to the point of beginning, containing ten acres, more or less, LESS AND EXCEPT a parcel of land described as follows: From the intersection of the east right-of-way line of State Highway #285 with the north line of said NE 1/4, run southwardly along said right-of-way line a distance of 25 feet to the point of beginning of said exception; thence continue along said east right-of-way line a distance of 100 feet; thence east 435 feet; thence northwardly 100 feet, parallel with said east right-of-way line; thence west 435 feet to the point of beginning of said exception, said exception containing one acre, more or less, and leaving nine acres, more or less, hereby conveyed

Part of the N½ NE¼ of Section 10, Township 7 North, Range 14 West, more definitely described as beginning at a point 6.34 chains East and 3.17 chains North of the SW corner of said N½ NE¼ and run West 3.25 chains to the East boundary line of the Conway-Damascus Highway; thence Northward, with said highway, as follows: North 20 degrees East 5.00 chains; thence North 10.00 degrees East 8,50 chains thence North 6.00 degrees East 2 chains; thence North 5 degrees West 1.50 chains; thence North 13 degrees West 1175 chains to the North line of said Section 10, at a point 5.90 chains East of the NW corner of said N½ NE¼; thence East 35.30 chains to the NE corner of said N½ NE¼; thence South 20.00 chains; thence West 33.87 chains; thence North 3.17 chains to point of beginning, containing 70 acres, LESS AND EXCEPT the following described tract: BEgin at a point 368.61 feet East of the NW corner of the NE¼ of said Section 10, said point being on the East right of way of State Highway #285; thence East 764.68 feet; thence South 590.00 feet; thence West 771.08 feet to the East right of way of Highway 285; thence along said right of way to a point North 12 degrees 28 minutes 55 seconds East 194.60 feet; thence to a point North 3 degrees 40 minutes 13 seconds East 200.41 feet; thence to a point North 13 degrees 26 minutes 39 seconds West 205.63 feet to point of beginning, containing 10 acres in said exception, and leaving 60 acres, more or less; ALSO, the NW¼ NW¼ of Section 11, Township 7 North, Range 14 West 40 acres, more or less, containing in the aggregate 100 acres, more or less. This does not release nor satisfy in any way mortgage previously given mortgagee herein by mortgagor, filed and recorded in Mortgage Record Book 153, Page 34, in the office of the Circuit Clerk of Faulkner County, State of Arkansas, under date of 6-3-77. BUT IS IN ADDITION THERETO.

201617913
Page 3 of 5

An easement for roadway purposes over and across a part of the West 1/2 of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as beginning at the Southwest corner of the NW 1/4 of the NE 1/4 of said Section 32 and running thence north 19 feet; thence east 801.6 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point thereon which is 21 feet south of the south line of said NW 1/4 NE 1/4; thence west to a point on the west line of the SW 1/4 NE 1/4 of said Section 32 which is 21 feet south of the point of beginning; thence north to the point of beginning.

Also, an easement for roadway purposes over and across part of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as follows:  from a point which is 674 feet south and 453 feet east of the northwest corner of said SW 1/4 NE 1/4 run northwardly to a point which is 21 feet south and 467 feet east of the northwest corner of said SW 1/4 NE 1/4; thence east 40 feet; thence southwardly to a point which is 40 feet east to the point of beginning thence west 40 feet to the point of beginning.

Tract #1:
A part of the NW 1/4 NE 1/4 of Section 32, Township 5 North, Range 13 West, more particularly described as follows:  Begin at a point 322 feet east and 19 feet north of the SW corner of said NW 1/4 NE 1/4, Sec. 32, T5N, R13W, and run thence north 311 feet; thence east 155 feet; thence south 311 feet; thence west 155 feet to the point of beginning, containing 1.10 acres, more or less, Faulkner County, Arkansas.

Tract #2:
Part of the Northwest Quarter (NW 1/4) of the Northeast Quarter (NE 1/4) Section 32, Township 5 North, Range 13 West, described as beginning at a point which is 477 feet east and 19 feet north of the SW corner of said NW 1/4 NE 1/4 and running thence north; 311 feet; thence east 296 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point which is due east of the point of beginning; thence west 314.6 feet to the point of beginning, situated in Faulkner County, Arkansas.

And also:
An easement for roadway purposes over and across a part of the West 1/2 of the Northeast Quarter (NE 1/4) of Section 32, Township 5 North, Range 13 West, described as beginning at the Southwest corner of the NW 1/4 of the NE 1/4 of said Section 32 and running thence north 19 feet; thence east 801.6 feet to the west right of way line of Interstate Highway No. 40; thence southwardly along the west right of way line of Interstate Highway No. 40 to a point thereon which is 21 feet south of the south line of said NW 1/4 NE 1/4; thence west to a point on the west line of the SW 1/4 NE 1/4 of said section 32 which is 21 feet south of the point of beginning; thence north to the point of beginning, situated in Faulkner County, Arkansas.

201617913
Page 4 of 5

Part of the NE 1/4 of Section 10, Township 7
North, Range 14 West, described as beginning at
a point 764.14 feet east of the northwest
corner of said NE 1/4, and continue thence east
369.15 feet; thence south 590 feet; thence west
369.15 feet; thence north 590 feet, to the
point of beginning, containing 5 acres, more or
less; and

Also, a 30-foot road easement described as
beginning at a point 764.14 feet east and 560
feet south of the northwest corner of the
NE 1/4 of Section 10, Township 7 North, Range
14 West; thence continue south 30 feet; thence
west 401.93 feet to the east right-of-way of
State Highway #205; thence along said
right-of-way to a point north 12 degrees 28
minutes 55 seconds east 30.72 feet; thence east
375.29 feet to the point of beginning;

201617913
Page 5 of 5

## ACKNOWLEDGMENT

STATE OF ARKANSAS      )
                       )      ss
COUNTY OF FAULKNER  )

On this day before me, a Notary Public, duly commissioned and acting, came, David Eugene Hargrove, to me well known as the Grantor in the foregoing deed, and stated that he executed the same for consideration, uses and purposes therein mentioned and set forth.

And Grantor declared that he of his own free will, executed said instrument therein for the consideration and purposes therein contained and set forth, without compulsion or undue influence.

WITNESS my hand and official seal this 20th day of October , 2016.

_____
Notary Public

My Commission Expires:

1/31/2021
(SEAL)

The undersigned hereby certifies under penalty of false swearing that the legally correct amount of documentary stamps has been placed on this instrument. Exempt or no consideration paid if none shown.

David Hargrove
Grantee or Grantee' Agent

486 Hwy 285 N
Grantee Street Address

Donuscus 72039
Grantee's City State and Zip Code



Faulkner County Title Company
8 Wilson Farm Road, Suite A
Greenbrier, AR 72058



CERTIFICATE of RECORD

Instrument #201700982
Real Estate Book
Deed
Filed: 01/19/2017 02:43 pm
Faulkner County, Arkansas
Crystal Taylor, Circuit Clerk
By: Liz Baumgartner, D.C.

3 Pages                    $25.00

## WARRANTY DEED
### MARRIED PERSONS

**KNOW ALL MEN BY THESE PRESENTS:**

THAT, **Jimmy Reynolds and wife, Verna Reynolds**, hereinafter called Grantors, for and in consideration of the sum of One and no one hundredths ($1.00) Dollars and other good and valuable consideration in hand paid by **David Hargrove and Ruby D. Hargrove, husband and wife**, the receipt of which is hereby acknowledged, do hereby grant, bargain sell and convey unto the said, **David Hargrove and Ruby D. Hargrove, husband and wife**, hereinafter called Grantees, and unto their heirs and assigns forever, the following lands lying in the County of Faulkner and State of Arkansas, to wit:

Part of the NW 1/4 SE 1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas more particularly described as follows:  Commencing at the Northwest corner of the NW 1/4 SE 1/4 at a found 1/2" rebar (APLS #1243); thence along the West line of said NW 1/4 SE 1/4 South 01 degrees 42 minutes 20 seconds West 464.96 feet to the point of beginning; thence leaving said West line South 89 degrees 36 minutes 42 seconds East 675.76 feet to a set 1/2" rebar (APLS #1243); thence North 01 degrees 42 minutes 47 seconds East 437.81 feet to a set 1/2" rebar (APLS #1243) on the North line of said NW 1/4 SE 1/4; thence along said North line South 87 degrees 18 minutes 33 seconds East 645.21 feet to a found 2" pipe at the Northeast corner of said NW 1/4 SE 1/4; thence leaving said North line along the East line of said NW 1/4 SE 1/4 South 01 degrees 42 minutes 47 seconds West 678.23 feet to a found 1/2" rebar (APLS #1243); thence leaving said East line North 89 degrees 36 minutes 28 seconds West 1320.77 feet to the West line of said NW 1/4 SE 1/4; thence along said West line North 01 degrees 42 minutes 20 seconds East 266.49 feet to the point of beginning, containing 14.37 acres more or less.

To have and to hold the same unto the said Grantees and unto their heirs and assigns forever, with all appurtenances thereunto belonging.

And we hereby covenant with said Grantees that we will forever warrant and defend the title to said lands against all lawful claims whatever, subject to existing easements, building lines, restrictions and assessments of record, if any.  No warranty or representation is made as to any mineral interest on the aforementioned property.

AND we, Jimmy Reynolds and wife, Verna Reynolds, for the consideration recited herein, do hereby release and relinquish unto the said Grantees all our rights of curtesy and dower and homestead in and to the said lands.

Prepared under the supervision of
James R. Pender
Attorney At Law
415 N. McKinley Street, Ste 1200
Little Rock, AR 72205

File No.: 107-170001-BL                                                    Page 1 of 2

201700982
Page 2 of 3

WITNESS our hands and seals on this 18th day of January, 2017.

Jimmy Reynolds

Verna Reynolds

## ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting, Jimmy Reynolds and wife, Verna Reynolds, to me well known as the Grantors in the foregoing Deed and stated that they had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal as such notary public this 18th day of January, 2017.

Barbara Lorenz, Notary Public

My commission expires:  March 23, 2022

BARBARA CARNES LORENZ
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 03-23-2022
Commission # 12366760

File No.: 107-170001-BL

Page 2 of 2



**STATE OF ARKANSAS
DEPARTMENT OF FINANCE AND ADMINISTRATION
MISCELLANEOUS TAX SECTION
P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

```
201700982
Page 3 of 3
```

## Real Estate Transfer Tax Stamp
### Proof of Tax Paid

File Number: 107-170001-BL



| | |
|---|---|
| **Grantee:** **Mailing Address:** | DAVID HARGROVE AND RUBY D. HARGROVE 486 HWY 285 N DAMASCUS AR 720390000 |
| **Grantor:** **Mailing Address:** | JIMMY REYNOLDS AND VERNA REYNOLDS PO BOX 232 GREENBRIER AR 720580000 |

| | |
|---|---|
| **Property Purchase Price:** | $100,000.00 |
| **Tax Amount:** | $330.00 |
| **County:** | FAULKNER |
| **Date Issued:** | 01/18/2017 |
| **Stamp ID:** | 160206848 |

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): David + Ruby D. Hargrove

Grantee or Agent Name (signature): Lesley Dixon/Faulkner Co Title Date: 1/18/17

Address: 486 Hwy 285 N.

City/State/Zip: Damascus, AR 72039

THIS INSTRUMENT
PREPARED BY:
BEN CARUTH #81030
GORDON, CARUTH & VIRDEN, PLC
P.O. BOX 558
MORRILTON, ARKANSAS
501-354-0125



L201807160
CERTIFICATE OF RECORD
FAULKNER CO, AR FEE $20.00
RECORDED: 05-10-2018 01:34:50 PM
CRYSTAL TAYLOR
CIRCUIT CLERK
BY: DIANA VARNER, D.C.
DEED
2 Pages

## *QUITCLAIM DEED*
### *(Subject to: Grantor's reservation of life estate)*

KNOW ALL MEN BY THESE PRESENTS:

THAT, I, Rebecca Edwards, a single person, GRANTOR, for and in consideration of the

sum of Ten Dollars ($10.00), to me paid by Kimberly Alison Welter, Kelly Denise Tapley

and Rickey Carrell Joyner GRANTEES, do hereby grant, sell and quitclaim unto the said

GRANTEES and unto their heirs and assigns forever, the following lands lying in the County of

Faulkner and State of Arkansas, to-wit:

A part of the Southeast Quarter of the Northwest Quarter (SE 1/4 NW 1/4) of
Section Ten, (10) Township Seven (7) North, Range Fourteen (14) West, described
as beginning at a point which is 958.32 feet North of the Southeast Corner of said
Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) and run Thence West 315
feet; Thence North 210 feet; thence East 315 feet to the East line of said Southeast
Quarter Northwest Quarter; (SE 1/4 NW 1/4) Thence South along the East line of
said Southeast Quarter Northwest Quarter (SE 1/4 NW 1/4) 210 feet to the point of
beginning, containing 1½ acres more or less.

Subject, however, to all valid outstanding easements, rights of way, mineral leases,
mineral reservations and mineral conveyances of record.

SUBJECT TO: Grantor Rebecca Edwards reservation of a life estate.

TO HAVE AND TO HOLD the same unto the said GRANTEES and unto their heirs and

assigns forever, with all appurtenances thereunto belonging.

WITNESS our hands and seals on this 10ᵗʰ day of May, 2018.

*[signature: Rebecca Edwards]*

REBECCA EDWARDS

### ACKNOWLEDGMENT

STATE OF ARKANSAS )
) ss.
COUNTY OF _Faulkner_ )

BE IT REMEMBERED, That on this day came before me, the undersigned, a notary public within and for the county aforesaid, duly commissioned and acting, Rebecca Edwards, to me well known as the grantor in the foregoing Deed, and stated that she had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and seal as such Notary Public on this _10th_ day of
_May_, 2018.

*[signature: Donna Pruitt]*

Notary Public

My commission expires:
_3-4-2021_

*[notary seal: DONNA PRUITT / NOTARY PUBLIC / ARKANSAS / FAULKNER COUNTY / 12800714 EXPIRES 3-4-2021]*

I certify under penalty of false swearing that
at least the legally correct amount of documentary stamps
have been placed on this instrument:

*[signature: Rebecca Edwards]*

Grantee

Grantee Address:

_461 Hwy 285 N_

_Damascus, AR 72039_



Crystal Taylor
Circuit County Clerk and Registrar
724 Locust Street, Suite 102
Conway, AR 72034
501-450-4911

Faulkner County Transaction #:94649
Receipt #: 464171
Cashier Date: 5/10/2018 01:34:50 PM
(DVARNER)

Print Date:
5/10/2018 1:34:58 PM

| Customer Information | Transaction Information | Payment Summary |
|---|---|---|
| REBECCA EDWARDS 501-733-1296 | Date Received: 5/10/2018 | Total Fees: $20.00 |
| | | Total Payments: $20.00 |
| | Total Docs Received: 1 | |

| 1 Payments | |
|---|---|
| Cash | $20.00 |

| 1 Recorded Items | | |
|---|---|---|
| | Instrument #:L201807160  Date: 5/10/2018 01:34:50 PM | |
| | From: EDWARDS, REBECCA To: WELTER, KIMBERLY ALISON | |
| Recording Fee 1st Page @ $15.00 Additional Pages @ $5.00 | 2 | $20.00 |

Instrument# L202121353 Page 1 of 3

Warranty Deed - Married (Letter).rtf          1 of 3



CERTIFICATE OF RECORD
Faulkner County, AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202121353 3 Pages
10/12/2021  10:51:07 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

Please Return To:

Lenders Title Company
1301 Main Street
Conway AR, 72034
Phone: 501-327-6811
Fax: 501-329-4962

File Number: 21-030601-350

This deed form prepared under the supervision of:
J. Mark Spradley, Attorney at Law
1501 N. University, Suite 155
Little Rock, AR 72202

Transactional data completed by Lenders Title Company

Warranty Deed - Married Person (Letter).rtf

FOR RECORDER'S USE ONLY

# WARRANTY DEED
## (MARRIED PERSONS)

### KNOW ALL MEN BY THESE PRESENTS:

That, Shane G. Bradshaw and Emily S. West, husband and wife, Grantor(s), for and in consideration of the sum of —TEN AND 00/100— DOLLARS—($10.00)—and other good and valuable consideration in hand paid by Shane M. Markuson, an unmarried person, Grantee(s), the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto the Grantee(s), and unto his heirs and assigns forever, the following lands lying in the County of Faulkner and the State of Arkansas to-wit:

Part of the SE1/4 NW1/4 of Section 10, Township 7 North, Range 14 West, of the 5th Principal Meridian, Faulkner County, Arkansas, being more particularly described as follows:

Commencing at an iron for the Southwest corner of said SE1/4 NW1/4; thence along the South line thereof S87°30'18"E a distance of 824.21 feet to a 5/8 inch rebar with cap (PLS 1804) and the point of beginning; thence leaving said South line N01°42'59"E a distance of 742.95 feet to a 1/2 inch rebar being a fence; thence along said fence S87°24'22"E a distance of 164.49 feet to a nail set in a fence corner; thence leaving said fence S04°01'32"W a distance of 63.45 feet to a 5/8 inch rebar with cap (PLS 1804); thence S86°53'49"E a distance of 286.62 feet to a 5/8 inch rebar with cap (PLS 1804) being on the Westerly right of way of Arkansas State Highway #285; thence along said right of way S02°55'24"W a distance of 676.14 feet to a 2 inch pipe fence corner; thence leaving said right of way N87°30'18"W a distance of 434.24 feet to the point of beginning.

Instrument# L202121353 Page 2 of 3

Subject to any recorded:  assessments, building lines, easements, mineral reservations and/or conveyances, and restrictions, if any.

TO HAVE AND TO HOLD the above described lands unto the Grantee(s) and unto his heirs and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

And the Grantor(s) hereby covenant with the Grantee(s) that they will forever warrant and defend the title to the above described lands against all claims whatsoever.

And we, Shane G. Bradshaw and Emily S. West, husband and wife,  for the consideration recited herein, do hereby release and relinquish unto the Grantee(s) and unto his heirs and assigns, all of our right of dower, curtesy, and homestead in and to said lands.

WITNESS our hand(s) and seal(s) on this 8th day of October, 2021.

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument. Exempt or no consideration paid if none shown.
GRANTEE OR AGENT:

Shane M. Markuson

GRANTEE'S ADDRESS:   206 Hwy 225 East
Greenbrier, AR 72058

_____
Shane G. Bradshaw

_____
Emily S. West

ACKNOWLEDGMENT

STATE OF ARKANSAS        )
                         )  SS.
COUNTY OF FAULKNER       )

BE IT REMEMBERED, that on this day came before me, the undersigned, a notary public within and for the County and State aforesaid, duly commissioned and acting, Shane G. Bradshaw and Emily S. West, husband and wife, to me well known as (or satisfactorily proven to be) the persons whose names are subscribed to the foregoing instrument and acknowledged that they had executed the same for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 8th day of October, 2021.

_____
Notary Public

My commission Expires:

APRIL MATHES
Notary Public - Arkansas
Faulkner County
My Commission Expires 09-18-2025
Commission # 12695496

Instrument# L202121353 Page 3 of 3



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

## Real Estate Transfer Tax Stamp

Proof of Tax Paid

File Number: 21-030601-350

**Grantee:**
**Mailing Address:**

SHANE M. MARKUSON
453 HWY 285 N
DAMASCUS AR 720390000

**Grantor:**
**Mailing Address:**

SHANE G. BRADSHAW AND EMILY S. WEST
P.O. BOX 57
ADONA AR 720010000

**Property Purchase Price:**        $290,000.00
**Tax Amount:**                              $957.00

**County:**                                      FAULKNER
**Date Issued:**                              10/11/2021
**Stamp ID:**                                 688744448

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): *Shane M. Markuson*

Grantee or Agent Name (signature): *Kaci Bradley*        Date: *10/11/21*

Address: *453 Hwy 285 N*

City/State/Zip: *Damascus, AR 72039*

Instrument# L202103941 Page 1 of 3

107- 210020-BL



Faulkner County Title Company
8 Wilson Farm Road, Suite A
Greenbrier, AR 72058

CERTIFICATE OF RECORD
Faulkner County, AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202103941 3 Pages
03/02/2021  08:10:16 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

## WARRANTY DEED
### MARRIED PERSON

KNOW ALL MEN BY THESE PRESENTS:

THAT, **Heath Sigrist, a married person** hereinafter called Grantor, for and in consideration of the sum of One and no one hundredths ($1.00) Dollars and other good and valuable consideration in hand paid by **Danny George Lane, an unmarried man** the receipt of which is hereby acknowledged, does hereby grant, bargain sell and convey unto the said, **Danny George Lane, an unmarried man** hereinafter called Grantee, and unto his heirs and assigns forever, the following lands lying in the County of Faulkner and State of Arkansas, to wit:

Part of the NW1/4 of the SE1/4 of Section 10, T7N, R14W, Faulkner County, Arkansas, more particularly described as follows: Commencing at the Southwest corner of the NW1/4 SE/4 Section 10, at a found 1/2" rebar (APLS#1243); thence along the West line , N01°41'58" East 269.06 feet to a set 1/2" rebar (APLS#1243) being the point of beginning; thence N01°41'58" East 285.08 feet to a set 1/2" rebar (APLS#1243); thence S89°32'15" East 305.60 feet to a set 1/2" rebar (APLS#1243); thence S01°41'58" West 285.08 feet to a set 1/2" rebar (APLS#1243);  thence N89°32'15" West 305.60 feet to a set 1/2" rebar (APLS#1243) to the point of beginning

To have and to hold the same unto the said Grantee and unto his heirs and assigns forever, with all appurtenances thereunto belonging.

And I hereby covenant with said Grantee that I will forever warrant and defend the title to said lands against all lawful claims whatever, subject to existing easements, building lines, restrictions and assessments of record, if any.  No warranty or representation is made as to any mineral interest on the aforementioned property.

AND I, Kandace Sigrist, wife of the said Heath Sigrist a married person for the consideration recited herein, do hereby release and relinquish unto the said Grantee all my rights of dower and homestead in and to the said lands.

Prepared under the supervision of
James R. Pender
Attorney At Law
415 N. McKinley Street, Ste 1200
Little Rock, AR 72205

File No.: 107-210020-BL

Instrument# L202103941 Page 2 of 3

WITNESS our hands and seal on this 26th day of February, 2021.

_____
Heath Sigrist

_____
Kandace Sigrist

## ACKNOWLEDGMENT

STATE OF ARKANSAS
COUNTY OF FAULKNER

BE IT REMEMBERED, That on this day came before the undersigned, a Notary Public within and for the County aforesaid, duly commissioned and acting, **Heath Sigrist, a married person,** to me well known as the Grantor in the foregoing Deed and stated that he had executed the same for the consideration, uses and purposes therein mentioned and set forth.

And on the same day voluntarily appeared before me the said **Kandace Sigrist, wife of the said Heath Sigrist a married person** to me well known as the Grantor in the foregoing Deed and stated that she had executed the same for the consideration, uses and purposes therein mentioned and set forth.

WITNESS my hand and seal as such notary public this 26th day of February, 2021.

_____
Barbara Lorenz, Notary Public

My commission expires: March 23, 2022

```
BARBARA CARNES LORENZ
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 03-23-2022
Commission # 12386760
```

Instrument# L202103941 Page 3 of 3



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
MISCELLANEOUS TAX SECTION
P.O. BOX 896, LITTLE ROCK, AR 72203-0896

## Real Estate Transfer Tax Stamp
Proof of Tax Paid

File Number: 107-210020-BL

| | |
|---|---|
| **Grantee:** | DANNY GEORGE LANE |
| **Mailing Address:** | 426 HWY 285 NORTH |
| | CONWAY AR 720340000 |

| | |
|---|---|
| **Grantor:** | HEATH SIGRIST |
| **Mailing Address:** | 488 FIRESTATE ROAD |
| | DAMASCUS AR 720390000 |

| | |
|---|---|
| **Property Purchase Price:** | $148,000.00 |
| **Tax Amount:** | $488.40 |
| **County:** | FAULKNER |
| **Date Issued:** | 03/01/2021 |
| **Stamp ID:** | 668346368 |

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): _Tonia Jones_

Grantee or Agent Name (signature): _Tonia Jones_   Date: _3/1/2021_

Address: _426 Hwy 285 North_

City/State/Zip: _Conway AR 72034_

Instrument# L202217810 Page 1 of 3

Type of Instrument: Quit Claim Deed
Grantor: Newrays, Inc., a Delaware Corporation
Grantee: NEWRAYS ONE, LLC, an Arkansas Limited Liability Company

CERTIFICATE OF RECORD
Faulkner County, AR Fee $25.00
I hereby certify that this instrument was
Filed and Recorded in the Official Records
In Doc Num L202217810 3 Pages
10/05/2022  08:26:57 AM
Crystal Taylor
Faulkner County Circuit Clerk
BY: DVARNER D.C.
DEED

This Instrument Was Prepared
Without Title Search or Survey By:
Rippy Law Firm
1237 Front Street
Conway, AR 72032

After Recording Return To:
Rippy Law Firm
1237 Front Street
Conway, AR 72032

## QUITCLAIM DEED

### KNOW ALL PERSONS BY THESE PRESENTS:

**THAT I,** Newrays, Inc., a Delaware Corporation, hereinafter known as GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid by NEWRAYS ONE, LLC, an Arkansas Limited Liability Company, hereinafter known as GRANTEE, the receipt of which is hereby acknowledged, do hereby grant, sell, quitclaim and release any and all interest in our right, title, equity and estate unto said Grantee and unto its heirs and assigns forever, in and to the following described lands situated in Faulkner, State of Arkansas, to-wit:

### PLEASE SEE EXHIBIT "A"

To have and to hold unto Grantee, and unto its heirs and assigns forever, with all tenements, appurtenances and hereditaments thereunto belonging.

**In Witness Whereof,** We have hereunto set our hands this 4th day of October, 2022.



EXHIBIT
B

Yizheng Wang, Member of Newrays, Inc
& Grantor

## ACKNOWLEDGMENT

STATE OF ARKANSAS   )
                     )   ss
COUNTY OF FAULKNER  )

On this day before me, a Notary Public, duly commissioned and acting, came, Yizheng Wang, to me well known as the Grantor in the foregoing deed, and stated that he executed the same for consideration, uses and purposes therein mentioned and set forth.

And Grantor declared that he, of his own free will, executed said instrument therein for the consideration and purposes therein contained and set forth, without compulsion or undue influence.

WITNESS my hand and official seal this 4th day of October, 2022.

Notary Public

My Commission Expires: 1/31/2031

(SEAL)

The undersigned hereby certifies under penalty of false swearing that the legally correct amount of documentary stamps has been placed on this instrument. Exempt or no consideration paid if none shown.

Chris Rippy Grantee's Agent
Grantees or Grantees' Agent

4168 Arden Dr., El Monte, CA 91731
Grantee's Address

CHRIS RIPPY
Notary Public-Arkansas
Faulkner County
My Commission Expires 01-31-2031
Commission # 12380648

## EXHIBIT "A"

Part of the N ½ SW ¼ of Section 10,T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northwest corner of said N ½ SW ¼; thence along the West line of said N ½ SW ¼ South 00 degrees 09 minutes 36 seconds West 327.82 feet to the point of beginning; thence leaving said West line South 88 degrees 36 minutes 56 seconds East 2637.10 feet to the East line of said N ½ SW ¼; thence along said East line South 00 degrees 31 minutes 28 seconds West 330.14 feet; thence leaving the East line North 88 degrees 33 minutes 52 seconds West 2635.05 feet to the West line of said N ½ SW ¼; thence along said West line North 00 degrees 09 minutes 36 seconds East 327.82 feet to the point of beginning, Subject to all roadways, easement and reservations that are of record or physically in place.

ALSO a part of the NE ¼ SW ¼ of Section 10, T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northeast corner of said NE ¼ SW ¼; thence along the East line of said NE ¼ SW ¼ South 00 degrees 31 minutes 28 seconds West 319.59 feet to the point of beginning; thence continue along said East line South 00 degrees 31 minutes 28 seconds West 10.54 feet; thence leaving said East line North 88 degrees 36 minutes 56 seconds West 537.23 feet; thence North 79 degrees 29 minutes 13 seconds East 51.14 feet; thence South 88 degrees 36 minutes 56 seconds East 487.03 feet to the point of beginning.

LESS AND EXCEPT a part of the NE ¼ SW ¼ of Section 10, T7N, R14W, Faulkner County, Arkansas; more particularly described as beginning at the Northeast corner of said NE ¼ SW ¼; thence along the East line of said NE ¼ SW ¼ South 00 degrees 31 minutes 28 seconds West 330.13 feet; thence leaving said East line North 88 degrees 36 minutes 56 seconds West 537.23 feet to the point of beginning; thence South 79 degrees 29 minutes 13 seconds West 234.92 feet; thence North 10 degrees 32 minutes 52 seconds East 49.06 feet; thence South 88 degrees 36 minutes 56 seconds East 222.07 feet to the point of beginning.

RESERVING UNTO GRANTOR ALL OIL, GAS & MINERAL RIGHTS IN, ON & UNDER SAID LANDS.

# UNITED STATED DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS

**GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE**                                          **PLAINTIFFS**

**VS.**                             **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                    **DEFENDANTS**

### AFFIDAVIT OF SEPARATE PLAINTIFF
### GLADYS ANDERSON

I, GLADYS ANDERSON, state the following under oath:

1.     I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.     I have been to the doctor several times over headaches and stress caused by the noise from the bitcoin mine. Nothing seems to help me. I never had blood pressure problems in the past.    But now every time it has been checked since bitcoin fired up it has been very high. I am struggling to sleep at night when it seems loudest. It can be heard inside of my house, my mother's apartment, and the shop.

3.     I am having ringing in my ears and can hear the noise when I am not at home. Almost like it is stuck in my head? Recently I went to the doctor over my ears bothering me. There was no fluid or infection but the canal was red and the doctor believes my ear is irritated due to the constant noise I experience. I am seeking further medical treatment with a specialist.

4.     I have also began trying different medications for anxiety and depression after the bitcoin mine began operation. It has not helped. I have become more paranoid and uncomfortable. I can not hear vehicles pulling in my driveway. I cannot hear the kids when they get out of my sight. The birds have stopped coming for food in the backyard, and the deer have stopped coming into the yard.

Page **1** of 3



5.      My mother, Geraldine Acree lives in the apartment on the property and has many health conditions as well as significant hearing loss. She needs hearing aids but can hear the noise from the bitcoin mine, even inside her apartment. She has started having chest pains and has had to undergo several tests and procedures for her heart since the noise started. The doctors have found no blockage or explanation for the pains she's having and suspect it could be due to the noise.

6.      My minor handicapped son F.A. is experiencing more meltdowns and more aggressive behavior since the noise started. School was still in session when it started and his behavior went downhill at school. He spends less time outside swinging or swimming due to the noise. When we are able to leave the home when we return my son has serious meltdowns lasting hours, hitting himself, holding his ears and crying. He will refuse to get out of the car screaming "bye bye."

7.      My minor son K.A. has never had a headache before this started. Has had 3 now that he has complained about.

8.      I listed acreage behind my house in April a couple weeks before noise started. There were interested buyers in the beginning but since the noise has started there has been no interest

9.      Attached as Exhibit A.1-Exhibit A.5 are videos depicting the noise levels at my house from May 2, 2023 through the present day.   I personally took these videos and they accurately depict the noise levels.   Attached as Exhibit A.6 are my notes depicting the noise levels from the crypto facility and when it was shut down.   Attached as Exhibit A.7 are medical records of my minor son F.A. depicting medical problems due to the crypto facility noise.

10.     The noise from the bitcoin mine has severely impacted my family and the value of my property.

FURTHER AFFIANT SAYETH NOT.

GLADYS ANDERSON

ACKNOWLEDGMENT

STATE OF _Arkansas_
COUNTY OF _Faulkner_

BE IT REMEMBERED, That on this _10_ day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **GLADYS ANDERSON**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

_____
Notary Public

(Seal)
My commission expires:

_May 3, 2030_____

Page **3** of **3**

## Bitcoin dB readings                    *Shut down

| 5/7  | 71 | (62-86) | 4:30pm  |
|------|----|---------|---------|
| 5/8  | 76 | (62-79) | 10:00pm |
| 5/9  | 81 | (43-95) | 8am     |
| 5/9  | 70 | (65-78) | 8:30pm  |
| 5/10 | 87 | (78-87) | 8:41am  |
| 5/10 | 73 | (46-73) | 8:42pm  |
| 5/11 | 70 | (47-94) | 9:47am  |
| 5/12 | 69 | (62-72) | 6:00pm  |
| 5/14 | 72-75 |      | 9:35pm  |
| 5/20 | 69-75 |      | 8:13am  |
| 5/22 | 50-66 |      | 6:32pm  |
| 5/23 | 53-60 |      | 12:34am |

5/11 11am —
5/12 some time
      before noon

5/9 down
     5 hours

## After ordinance signed

| 7/12 | 69-95 | 8:45pm |
|------|-------|--------|
| 7/19 | 68-73 | 9:30pm |
| 7/27 | 71-80 | 8:19 pm |

## New Reader (not app)

| 7/28 | 63.7 | 3:40pm |

8/1 66 (pauls reader)

## Shanes

| 7/24 | 12:42am | 74.4 | June 13    83 |
|------|---------|------|---------------|
| 7/26 | 11:06 pm | 68.8 | 5:30 pm |
| 7/27 | 8:24pm  | 66.4 | |
| 8/8  | 1:25 pm | 62-63 | |

EXHIBIT
A6
PENGAD 800-631-6989

UAMS Enterprise Fax  7/27 '2023 10:48:55 AM  PAGE  2/005  Fax Server

| A███ F███ (MRN ███ | Encounter Date: 07/13/2023 |
|---|---|
| A███ F███ | MRN:███ |

| Fussell, Jill, MD | Progress Notes | Encounter Date: 7/13/2023 |
|---|---|---|
| Physician | Signed | Creation Time: 7/13/2023 10:12 AM |
| Specialty: Developmental - Behavioral Pediatrics | | |

Patient: F███ A███
Documented: 7/13/2023 1:43 PM
Location: DDC Dennis Developmental Center
Patient MRN#: ███
DOB: ███/2009

## Reason for Visit
The patient is a 13 y.o. 9 m.o. male who presents for a telemedicine visit
today for a follow-up visit..
Accompanied By/Informants: mother
The patient was seen today for a follow-up visit for Attention Deficit/Hyperactivity Disorder (ADHD) and Hyperkinesis.
Patient was last seen on 2/23/23.

Because of COVID-19 pandemic, we are holding some follow up appointments via telemedicine, to maximize social distancing. This visit was held via audio and video connection.Vverbal consent obtained. Patient was at his primary place of residence during this visit, and I was at the Dennis Developmental Center.

## Interim Developmental and Behavioral History:
He has been sleeping well most nights currently. The family is experiencing unusual stressors related to the establishment of a Bitcoin mining facility on May 2, 2023. The noise is extremely loud and constant, 24//7 (I was able to hear this during this telemed visit). She describes involvement of local government and local new outlets. She reports the "JP" in her area is intending to submit a noise ordinance to limit decibel level to 60, and tells me that the current noise is at 70-80 decibels. F██ is more aggressive and irritable, since this miming facility became active.

## Problem List/Past Medical
Patient Active Problem List
Diagnosis

- Autism spectrum
- Hyperkinetic syndrome

Please see prior reports from our clinic, most recently dated 2/23/23, for detailed past medical history. There is no reported history of chronic or recurrent medical problems, and he has been medically healthy in the interim, since the last visit with me, except that he currently has a "knot" on his inner thigh that will be evaluated by the PCP at an appt this afternoon.

## Medication History
Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cetirizine (ZYRTEC) 5 MG chew tab | Take 5 mg by mouth daily. using prn | | |
| • hydrOXYzine (ATARAX) 25 MG tablet | Take one tablet (25 mg total) by mouth 2 | 60 tablet | 1 |

A███, F███ (MRN ███) Printed by Chapman, Yosha A [44824] at 7/27/2023 10:48 AM
Page 1 of 4

EXHIBIT
A7
PENGAD 800-631-6989

A███ F███ (MRN ███)                        Encounter Date: 07/13/2023

|  | | (two) times a day as needed for anxiety. |
| • melatonin (CIRCADIN) 3 mg Tab | | Take 3 mg by mouth at bedtime. taking prn |

No current facility-administered medications for this visit.

We initiated a trial of Hydroxyzine at the Feb 2023 visit, to target some behavioral outbursts with associated physiological symptoms we suspected might be attributed to anxiety. but mother reports this was not effective (and possibly associated with increase in hyperkinesis), so it was discontinued.

**Family History**
Family history reviewed, and no significant changes reported.

**Social History**
He lives in Greenbriar, AR with mother and brother. Parents have been in the process of divorcing for quite some time, and mother reports today that the divorce is now final. F███ father is not currently seeing F███ regularly, in supervised visitation, but did visit with the boys twice recently.

**School History**
He attends Greenbriar Middle School, in self-contained special education classroom placement. He also receives speech-language and occupational therapies.

**Review of Systems**
Other than what is documented elsewhere, comprehensive review of systems is otherwise negative.

**Vitals**
Ht 1.651 m (5' 5") | Wt (P) 75.3 kg (166 lb) | BMI (P) 27.62 kg/m²
63 %ile (Z= 0.32) based on CDC (Boys, 2-20 Years) Stature-for-age data based on Stature recorded on 7/13/2023.
(Pended) 97 %ile (Z= 1.87) based on CDC (Boys, 2-20 Years) weight-for-age data using vitals from 7/13/2023.
(Pended) 97 %ile (Z= 1.87) based on CDC (Boys, 2-20 Years) BMI-for-age based on BMI available as of 7/13/2023.

**Physical Exam**
Because this was a telemedicine visit, comprehensive exam was not possible. He was visible during the visit, in no acute distress, well-hydrated, well-nourished.

**ICD Diagnosis:**

|  |  | ICD-10-CM | ICD-9-CM |  |
| --- | --- | --- | --- | --- |
| 1. | Autism spectrum | F84.0 | 299.00 | DDC Follow Up - With MD/APRN |
| 2. | Hyperkinetic syndrome | F90.9 | 314.9 | DDC Follow Up - With MD/APRN |
| 3. | Disruptive behavior disorder | F91.9 | 312.9 | DDC Follow Up - With MD/APRN |

Prior trials of a stimulant medication associated with side effects, an trial of guanfacine not notably effective. Trial of hydroxyzine most recently to target behavioral outbursts (presuming it might have had an anxiety component was also not reportedly helpful, so it was also discontinued. I had advised mother to seek child psychiatry consultation and, given the family lives in Conway/Greenbriar, I had tried to provide a few

 

 (MRN ████████)                                    Encounter Date: 07/13/2023

suggestions, but mother reports she cannot get a call back.

**PLAN**
Counseled regarding current developmental status, and plan as outlined below.

Counseled regarding medication options, anticipated positive effects, and possible side effects, and answered related questions. We decided to not initiate additional medication trials, and it is pretty clear that current escalations of aggression and irritability are associated with constant noise from bit coin mining facility (F reportedly covers his ears and whimpers as the family pulls into the driveway). I did again discuss pursuing child psychiatry consultation, and also advised mother to check with PCP for recommendations, and a PCP referral may also be necessary.

Continue current placement and services.

I spent 35 minutes on this date in review of records, interview of patient and family, clinical observations, examination of patient, dispensing prescriptions, counseling and coordination of care, and/or documentation in the electronic medical record.

**Jill Fussell, MD**

Electronically signed by Fussell, Jill, MD at 7/13/2023 3:36 PM

Telemedicine on 7/13/2023

Note shared with patient

**Additional Documentation**

| Vitals: | Ht 1.651 m (5' 5")<br>Wt 75.3 kg (166 lb)(P)<br>BMI 27.62 kg/m²(P)<br>BSA 1.86 m²(P) |
|---|---|
| Flowsheets: | WCC-Vitals,<br>Oncology Vitals,<br>NUTRITION: Energy Needs,<br>NUTRITION: Anthropometrics,<br>NUTRITION: Anthropometrics,<br>Vital Signs,<br>Nutrition Screen,<br>Start/Stop/Units |

**Orders Placed**
DDC Follow Up - With MD/APRN

**Other Orders Performed**
DDC Follow Up - With MD/APRN

**Medication Changes** As of 7/13/2023 10:12 AM
None

 (MRN ████████) Printed by Chapman, Yosha A [44824] at 7/27/2023          Page 3 of 4
10:48 AM

A█████, F█████ (MRN█████)                                          Encounter Date: 07/13/2023
**Medication Changes (continued)** As of 7/13/2023 10:12 AM

**Visit Diagnoses**
  Autism spectrum F84.0
  Hyperkinetic syndrome F90.9
  Disruptive behavior disorder F91.9

UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

**GLADYS ANDERSON, SCOTT ANDERSON,**
**NANCY DICKERSON, TREVA BRANSCUM,**
**SCOTT LOVELADY, LAVENE LOVELADY,**
**MICKEY MCMILLEN, TAMMY MCMILLEN,**
**SHERRY NEWTON, BRYAN STIRES, JAMIE**
**STIRES TOMMY KIRKPATRICK, RYAN**
**LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,**
**DAYID HARGROVE, DIANNE HARGROVE,**
**REBECCA EDWARDS, RICKEY CARRELL JOYNER,**
**KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,**
**DANNY LANE**                                                    **PLAINTIFFS**

**VS.**                                        **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                   **DEFENDANTS**

<u>**AFFIDAVIT OF SEPARATE PLAINTIFF**</u>
<u>**SHANE MARKUSON**</u>

I, **SHANE MARKUSON**, state the following under oath:

1.     I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.     Things have changed in my life dramatically since May 13, 2023.   Since that day things have changed for me & my cattle.   The noise from the crypto mining that goes 24 hours a day 7 days a week has done that.   I can hear this noise in every room of my house.   Yes, its louder in some of the rooms.   I hate that this is happening.   I can no longer enjoy sitting on my porch, watch my cattle graze and hear their soft moos.   You can not even hear their moos at all.   I did not sign up for any of this noise crap.   The noise does not just affect me it also is having an effect on my livestock.   I had a new calf born on August 2, she was not due until the middle of September.   The mother also suffered during the birth.   The noise coming from the Bitcoin stressed her.   This is her second calf and her first calf had no issues at all during delivery.   The cattle no longer sleep in the front pasture. They have now moved to the back pasture to sleep.

3.     I had to go see the doctor about my blood pressure.   The doctor raised my blood pressure medicine.   I now have a constant ringing in my ear which will not go away that has me making

EXHIBIT
BB
PENGAD 800-631-6989

appointments with a doctor.    When I am not at home I still hear the noise that it makes in my ears.    It upsets me that I have to hear this noise.    I was not even given a chance to say yes or no to this.    I do not sleep at night because of all the stress this is causing.    I am up all hours of the night when I am not working the grave yard shift.    It goes the same way during the day when I should be in sleeping, I am up.    Now when I step out on my porch, I get nauseous because of this noise.

4.    I did not buy my house to live with all the noise.    I can say you won't really understand the problem until you hear it.    Sure, you can drive by & listen but you have to also understand this is constant. The decibel meter that I use has picked up readings on June 13th of 83 @ 8:30 pm, on July 24 had a reading of 74.4 at 12:28 p.m., on July 26 had a reading 68.8 @ 11:05pm, on July 27 had a reading 66.4 @ 8:23p.m.    My girlfriends Apple Watch went off in the garden telling us we were in a loud environment & needed to remove ourself.

5.    I did not ask for or was ask about any of this.    It is affecting everything in my life, from my cattle & even not being able to sell my house.    We already know it won't sell because of this mess.

6.    This has taken over every aspect of my life causing problems that were not ask for. Did a reading on August 9 and it was 64.4 decibels.    So the partial sound barrier of hay they put up has not worked.    Attached as Exhibit B.1-Exhibit B.3 are videos depicting the noise levels at my house from May 13, 2023 through present.    I personally took these videos and they accurately depict the noise levels.    Attached as Exhibit B.4-B.6 are pictures I took measuring and documenting the noise levels on my property of the crypto facility.

FURTHER AFFIANT SAYETH NOT.

*Shane Markuson*

**SHANE MARKUSON**

ACKNOWLEDGMENT

STATE OF _ARKANSAS_
COUNTY OF _Faulkner_

BE IT REMEMBERED, That on this _10_ day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **SHANE MARKUSON**, to me well known, and acknowledged that he executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

_Nina Branscum_
Notary Public

(Seal)
My commission expires:

_May 3, 2028_



EXHIBIT
B4



EXHIBIT

BS

PENGAD 800-631-6989



EXHIBIT
B6

UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

**GLADYS ANDERSON, SCOTT ANDERSON,**
**NANCY DICKERSON, TREVA BRANSCUM,**
**SCOTT LOVELADY, LAVENE LOVELADY,**
**MICKEY MCMILLEN, TAMMY MCMILLEN,**
**SHERRY NEWTON, BRYAN STIRES, JAMIE**
**STIRES TOMMY KIRKPATRICK, RYAN**
**LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,**
**DAYID HARGROVE, DIANNE HARGROVE,**
**REBECCA EDWARDS, RICKEY CARRELL JOYNER,**
**KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,**
**DANNY LANE**                                                 **PLAINTIFFS**

**VS.**                                    **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                  **DEFENDANTS**

### AFFIDAVIT OF SEPARATE PLAINTIFF
### NANCY DICKERSON

I, NANCY DICKERSON, state the following under oath:

1.     I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.     This crypto mine has disrupted my life from the first meeting that the Quorum Court had in April.   I have attended every meeting that Faulkner County Court and Public Safety Committee had. I attended every meeting at Vilonia Planning and Zoning and Quorum Court in Faulkner County and in Vilonia.   It has caused me to spend time driving back and forth, researching and sharing info, time that I could have been doing something else.

3.     The noise from the crypto mine bothers me morning and night.   It bothers me in the garden or in the yard. It has caused me a lot of stress 24/7 and I have an appointment with my doctor to talk about my hearing.   I have constant ringing in my ears, it never stops.   I feel like I may have possibly had a mild heart problem by the back, neck and jaw pain a few days back.

4.     I have lived here all my life.   This land is family land that my parents and grandparents worked for and bought.   I own 160 acres here and another 125 acres at Twin Groves on the Cadron Creek.   This land is valuable and I fully believe this crypto mine has negatively affected the property

Page 1 of 2

EXHIBIT
C

PENGAD 800-631-6989

values.   I certainly know I would not want to move here and listen to this mess.   I believe if I try to sell my house the value would be affected.

5.      This mine is also a moral issue for me, that a company can come here to a residential area and put in an industrial site with no consideration for its neighbors or their lives or property.

6.      The 13-year-old autistic child lives the closest.   His mom is suffering.   He is suffering. Her mom who lives with her is also suffering.   It needs to stop as soon as possible.   It is also frustrating that we have to spend money just to get back to where we were before the crypto mine started making its noise.

FURTHER AFFIANT SAYETH NOT.

*Nancy Dickerson*
**NANCY DICKERSON**

ACKNOWLEDGMENT

STATE OF *Arkansas*
COUNTY OF *Faulkner*

BE IT REMEMBERED, That on this 10 day of *August*, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **NANCY DICKERSON**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document.

*Treva Branscum*
Notary Public

(Seal)
My commission expires:

*May 3, 2030*

Page **2** of **2**

UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE                                                    PLAINTIFFS

VS.                                    4:23-CV-685-LPR

NEWRAYS ONE, LLC                                             DEFENDANTS

AFFIDAVIT OF SEPARATE PLAINTIFF
TREVA BRANSCUM

I, TREVA BRANSCUM, state the following under oath:

1.      I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am
a plaintiff in the above-captioned case.

2.      The noise from the mining facility is able to be heard at my house. I can hear it in the
house on the side closest to the crypto mine. It is annoying and obnoxious. My time outside was
usually very pleasant sitting on my swing or working in the yard. Now that the crypto mine is in
operation, I am constantly annoyed by the irritating hum/whine of motors. Somedays it is louder than
others and on rare occasions when it has been silent it I think I can still hear it until I have to walk around
several minutes to decide if it is really quiet. I have noticed that I have fewer hummingbirds this year,
and deer are not as plentiful.

3.      As far as value of my property I am fearful of the decrease its value. My husband and I
worked very hard to build what I still consider my forever home in a peaceful rural area with neighbors
who were respectful of our property. The noise from the crypto mine changes that. I am also
concerned for the safety of our community because of the effects this facility and its noise will have in
the long term.

Page **1** of **2**

EXHIBIT

D

FURTHER AFFIANT SAYETH NOT.

TREVA BRANSCUM

ACKNOWLEDGMENT

STATE OF Arkansas
COUNTY OF Faulkner

BE IT REMEMBERED, That on this 11 day of July_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **TREVA BRANSCUM**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

Notary Public

(Seal)
My commission expires:

9-2-2032

Page **2** of **2**

### UNITED STATED DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF ARKANSAS

**GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE**                                         **PLAINTIFFS**

**VS.**                              **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                **DEFENDANTS**

### AFFIDAVIT OF SEPARATE PLAINTIFFS
### SCOTT LOVELADY AND LAVEANE LOVELADY

We, SCOTT LOVELADY and LAVEANE LOVELADY, state the following under oath:

1.      We are competent adult residents and citizens of Bono, Faulkner County, Arkansas, and are plaintiffs in the above-captioned case.

2.      We own property in the Bono Community where the crypto mining operation began in May 2023.   The constant squealing noise, 24/7 is very annoying.   When we are outside the noise interrupts our concentration.   The noise can be heard in the house when the TV is turned off and no fans are running.   We are worried the constant noise will cause health problems and ringing in our ears. We are incurring problems sleeping at night.

3.      Scott wakes up between 1:30 am and 2:00 am and cannot go back to sleep.   We are also concerned our blood pressure is being raised due to the circumstances.   Raised blood pressure increases the likelihood of a stroke, and other medical conditions too numerous to mention, further causing us concern.

4.      One of our neighbors has an autistic child, and the constant noise has greatly affected him.   This company's noise is not only causing medical issues but it is causing our property values to drop below market value.   No one wants to purchase a home where a constant noise is going on.   We

EXHIBIT
**E**
PENGAD 800-631-6989

moved out of town 30 years ago to get away from constant sounds.    The wildlife is going away, deer used to come into our yard but no more.    The hummingbirds are no longer coming to feed.

5.      The company has no respect for the homeowners in this area.    I believe these sorts of mines were banned in China for the issues we are experiencing.

WITNESS my hand and seal on this  11th  day of  August  , 2023.


_____
**SCOTT LOVELADY**

_____
**LAVEANE LOVELADY**


ACKNOWLEDGMENT

STATE OF Arkansas
COUNTY OF Faulkner

BE IT REMEMBERED, That on this  11  day of  August  , 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **SCOTT LOVELADY** and **LAVEANE LOVELADY**, to me well known, and acknowledged that they executed the foregoing document for the consideration and purposes therein mentioned and set forth and subscribed and sworn to that document before me.

_____
Notary Public

(Seal)
My commission expires:

_10/26/2026_____



**UNITED STATED DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE                                              **PLAINTIFFS**

**VS.**                                    **4:23-CV-685-LPR**

NEWRAYS ONE, LLC                              **DEFENDANTS**

**AFFIDAVIT OF SEPARATE PLAINTIFF**
**MICKEY McMILLEN**

I, MICKEY McMILLEN, state the following under oath:

1.      I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.      My entire life, I have lived on the same piece of property, which has been in the McMillen family for well over 100 years.   I have worked hard to safeguard and maintain the land, looking forward to the day that I could retire and spend more time raising cattle and growing crops.   After 35 years of service at Arkansas Best Freight, I retired two years ago and began to live out my dream.   That dream was cut short when the cryptocurrency mining center became operational.   Now every morning when I walk out to feed cattle and work in the garden, I am met with the same piercing noise.   It is still ringing in my ears at the close of each day, and it has begun to affect my hearing.   It is a constant annoyance that makes it impossible for me to enjoy the life I worked so hard for.   I can't even sit on my own front porch and have a conversation with my wife.

3.      For years I have watched the value of my 40-plus acres and the property in the surrounding Greenbrier and Wooster area skyrocket.   I was proud to think that I could leave something of great value to my own children.   But now that value has plummeted.   My land has without a doubt



lost much of its value to me and my family as a comfortable home where we can rest and relax: it has also lost value to potential buyers, should we choose to sell.

     FURTHER AFFIANT SAYETH NOT.

_____

**MICKEY McMILLEN**

## ACKNOWLEDGMENT

STATE OF _Arkansas_
COUNTY OF _Faulkner_

     BE IT REMEMBERED, That on this _10_ day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **MICKEY McMILLEN**, to me well known, and acknowledged that he executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

_____
Notary Public

(Seal)
My commission expires:

_May 3, 2030_

**UNITED STATED DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE                                                                          **PLAINTIFFS**

VS.                                            **4:23-CV-685-LPR**

NEWRAYS ONE, LLC                                                      **DEFENDANTS**

**AFFIDAVIT OF SEPARATE PLAINTIFF**
**TAMMY McMILLEN**

I, TAMMY McMILLEN, state the following under oath:

1.      I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.      Exposure to the continuous noise generated by the cryptocurrency data processing center is of great concern to me because I have Parkinson's disease.   Though my disease is incurable, my doctor has advised me about ways to manage the symptoms. One such way is to avoid stress; however, this is impossible due to my proximity to the continuous noise of the crypto mine.

3.      The crytpo mine is causing me to experience chronic stress.   Chronic stress can worsen my motor symptoms of Parkinson's, including poor balance, rigidity of muscles, uncontrolled movements, and tremor— and it can worsen non-motor symptoms, including anxiety and depression. Chronic stress can even lead to the acceleration of my disease progression.   Another way to manage my symptoms is to get regular exercise.   This is also more difficult to do because, to escape the noise, I must spend more time indoors. For these reasons, the crypto mine has diminished the quality of my life.

4.      My home has significantly diminished in value due to the continuous noise.

Page **1** of **2**



FURTHER AFFIANT SAYETH NOT.

*Tammy McMillen*

**TAMMY McMILLEN**


ACKNOWLEDGMENT

STATE OF *Arkansas*
COUNTY OF *Faulkner*

    BE IT REMEMBERED, That on this ___ day of _____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **TAMMY McMILLEN**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

*[Notary Seal]*

_____
Notary Public

(Seal)
My commission expires:

**UNITED STATED DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

**GLADYS ANDERSON, SCOTT ANDERSON,**
**NANCY DICKERSON, TREVA BRANSCUM,**
**SCOTT LOVELADY, LAVENE LOVELADY,**
**MICKEY MCMILLEN, TAMMY MCMILLEN,**
**SHERRY NEWTON, BRYAN STIRES, JAMIE**
**STIRES TOMMY KIRKPATRICK, RYAN**
**LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,**
**DAYID HARGROVE, DIANNE HARGROVE,**
**REBECCA EDWARDS, RICKEY CARRELL JOYNER,**
**KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,**
**DANNY LANE**                                               **PLAINTIFFS**

**VS.**                              **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                  **DEFENDANTS**

### AFFIDAVIT OF SEPARATE PLAINTIFFS
### BRYAN STIRES AND JAMIE STIRES

We, BRYAN STIRES and JAMIE STIRES, state the following under oath:

1.      We are competent adult resident and citizens of Bono, Faulkner County, Arkansas, and we are plaintiffs in the above-captioned case.

2.      We moved here to be away from busy towns and industrial facilities. We like to spend time outdoors and really enjoy using our porch and our pool. Since the start up of this "mining facility" we have no peaceful place outside to enjoy. The noise from the mining facility is able to be heard at our house.   The sound is constantly running.

3.      Even if we wanted to move away our property values will not be what they should be and there will be a loss if anyone would even agree to buying. We don't want to sell our home. We like it here. We like our community. We love our home. We don't like the noise.

4      Being outdoor persons we are aware of the resources available to us and our neighbors. We burn wood as our primary source of heat backed by our electric heater. We installed a propane tank and gas stove to reduce our electricity usage. We always conserve energy when asked. We often like to turn off the unit and just open the windows to enjoy the night air and the sounds outside. Now this is not tolerable due to the constant sound. Now through the freedom of information act we see this mine is

Page **1** of **3**



pulling valuable resources (water and power) from our community.    We want it gone however if this is not an option we want our peace and quiet returned. There are ways to alleviate the noise it just requires them to invest capital and reduce their impact on our community.

FURTHER AFFIANT SAYETH NOT.


**BRYAN STIRES**


**JAMIE STIRES**


ACKNOWLEDGMENT

STATE OF _Arkanas_
COUNTY OF _Faulker_

BE IT REMEMBERED, That on this _10_ day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **BRYAN STIRES**, to me well known, and acknowledged that he executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

(Seal)
My commission expires:

_____
Notary Public

_May 3, 2030_

ACKNOWLEDGMENT

STATE OF _Arkansas_
COUNTY OF _Faulkner_

BE IT REMEMBERED, That on this _10_ day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **JAMIE STIRES**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

_____
Notary Public

(Seal)
My commission expires

_May 3, 2030_____

UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

GLADYS ANDERSON, SCOTT ANDERSON,
NANCY DICKERSON, TREVA BRANSCUM,
SCOTT LOVELADY, LAVENE LOVELADY,
MICKEY MCMILLEN, TAMMY MCMILLEN,
SHERRY NEWTON, BRYAN STIRES, JAMIE
STIRES TOMMY KIRKPATRICK, RYAN
LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,
DAYID HARGROVE, DIANNE HARGROVE,
REBECCA EDWARDS, RICKEY CARRELL JOYNER,
KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,
DANNY LANE                                                    PLAINTIFFS

VS.                                    4:23-CV-685-LPR

NEWRAYS ONE, LLC                                               DEFENDANTS

AFFIDAVIT OF SEPARATE PLAINTIFF
REBECCA EDWARDS

I, REBECCA EDWARDS, state the following under oath:

1.      I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.      The Crypto Mining operation is located 1.8th mile from my house.   I can hear it day and night.   The noise is a nuisance and overrides the calm country atmosphere we live here to enjoy.   I no longer hear the doves cooing across the pastures.   I see the cattle moving around endlessly as if they are trying to find a calm place to graze.   The noise bothers me.

3.      I also experience anxiety and concern for my neighbors who live very near the site and the obnoxious noise it creates for them, especially Gladys Anderson's autistic son who is in constant panic trying to find a quiet place in his home.

4.      My two plus acres and my house has decreased substantially in value.   Who would want to purchase property near the noisy site?   Short answer: No one. I would compare it to purchasing property near a land fill where the odor is outrageous.

Page **1** of **2**



5.      The site is tied into the Entergy power supply station across the street. Since it has been in operation my electricity had been off twice in the recent month.    Previously it was never compromised.

FURTHER AFFIANT SAYETH NOT.

_Rebecca Edwards_

**REBECCA EDWARDS**

ACKNOWLEDGMENT

STATE OF _Arkansas_
COUNTY OF _Faulkner_

BE IT REMEMBERED, That on this  _11_  day of _August_____, 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **REBECCA EDWARDS**, to me well known, and acknowledged that she executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

_Silva Branscum_
Notary Public

(Seal)
My commission expires:

_May 3, 2030_

UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

**GLADYS ANDERSON, SCOTT ANDERSON,**
**NANCY DICKERSON, TREVA BRANSCUM,**
**SCOTT LOVELADY, LAVENE LOVELADY,**
**MICKEY MCMILLEN, TAMMY MCMILLEN,**
**SHERRY NEWTON, BRYAN STIRES, JAMIE**
**STIRES TOMMY KIRKPATRICK, RYAN**
**LOVELADY, ASHLEY LOVELADY, STAN MCMILLEN,**
**DAYID HARGROVE, DIANNE HARGROVE,**
**REBECCA EDWARDS, RICKEY CARRELL JOYNER,**
**KELLEY TAPLEY, KIM WELTER, SHANE MARKUSON,**
**DANNY LANE**                                                   **PLAINTIFFS**

**VS.**                                        **4:23-CV-685-LPR**

**NEWRAYS ONE, LLC**                                       **DEFENDANTS**

<u>**AFFIDAVIT OF SEPARATE PLAINTIFF**</u>
<u>**DANNY LANE**</u>

I, DANNY LANE, state the following under oath:

1.     I am a competent adult resident and citizen of Bono, Faulkner County, Arkansas, and am a plaintiff in the above-captioned case.

2.     I moved into my house for peace and quiet after a nasty divorce.   I can no longer enjoy sitting outside and or being outside.   The continuous noise from the crypto mine has ruined the peace and quiet for me and my neighbors.

3.     The continuous noise from the crypto mine It has made our lives intolerable.

4.     I have experienced more anxiety because of the noise along with mood swings.   I used to have deer move around my property all the time which I see no more. I have experienced a high level of tenseness from the noise and the number of people coming and going and guns being shown by security at the crypto mine.

5.     Selling my home and starting over is impossible.   I have financial restrictions due to being disabled and living on a fixed income. I also believe my home has significantly diminished in value due to the presence of the crypto mine's continuous noise.

Page **1** of **2**



FURTHER AFFIANT SAYETH NOT.

DANNY LANE

ACKNOWLEDGMENT

STATE OF _Arkansas_
COUNTY OF _Faulkner_

BE IT REMEMBERED, That on this _10_ day of _August_ , 2023, came before me the undersigned, a notary public within and for the county and state aforesaid, duly commissioned and acting, **DANNY LANE**, to me well known, acknowledged that he executed the foregoing document for the consideration and purposes therein mentioned and set forth, and subscribed and sworn to that document before me.

Notary Public

(Seal)
My commission expires

_May 3, 2030_

Page **2** of **2**



# STATE OF ARKANSAS

## SECRETARY OF STATE

I, John Thurston, Arkansas Secretary of State of the State of Arkansas, and as such, keeper of the records of domestic and foreign corporations, do hereby certify that the following and hereto attached instrument of writing is a true and perfect copy of

## All Corporate records on file for

## NEWRAYS ONE LLC

**In Testimony Whereof,** I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 26th day of July, 2023.

*John Thurston*

John Thurston
Arkansas Secretary of State

By: *Austin Beck*

Austin Beck





EXHIBIT
K

 FILED - Arkansas Secretary of State - John Thurston - Doc#: 15908959001 - Filing#: 811390373 - Filed On: 8/25/2022 - Page(s): 1

# Certificate of Organization for Domestic LLC

| Filing Information | |
|---|---|
| **Filing Act:** | 1041 of 2021 |
| **Entity Name:** | NEWRAYS ONE LLC |
| **File Date:** | 2022-08-25 14:05:54 |
| **Effective Date:** | 2022-08-25 |
| **Filing Signature:** | CHUNHUA ZHAO |
| **Registered Agent:** | |
| **Business Name:** | REGISTERED AGENTS INC |
| **Address 1:** | 701 SOUTH ST., STE 100 |
| **City:** | MOUNTAIN HOME |
| **State:** | AR |
| **Zip:** | 72653 |
| **Country:** | USA |
| **Officers** | |
| **First Name:** | CHUNHUA |
| **Last Name:** | ZHAO |
| **Title:** | Incorporator/Organizer |
| **Address 1:** | 8 THE GREEN STE A |
| **City:** | DOVER |
| **State:** | DE |
| **Zip:** | 19901 |
| **Country:** | USA |
| **First Name:** | CHANGHONG |
| **Last Name:** | WU |
| **Title:** | Manager |
| **Address 1:** | 8 THE GREEN STE A |
| **City:** | DOVER |
| **State:** | DE |
| **Zip:** | 19901 |
| **Country:** | USA |
| **Principal** | |
| **Entity Name:** | NEWRAYS ONE LLC |
| **Address 1:** | 1601 WALNUT ST STE 201 |
| **City:** | CARY |
| **State:** | NC |
| **Zip:** | 27511 |
| **Country:** | USA |

Certified Copy
Arkansas Secretary of State

 **FILED - Arkansas Secretary of State - John Thurston - Doc#: 16036719001 - Filing#: 811390373 - Filed On: 10/10/2022 - Page(s): 1**

# Certificate of Amendment to Art. of Organization

| Filing Information |
|---|
| **Entity File Number:** 811390373 |
| **Alt Entity Type:** DomLLCLimitedLiabilityCompany |
| **Entity Name:** NEWRAYS ONE LLC |
| **File Date:** 2022-10-10 08:48:01 |
| **Alt Tax Type:** LLC |
| **Filing Signature:** CHANGHONG WU |
| **Amendment Date:** 2022-10-10 |
| **Amendment Text:** The officer changed to Nannan Cheng (Incorporator/Organizer) and Li Li (Manager) |



Certified Copy
Arkansas Secretary of State

 FILED - Arkansas Secretary of State - John Thurston - Doc#: 17056539001 - Filing#: 811390373 - Filed On: 6/27/2023 - Page(s): 1

# Certificate of Amendment to Art. of Organization

| Filing Information | |
|---|---|
| **Entity File Number:** | 811390373 |
| **Alt Entity Type:** | DomLLCLimitedLiabilityCompany |
| **Entity Name:** | NEWRAYS ONE LLC |
| **File Date:** | 2023-06-27 17:33:02 |
| **Alt Tax Type:** | LLC |
| **Filing Signature:** | CHANGHONG CHANGHONG WU |
| **Amendment Date:** | 2022-08-25 |
| **Amendment Text:** | LI LI LI should be removed as Manager and CHANGHONG CHANGHONG WU remain as the Manager. NANNAN CHENG should be removed Incorporator/Organizer and CHUNHUA ZHAO remain as the Incorporator/Organizer. |

Certified Copy
Arkansas Secretary of State